| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Bradley A. Benbrook<br>Benbrook Law Group, PC<br>701 University Ave., Ste. 106<br>Sacramento, CA 95825<br>brad@benbrooklawgroup.com<br>(916) 447-4900 | |

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Marco Antonio Carralero, et al., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:23-cv-01798 |
| v. | |
| Rob Bonta, in his official capacity as Attorney General of California, | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| There are no parties that must be disclosed pursuant to Local Rule 7.1-1. | |

September 26, 2023
Date

s/ Bradley A. Benbrook
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**