BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.: <br><br> **NOTICE OF RELATED CASE** <br><br> *May v. Bonta* <br> No. 8:23-cv-01696-CJC-ADS |

TO THE COURT, CLERK OF THE COURT, AND TO ALL PARTIES IN THE RELATED CASE REFERENCED BELOW:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3.1, Plaintiffs hereby serve this Notice of Related Case to show that this action is related to another action within this District, namely *May v. Bonta*, No. 8:23-cv-01696-CJC-ADS, filed September 12, 2023.

This case and *May* satisfy each of the three related-case criteria identified in the Local Rules. Specifically, both cases challenge the constitutionality of several "sensitive place" restrictions in Senate Bill 2 ("SB2") set forth in California Penal Code § 26230, which Governor Newsom signed into law on September 26, 2023. Plaintiffs in *Carralero* assert a single claim under the Second Amendment. The *May* Plaintiffs' primary claim for relief is under the Second Amendment, though they also assert due process and First Amendment causes of action.

These cases "arise from the same . . . happening or event," and "call for determination of the same or substantially related . . . questions of law and fact": In each case, the Court's core task is to determine the constitutionality of SB2's sensitive place restrictions under the framework set out in *New York State Rifle & Pistol Association v. Bruen*, 142 S. Ct. 2111 (2022). Assignment of the cases to different judges would therefore "entail substantial duplication of labor" to resolve an identical constitutional question.

Dated:  September 26, 2023          BENBROOK LAW GROUP, PC


By  s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
Attorneys for Plaintiffs