BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.:  8:23-cv-01798 <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: TBD <br> Time: TBD |

To all parties and their attorneys of record:

Please take notice that Plaintiffs Marco Antonio Carralero, et al. will and hereby do move the Court for a preliminary injunction. Plaintiffs will file an amended notice of motion setting forth the date, time, and location for hearing once this case has been assigned.

Plaintiffs respectfully request a preliminary injunction enjoining the enforcement of the "sensitive place" restrictions in Senate Bill 2 ("SB2"), codified at California Penal Code § 26230, subds. (7), (8), (9), (10), (12), (13), (15), (16), (17), (19), (20), and (26). Injunctive relief is appropriate because these restrictions violate the right to keep and bear arms secured by the Second Amendment.

This motion shall be based on this notice of motion and motion; the memorandum of points and authorities in support; the declarations and evidence filed concurrently herewith; the matters on file with this Court; and upon any further matters the Court deems appropriate.

Dated: September 26, 2023     BENBROOK LAW GROUP, PC


By  s/ Bradley A. Benbrook
    BRADLEY A. BENBROOK
    Attorneys for Plaintiffs