# Exhibit A

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 8:23-cv-01798<br><br>**DECLARATION OF MARCO CARRALERO IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Marco Antonio Carralero, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth in this declaration and would be able to testify to them if called as a witness.

2. I am a citizen of the United States, and a resident and citizen of the State of California, currently residing in Orange County, California.

3. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

4. I have possessed a Georgia Weapons Carry License, issued by the Fulton County Probate Court, since 02/24/2021, and I recently obtained a New Standard California Carry Concealed Weapon (CCW) 2 Year License, issued by the Orange County Sheriff-Coroner Department, for my personal firearm.

5. Carrying a personal firearm for self-defense and for defense of my wife is important to me.

6. I participated in the Orange County Sheriff's Department Citizen's Academy in 2022 to learn more about local law enforcement in my county. I am a member of the Orange County Gun Owners PAC, the California Gun Rights Foundation, and Firearms Policy Coalition, Inc.

7. I completed the application process for a Carry Concealed Weapon (CCW) license from the Orange County Sheriff-Coroner Department, including a course of instruction at an approved training provider deemed acceptable by the Orange County Sheriff's Department CCW Unit on 8/25/23, as required by the State of California to obtain my CCW license.

8. I carry, and intend to continue carrying, my personal firearm daily, during all my activities.

9. Professionally, I run operations for my family business. Daily responsibilities include managing our company office and warehouse, where we store

valuable inventory, equipment, and technology. As a small local business, we cannot afford to hire private security. Since receiving my CCW, I carry my personal firearm for self-defense there every day.

10. I either already carry, or plan to carry in the coming weeks, my personal firearm for self-defense to the private businesses I frequent for work including hardware stores, Home Depot, Lowe's, private carriers including UPS and FedEx, and retailers including Target, Walmart, Albertsons-Safeway, Gelson's, CVS, and Ralph's. If SB2's provision about private businesses were to go into effect, I would restrict my carrying practices at private businesses for fear of arrest or prosecution.

11. I plan to carry my personal firearm for self-defense to a medical office or other place where medical services are currently provided in the coming weeks and months, both for my own routine medical care and to accompany my wife.

12. I would like to carry my personal firearm for self-defense to establishments licensed to serve alcohol for on-site consumption in the coming days, including Oak Ranch Grill, Morena's Mexican Cuisine, and other local eateries I frequent. However, when I filled out my CCW license application, I was informed that even with a license, I could not carry in bars or any location whose primary purpose is to dispense alcoholic beverages for on-site consumption. I am unaware of the legal authority for this restriction, but I comply with it anyway for fear of prosecution. If I were permitted to visit restaurants and bars while carrying my personal firearm, I would not consume alcohol while carrying.

13. I plan to carry my personal firearm for self-defense to stadiums near where I live in the next few months, including Championship Soccer Stadium and Angel Stadium of Anaheim. If required by these locations, I would lock my firearm in the provided lockers. But if SB2 goes into effect, I could not even bring my personal firearm into the stadium/arena or its parking lot.

14. With my carry permit, I would regularly carry my personal firearm at museums, especially at Bowers Museum in Santa Ana, where I go with my family, and the Surfing Heritage and Culture Center. I also frequent the Dana Point Historical Society where I am a Board Member, and I would carry there in the near future.

15. I plan to carry my personal firearm for self-defense to parks near where I live. I frequent the following parks weekly for hiking and walking with family or alone: Crystal Cove State Park, Aliso and Wood Canyons Wilderness Park, Salt Creek Beach Park, San Clemente State Beach, Las Ramblas Trailhead, Ronald W. Caspers Wilderness Park, and Thomas F. Riley Wilderness Park.

16. I have every intention and desire to continue to carry for self-defense at the warehouse where I work, at the private businesses I frequent, at bars, restaurants, stadiums, parks, medical offices, and local nature trails. I would continue to carry at these locations in the future, but I will decline to do so because of my credible fear of arrest and prosecution after January 1, 2024, the effective date of SB 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26 day of September, 2023.

Marco Antonio Carralero

CARRALERO DECL. ISO MOTION FOR PRELIMINARY INJUNCTION
-4-