# Exhibit B

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>Defendant. | Case No.: 8:23-cv-01798<br><br>**DECLARATION OF GARRISON HAM IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

I, Garrison Ham, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth in this declaration and would be able to testify to them if called as a witness.

2. I am a citizen of the United States, and a resident and citizen of the State of California, currently residing in Oceanside. I am a member of the San Diego County

Gun Owners Association, the California Gun Rights Foundation, and Firearms Policy Coalition, Inc.

3. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

4. I have an active license to carry a concealed weapon (CCW) issued by the San Diego County Sheriff's Department.

5. I am a combat veteran of the United States Army, serving in Afghanistan from April 2006 to May 2007 and Iraq from December 2009 to August 2010. Therefore, I am trained and equipped to operate my personal firearm for self-defense. I currently work in sales.

6. I completed multiple training courses and a background check on or around August 2023 as required by the State of California to obtain my CCW license.

7. There are several locations that I regularly visit where SB 2 will infringe my Second Amendment rights by prohibiting me from carrying my personal firearm for self-defense.

8. With my carry permit, I regularly carry my personal firearm when I enter stores and other privately owned commercial establishments that are open to the public. These locations include, for example: grocery stores; gas stations and convenience stores; and retail establishments, including home improvement and gardening stores, shopping malls, clothing stores, and open-air markets. If SB2's

...

provision about private businesses were to go into effect, I would restrict my carrying practices at private businesses for fear of arrest or prosecution.

9. With my carry permit, I would regularly carry my personal firearm at and in restaurants, bars, and other establishments that are licensed to sell liquor for on-site consumption. These locations include restaurants, sports bars, and breweries. However, when I filled out my CCW license application, I was informed that even with a license, I could not carry in bars or any location whose primary purpose is to dispense alcoholic beverages for on-site consumption. I am unaware of the legal authority for this restriction, but I comply with it anyway for fear of prosecution. If I were permitted to visit restaurants and bars while carrying my personal firearm, I would not consume alcohol while carrying.

10. I regularly attend public gatherings for which a permit is required while carrying my personal firearm, including the weekly Sunset Market in Oceanside, local farmer's markets, and political rallies and events.

11. I regularly visit parks near where I live, including Guajome Park and Mission Trails. I have also visited parks under the control of the California Department of Parks and Recreation and Department of Fish and Wildlife, including Hollenbeck Nature Preserve. I plan to continue visiting these and other parks that are subject to SB 2's carry ban, and I plan to carry my personal firearm for self-defense when visiting these parks.

12. I frequently return to the San Francisco Bay Area, where I was born and raised. When I am visiting I often use public transportation (such as BART) when traveling around the region. I would carry my personal firearm while using public transportation in the Bay Area.

13. I have visited amusement parks with family in the past 12 months, and plan to go again when babysitting for relatives. I would carry at the parking lot or within the amusement park, if permitted, particularly to protect my wife and members of my family who have small children.

14. I have every intention and desire to carry in the locations identified above, and would continue to do so in the future, but I will decline to do so because of my credible fear of arrest and prosecution after January 1, 2024, when SB 2 takes effect.

I declare under penalty of perjury under the laws of the United States America and State of California that the foregoing is true and correct. Executed this 26th day of September, 2023.

_____
Garrison Ham