# Exhibit C

1 BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
2 STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
3 Sacramento, CA 95825
Telephone: (916) 447-4900
4 Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
5 steve@benbrooklawgroup.com

6
Attorneys for Plaintiffs
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 8:23-cv-01798 <br><br> **DECLARATION OF MICHAEL SCHWARTZ IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

SCHWARTZ DECL. ISO MOTION FOR A PRELIMINARY INJUNCTION

I, Michael Schwartz, declare:

1. I am over 18 years old. I am competent to give this declaration. I have personal knowledge of the matters set forth in this declaration and would be able to testify to them if called as a witness.

2. I am a citizen of the United States, and a resident and citizen of the State of California, currently residing in San Diego County, California.

3. I am the Founder of the San Diego Gun Owners PAC and the Orange County Gun Owners PAC. I am also a member of the Firearms Policy Coalition and the California Gun Rights Foundation.

4. San Diego County Gun Owners PAC (SDCGO) is a political organization based in San Diego County, whose purpose is to protect and advance the Second Amendment rights of residents of San Diego County, through their efforts to support and elect local and state representatives who support the Second Amendment right to keep and bear arms, education, and advocacy on Second Amendment issues. SDCGO's membership and donors consist of Second Amendment supporters, people who own guns for self-defense and sport, firearms dealers, shooting ranges, and elected officials who want to restore and protect the right to keep and bear arms in California.

5. SDCGO has one or more members who live in California and who travel throughout California in the ordinary course of their lives, and who also possess a CCW issued by the appropriate licensing authorities. SDCGO has at least one member who has a CCW license and regularly carries firearms in and at each of the locations challenged in this Complaint. These members of SDCGO with CCW licenses intend to continue to possess and carry firearms at such locations, but reasonably fear prosecution if they do so after January 1, 2024. SDCGO brings this action on behalf of its members who have an active CCW, which includes myself and Plaintiff Ham.

6. Orange County Gun Owners PAC is a political organization based in Orange County, whose purpose is to protect and advance the Second Amendment

rights of residents of Orange County, through their efforts to support and elect local and state representatives who support the Second Amendment right to keep and bear arms, education, and advocacy on Second Amendment issues. OCGO's membership and donors consist of Second Amendment supporters, people who own guns for self-defense and sport, firearms dealers, shooting ranges, and elected officials who want to restore and protect the right to keep and bear arms in California. Myself and Plaintiff Carralero are members of OCGO.

7. OCGO has one or more members who live in California and who travel throughout California in the ordinary course of their lives, and who also possess a CCW issued by the appropriate licensing authorities. OCGO has at least one member who has a CCW license and regularly carries firearms in and at each of the locations challenged in this Complaint. These members of OCGO with CCW licenses intend to continue to possess and carry firearms at such locations, but reasonably fear prosecution if they do so after January 1, 2024. OCGO brings this action on behalf of its members who have an active CCW, which includes each of the individual plaintiffs.

8. I am not prohibited under state or federal law from acquiring or possessing firearms or ammunition.

9. I have a California Carry Concealed Weapon (CCW) license, issued by the San Diego County Sheriff, for my personal firearm.

10. I completed the application process for a CCW license from the San Diego Sheriff, including a course of instruction at an approved training provider deemed acceptable, as required by the State of California to obtain my CCW license.

11. Carrying a personal firearm for self-defense daily is important to me.

12. I carry, and intend to continue carrying, my personal firearm daily, during all my activities. I consider my firearm as much a part of my daily routine as my phone, keys, and wallet.

13. I am on the road a lot for work, traveling to meet with donors and members of my organizations.

14. I carry my personal firearm for self-defense to the restaurants I visit for work meetings two to three times per week, which include everything from taco shops and Carl's Jr. to Ruth's Chris Steak House. I would also like to carry in locations serving alcohol for on-site consumption, such as bars. However, when I filled out my CCW license application, I was informed that even with a license, I could not carry in any location whose primary purpose is to dispense alcoholic beverages for on-site consumption. I am unaware of the legal authority for this restriction, but I comply with it anyway for fear of prosecution. If I were permitted to visit bars while carrying my personal firearm, I would not consume alcohol while carrying.

15. I carry my personal firearm for self-defense to the private businesses I frequent for work and personal business, including grocery stores, coffee shops, local and national retail stores, office buildings, medical offices, hardware stores, convenience stores, and more. If SB2's provision about private businesses were to go into effect, I would restrict my carrying practices at private businesses for fear of arrest or prosecution.

16. I plan to carry my personal firearm for self-defense to a medical office or other place where medical services are currently provided in the coming weeks and months.

17. I would like to carry my personal firearm for self-defense to amusement parks, including their parking lots, near where I live, such as Disney California Adventure Park, Knott's Berry Farm, and SeaWorld.

18. I typically carry my personal firearm for self-defense to stadiums, such as Petco Park and Pechanga Arena. If required by these locations, I lock my firearm in the provided lockers. But if SB2 goes into effect, I could not even bring my personal firearm into the stadium/arena or its parking lot.

19. When traveling to stadiums or arenas, I take public transportation and typically carry my personal firearm for self-defense on public transportation.

20. With my carry permit, I regularly carry my personal firearm at museums, especially those in Balboa Park (including the San Diego Air & Space Museum and Natural History Museum). In addition, I have carried my personal firearm when visiting the Creation and Earth History Museum in Santee.

21. I frequently carry my personal firearm for self-defense to parks, including La Mesa Park, Mast Park in Santee, Presidio Park, Robb Field, and Dog Beach, unless prohibited by county restrictions. If those restrictions did not exist, I would carry in all these parks.

22. I frequently carry my personal firearm for self-defense at public assemblies, including street fairs I attend for business to set up booths, and other social assemblies like farmers markets and guacamole festivals.

23. I frequently carry my personal firearm for self-defense at zoos, including the San Diego Zoo and San Diego Safari Park.

24. I frequently carry my personal firearm for self-defense at public libraries, which I use as workspaces when I am on the road for work.

25. I frequently carry my personal firearm for self-defense at gambling establishments, including Viejas Casino and Resort, Sycuan Casino, Rincon Casino, and the Lucky Lady Casino Card room on El Cajon Boulevard. If required by these locations, I lock my firearm in the provided lockers. But if SB2 goes into effect, I could not even bring my personal firearm into certain of these gambling establishments or its parking lot.

26. I have every intention and desire to continue to carry for self-defense all the locations just mentioned, but I will decline to do so because of my credible fear of arrest and prosecution after January 1, 2024, the effective date of SB 2.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 26 day of September, 2023.

DocuSigned by:

_____
4C99938D853849C...

Michael Schwartz