# Exhibit D

1 | BENBROOK LAW GROUP, PC
2 | BRADLEY A. BENBROOK (SBN 177786)
   | STEPHEN M. DUVERNAY (SBN 250957)
3 | 701 University Avenue, Suite 106
   | Sacramento, CA  95825
4 | Telephone: (916) 447-4900
   | Facsimile:  (916) 447-4904
5 | brad@benbrooklawgroup.com
   | steve@benbrooklawgroup.com

6
7 | Attorneys for Plaintiffs

8 | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC.

Plaintiffs,

v.

ROB BONTA, in his official capacity as Attorney General of California,

Defendant.

Case No.: 8:23-cv-01798

**DECLARATION OF GENE HOFFMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

I, Gene Hoffman, declare:

1. I am the chairman of the California Gun Rights Foundation ("CGF"), a non-profit foundation incorporated under the laws of California with a place of business in Sacramento, California. In my role as chairman, I am familiar with CGF's purposes as an organization, CGF's membership, and CGF's organizational responses to California's Senate Bill 2, signed into law on September 26, 2023.

2. CGF serves its members, supporters, and the public through educational, cultural, and judicial efforts to defend and advance Second Amendment and related rights. CGF has tens of thousands of members and supporters in California, including in all cities and counties that are parties to this action. CGF brings this action on behalf of its members, including Plaintiffs Carralero, Ham, and Schwartz.

3. CGF's members and supporters have been adversely and directly harmed by Defendants' threat of enforcement of the law challenged in this case.

4. On September 26, 2023, California Governor Gavin Newsom signed SB2 into law, which bars licensed concealed carry in many public locations, including restaurants, bars, public transportation, stadiums, libraries, museums, zoos, amusement parks, medical facilities, gambling establishments, and more. SB2 also imposes a no-carry default on private businesses open to the public, barring carry there unless the business owner expressly provides otherwise.

5. CGF's members will be adversely and directly harmed by Defendants' enforcement of law once SB2 takes effect on January 1, 2024. CGF has at least one member who has a CCW license and who carries firearms in and at each of the locations challenged in this Complaint, at which locations CCW licensees will be prohibited from carrying their arms by SB2 as of January 1, 2024. These CGF members would fully intend to continue to carry at the locations challenged in this Complaint after January 1, 2024, but for their reasonable fear of prosecution if they do so after January 1, 2024.

1  I declare under penalty of perjury under the laws of the United States of
2  America and State of California that the foregoing is true and correct to the best of my
3  knowledge.

_____
GENE HOFFMAN