# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marco Antonio Carralero, et al,<br><br>v.<br><br>Rob Bonta,<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | **CASE NUMBER**<br><br>8:23-cv-01798-JVS-(KESx)<br><br>**ORDER RE TRANSFER**<br>**(RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

| September 29, 2023 | Cormac J. Carney _(signed)_ |
|---|---|
| Date | United States District Judge |

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

| | |
|---|---|
| Date | United States District Judge |

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  8:23-cv-01696-CJC-(ADSx)  and the present case:

- [✓] A.  Arise from the same or closely related transactions, happenings or events; or
- [✓] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge  Karen E. Scott  to Magistrate Judge  Autumn D. Spaeth .

On all documents subsequently filed in this case, please substitute the initials  CJC (ADSx)  after the case number in place of the initials of the prior judge, so that the case number will read  8:23-cv-01798-CJC (ADSx) . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] *Previous Judge*  [ ] *Statistics Clerk*

CV-34 (06/23)                                ORDER RE TRANSFER (Related Cases)