BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA  95825
Telephone: (916) 447-4900
Facsimile:  (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.:  8:23-cv-01798-CJC-(ADSx) <br><br> **PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: October 30, 2023 <br> Time: 1:30 p.m. <br> Courtroom 9 B <br> Hon. Cormac J. Carney |

1    To all parties and their attorneys of record:

2    Please take notice that on October 30, 2023, at 1:30 p.m. or as soon thereafter

3    as the matter may be heard, before the Honorable Cormac J. Carney, Courtroom 9 B,

4    United States District Court, Southern District of California, Ronald Reagan Federal

5    Building and United States Courthouse, 411 West Fourth Street, Santa Ana,

6    California, Plaintiffs Marco Antonio Carralero, et al. will and hereby do move the

7    Court for a preliminary injunction.

8    As set forth in their original notice of motion, ECF No. 6, Plaintiffs respectfully

9    request a preliminary injunction enjoining the enforcement of the "sensitive place"

10   restrictions in Senate Bill 2 ("SB2"), codified at California Penal Code § 26230, subds.

11   (7), (8), (9), (10), (12), (13), (15), (16), (17), (19), (20), and (26). Injunctive relief is

12   appropriate because these restrictions violate the right to keep and bear arms secured

13   by the Second Amendment.

14   This motion shall be based on this amended notice of motion and motion; the

15   amended memorandum of points and authorities filed on September 27, 2023 (ECF

16   No. 7); the declarations and evidence filed on September 26, 2023 (ECF Nos. 6-2–6-

17   6); and upon any further matters the Court deems appropriate.

18

19   Dated:  October 2, 2023                    BENBROOK LAW GROUP, PC

20

21                                             By  s/ Bradley A. Benbrook
                                                   BRADLEY A. BENBROOK
22                                                 Attorneys for Plaintiffs

23

24

25

26

27

28