1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   Deputy Attorney General
4  State Bar No. 298196
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
6    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Rob Bonta in his official capacity as
   Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:23-cv-01798-CJC-ADSx<br><br>**STIPULATION TO FILE COMBINED OPPOSITION BRIEF RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, TO INCREASE PLAINTIFFS' WORD LIMIT ON REPLY, AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and the Firearms Policy Coalition (Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

**WHEREAS**, on October 3, 2023, this Court issued an order [Dkt. No. 16] coordinating this case and *May, et al., v. Bonta*, Case No. 8:23-cv-01696-CJC-ADSx (the *May* Action), in "the interests of judicial economy and efficiency";

**WHEREAS**, the Parties in this Action (as well as those in the *May* Action) believe that those interests and as well as those of the Parties would be best served by Defendant filing a single opposition brief of 17,500 words in response to the motions for preliminary injunction filed in both cases;

**WHEREAS**, the Parties in this Action agree that Plaintiffs should, with the Court's approval, be permitted to file a 10,000-word reply brief given that, unlike Plaintiffs in the *May* Action, Plaintiffs in this case filed an Amended opening brief of less than 7,000 words;

**WHEREAS**, the Parties in this action further agree, in light the pending Motion for Preliminary Injunction and the efforts needed from Defendant to oppose it, that, with the Court's approval, Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint should be continued until 21 days after a ruling from this Court on the Motion for Preliminary Injunction;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant shall file a single opposition brief, with a 17,500-word limit, in response to the motions for preliminary injunction filed in both cases;
- Plaintiffs will still be allowed to file their individual reply brief;
- Plaintiffs' reply brief shall have a 10,000-word limit; and

- Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint shall be continued until 21 days after a ruling from this Court on the Motion for Preliminary Injunction.

Dated: October 11, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: October 11, 2023

Respectfully submitted,

/s/ Stephen M. Duvernay
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY

Benbrook Law Group, PC

*Attorneys for Plaintiffs*