UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:23-cv-01798-CJC-ADSx<br><br>**ORDER RE: STIPULATION TO FILE COMBINED OPPOSITION BRIEF RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, TO INCREASE PLAINTIFF'S WORLD LIMIT ON REPLY, AND TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

1. Defendant's shall file the same opposition brief, with a 17,500-word limit, both in this case and in *May, et al., v. Bonta*, Case No. 8:23-cv-01696-CJC-ADS;
2. Plaintiffs will still be allowed to file their individual reply brief;
3. Plaintiffs in this case shall file their reply brief with a 10,000-word limit; and
4. Defendant's deadline to answer or otherwise respond to Plaintiffs' complaint shall be continued until 21 days after a ruling from this Court on the Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: October 11, 2023

Hon. Cormac J. Carney
United States District Court Judge