1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   R. MATTHEW WISE
3  Supervising Deputy Attorneys General
   TODD GRABARSKY
4  JANE REILLEY
   LISA PLANK
5  ROBERT L. MEYERHOFF
   Deputy Attorneys General
6  State Bar No. 298196
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
8    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
9  *Attorneys for Rob Bonta, in his Official Capacity as*
   *Attorney General of the State of California*

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  **RENO MAY, an individual, et al.,** | Case Nos. 8:23-cv-01696 CJC (ADSx) |
| 15                          Plaintiffs, | 8:23-cv-01798 CJC (ADSx) |
| 16        v. | **DECLARATION OF MICHAEL KEVANE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |
| 17  **ROBERT BONTA, in his official capacity as Attorney General of the** | |
| 18  **State of California, and Does 1-10,** | Date:        December 20, 2023 |
| 19                          Defendants. | Time:        1:30 p.m. |
| 20 | Courtroom:   9B |
| 21  **MARCO ANTONIO CARRALERO, an individual, et al.,** | Judge:       Hon. Cormac J. Carney |
| 22                          Plaintiffs, | |
| 23        v. | |
| 24  **ROBERT BONTA, in his official capacity as Attorney General of California,** | |
| 25 | |
| 26                          Defendant. | |

27

28

## DECLARATION OF MICHAEL KEVANE

I, Michael Kevane, declare under penalty of perjury that the following is true and correct:

1.     I have been retained by the Office of the Attorney General of the California Department of Justice to provide expert opinion and testimony regarding the history of public libraries in America.  Specifically, I have been asked to opine regarding the state of the public library system in America during the Founding era (in and around the year 1791) and the Reconstruction era (in and around the year 1868), as well as the purposes served by, and the justifications for, public libraries during these two historical periods.

2.     This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

## BACKGROUND AND QUALIFICATIONS

3.     I am a Professor of Economics at Santa Clara University's Leavey School of Business.  I received my Ph.D. from the University of California, Berkeley, in 1993. My expertise includes analysis of the spread of public libraries in the United States in the 1800s.  My scholarship on this topic includes an article entitled "The Development of Public Libraries in the United States, 1870-1930: A Quantitative Assessment," (co-authored with Prof. William Sundstrom) which was published in *Information and Culture: A Journal of History* in 2014, as well as a two working papers "State Promotion of Local Public Goods: The Case of Public Libraries" (co-authored with Prof. William Sundstrom) and "America's public libraries and political participation, 1870-1930" (co-authored with Prof. William Sundstrom).  A true and correct copy of my current curriculum vitae is attached as **Exhibit 1** to this declaration.

**RETENTION AND COMPENSATION**

4.      I am being compensated for services performed in the above-entitled case at an hourly rate of $150.  My compensation is not contingent on the results of my analysis or the substance of any testimony.

**SOURCES OF EVIDENCE**

5.      Since the early years of establishment of association, social, and public libraries, Americans were writing and publishing opinions and interpretations of the institutions: what their purpose was, how they did and should function; what effects they might have, and what public policy should be to promote and regulate libraries. In the mid-1800s, a new profession of librarian emerged, leading to the establishment in 1876 of a professional association, the American Library Association, and regular publications of scholarship and professional opinion about libraries, such as <u>The Library Journal</u> (first published in 1877). Universities established schools of library science, and faculty teaching in those departments published extensively.  Increasingly professionalized librarians wrote annual reports, full of commentary and statistics on library performance and issues, and quite commonly these librarians drew on their library archives to write on the origins and history of the libraries in which they served.

6.      There are now hundreds of individual monographs that provide histories of libraries and the public library movement, and comment on their character.

7.      The collection of monographs, both contemporaneous and produced on the basis of examination of archives and other memories of the past, are incomplete. Many libraries were destroyed in the frequent fires that consumed American cities and towns. Libraries closed, for many reasons, and their archives were stored away and forgotten. Librarians wrote about the things that interested them, and not about what might be of interest to researchers in 2023. Researchers themselves may fail to understand the context of the records that they examine, and misinterpret them. For

1  these reasons, interpretation of the purposes and justifications of librarians in early

2  America should be viewed as provisional, rather than as definitive.

3  **GENERAL OVERVIEW OF LIBRARIES IN THE 1731-1875 PERIOD**

4  8.     Public libraries in the early United States evolved gradually from

5  being similar to exclusive clubs, to being open to subscribers at modest fees, to

6  being subsidized by philanthropists and open to the public, to finally being tax-

7  supported free libraries open to the general public. The different forms of libraries

8  often overlapped, and libraries sometimes started as one form and morphed or

9  merged into an institution having a different form.

10  9.     Benjamin Franklin is commonly credited with establishing the first

11  shareholder library in the colonies, in 1731 in Philadelphia.[1] Franklin, and fellow

12  members of a social debating club, that they called the Junto, established the

13  Library Company for the purpose of sharing in the costs of acquiring books. The

14  library, they felt, would aid greatly in their mission to improve their general

15  knowledge and their capabilities for reasoned debate. Like other shareholder

16  libraries that were founded in the following decades, the Library Company was

17  closed to the general public; only paid shareholders or subscribers could borrow

18  books. The Library Company and similar shareholder libraries were often located in

19  a room in a convenient shop building or home.

20  10.    Through the following century, these shareholder or club libraries

21  diminished in importance and were gradually replaced by libraries that came to be

22  called, by library historians and late-19th century commentators, association

23  libraries and social libraries. Association libraries were open to members of broad-

24  purpose associations, whether professional (Mechanics, Merchants), religious

25  

26  _____

[1] Abbot, George Maurice. 1913. *A Short History of the Library Company of Philadelphia: Compiled from the Minutes, Together with Some Personal Reminiscences*. Philadelphia, Board of directors, Library Company of Philadelphia; Wolf, E., 1976. *At the instance of Benjamin Franklin: a brief history of the Library Company of Philadelphia, 1731-1976*. Philadelphia, The Library Company of Philadelphia.

27  

28

(YMCA, YWCA), or social (Odd Fellows, Masons).[2] Social libraries were often established and funded by prominent citizens or philanthropists. These association and social libraries were likely to have reading rooms and regular opening hours, as well as a paid librarian. There was no bright line between club, association, and social libraries, and the historical record of their membership and usage regulations remains spotty.

11.     These privately-owned libraries typically had restrictions on access, but many were open to the public, free of charge. For example, in 1792 the Library Company merged with a large social library established through a bequest of James Logan. The united library, comprising 55,000 volumes, was, apparently, "open to every respectable person for reading or consultation every day."[3]

12.     It was not until 1833 that a government entity established the first public library, defined by the two traits of being open to the general public and being funded by tax revenue. This was in the town of Peterborough in New Hampshire.[4] Other municipalities followed that example, and especially the example set by Boston. The Boston Public Library was established in 1848 and opened in 1854, and became the premier example of a large municipal public library.[5] Within a few decades many major cities and towns in the United States established similar public libraries. The funding arrangements for these municipal and town libraries often followed a similar pattern: wealthy citizens donated to

---

[2] McMullen, Haynes. 1965. "The Founding of Social Libraries in Pennsylvania, 1731-1876." *Pennsylvania History: A Journal of Mid-Atlantic Studies* 32 (2): 130–52; McMullen, Haynes. 2000. *American Libraries before 1876.* Greenwood Publishing Group.
[3] Edwards, Edward. 1848. "A Statistical View of the Principal Public Libraries in Europe and the United States of North America." *Journal of the Statistical Society of London* 11 (3): 250–81, p. 275).
[4] Wiegand, W.A., 2015. *Part of Our Lives: A People's History of the American Public Library.* Oxford University Press, p. 17.
[5] Wadlin, H.G., 1911. *The Public Library of the City of Boston: A History.* The Trustees of the Boston Public Library; Whitehill, W.M., 1956. *Boston Public Library: A Centennial History.* Harvard University Press.

Declaration of Michael Kevane
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

1  cover construction costs and books, and municipalities provided land and paid the

2  salaries of employees and operating costs through tax revenues.

3      13.    Because of this history and reliance on philanthropy, many public

4  libraries were structured as semi-autonomous public corporations, with boards of

5  trustees that were partly picked by the municipality, and some ex officio seats on

6  the board for municipality officials, but having some independence from city

7  government.[6]

8      14.    Many association and social libraries donated their book collections to

9  the rapidly spreading public libraries. Starting in the 1880's, Andrew Carnegie

10  began making grants for construction of library buildings, provided the recipient

11  towns and cities passed laws that would levy taxed that would generate annual

12  revenue equivalent to 10% of the grant. A typical grant was $10,000, and so a city

13  had to have a tax levy of $1,000 per year. About 1,400 communities in the United

14  States took up the offer, and other philanthropists also increased their funding of

15  libraries. This resulted in the vast expansion of the network of public libraries in

16  America over the 1880-1920 period.[7]

17               **LIBRARIES IN EARLY CALIFORNIA**

18      15.    It appears that at the founding of the State of California in 1849 there

19  were no libraries, whether public, associational, or social. [8]  Over the next ten years,

20  several subscription, association, and social libraries were established. The

21  Monterey Library Association, established in 1849, lays claim to being the first.

22

23

_____

24      [6] Joeckel, Carleton Bruns. 1935. *The Government of the American Public Library*.
Chicago, IL: University of Chicago Press; Garceau, Oliver. 1949. *The Public Library in the

25  Political Process*. Columbia University Press; Dain, Phyllis. 1996. "American Public Libraries
and the Third Sector: Historical Reflections and Implications." *Libraries & Culture*, 56–84.

26      [7] Kevane, M. and Sundstrom, W.A., 2014. The development of public libraries in the
United States, 1870–1930: A quantitative assessment. *Information & Culture*, 49(2), pp.117-144.

27      [8] Baker, Hugh S. 1959. "'Rational Amusement in Our Midst': Public Libraries in
California, 1849-1859." *California Historical Society Quarterly* 38 (4): 295–320; Stieg, Lewis F.

28  1952. "Notes on the Origins of Public Libraries in California, 1850-1900." *The Library Quarterly*
22 (3): 263–69.

16.    Reading rooms and subscription libraries were established in Sacramento and San Francisco in the early 1850s. By 1856, San Francisco apparently had 15 or more subscription libraries, many of them with very modest fees. The YMCA of San Francisco had established a reading room, with about 1,500 books, that was open to all. By 1859, a Mechanics' Institute library in the city had almost 2,000 volumes. Several dozen small social libraries were established in mining camps and towns in the Sierra Nevada during the 1850s.

17.    At the time of the comprehensive U.S. Bureau of Education survey of libraries in 1875, California had only one library listed as a public library, at Knight's Ferry, established in 1860.[9] There were 30 libraries listed as social or society libraries. Of these, 8 were Odd Fellows' libraries, many of which were free to the public. The other 22 were association or social libraries, mostly open only to subscribers.

18.    California's first law enabling municipalities to establish public libraries was not passed until 1878.[10]

19.    An example of how libraries evolved from social and associational libraries to public libraries comes from the city of Santa Cruz.[11] In 1868, thirty residents of the city established a Library Association and selected a board of trustees. The trustees began soliciting book donations from private collections and from the State of California, and drew up plans for subscription membership. The library opened in 1870, in a local store. A few months later, it was moved to the back of a newly opened bookstore.  Then it moved to some unused rooms above a drugstore. The drugstore owner's wife was appointed librarian, and she received a percentage of the dues and fines. In a separate initiative, a Santa Cruz ladies group

---

[9] U.S. Department of Education, Bureau of the Interior. 1876. *Public Libraries in the United States of America: Their History, Condition, and Management.*

[10] California State Assembly. "An Act to establish and maintain free public libraries and reading-rooms." *Twenty-second Session of the Legislature. Statutes of California.* State of California. Ch. CCLXVI pp. 329-331.

[11] Souza, Margaret. n.d. "The History of the Santa Cruz Public Library System." Mimeo.

Declaration of Michael Kevane
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

established a reading room, paid for by subscribers but open to all. The Library Association apparently merged with the ladies' social library in 1876, and then was moved to another location above a store. In 1881 the library books were donated to the City of Santa Cruz. The City appointed a board of trustees, and over the next decade the nascent public library incorporated several other social and association libraries, and eventually was moved to a room in City Hall. In 1894, the library was moved to rooms in a nearby hotel. Eventually, a Carnegie library grant in 1904 permitted construction of a large building owned by the city.

20.     Mention should also be made of what were called school district libraries. These were tax-supported libraries initiated by school districts. Very often they were intended to be open to adults in the community (who typically subscribed) and were not just for school children. Legislation passed in 1851 first authorized their establishment, and subsequent legislation specified regulations and tax rates.[12]

## PURPOSES AND JUSTIFICATIONS OF PUBLIC LIBRARIES

21.     The record of library histories makes clear that libraries in the 1791 period and the 1868 period (whether club, associational, social, or, eventually, public) exhibited a wide variety of characteristics.  Their founders, sustainers, and patrons had varied justifications for their actions, and likely varied in their stated (or unstated) purposes for establishing libraries and using libraries. Despite this variety, some clear patterns emerge.

22.     Library historians suggest that the motivations of participants in public library movement that emerged in the 1850s was an amalgam of four conceptions of the role of libraries: as democratic institutions promoting good citizenship; as educational institutions complementing public schools (early on intended for continuing adult education and self-education, but by the late 1800's increasingly

---

[12] Held, Ray E. 1959. "The Early School-District Library in California." *The Library Quarterly* 29 (2): 79–93.

Declaration of Michael Kevane
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

1  serving children as their main educational function); as complementing efforts to

2  inculcate what Protestant elites saw as "American" civilizational values (providing

3  an alternative to the saloon and keeping young people away from temptations of the

4  streets); and offering opportunities for self-improvement for recent immigrants. [13]

5      23.   The education component was central. Public libraries, spreading through

6  the country starting in the 1850s, were largely conceived and promoted in the

7  context of the nation's broader educational movement. It was the educational

8  function of libraries that provided the principal justification for public support.

9  Libraries were intended to enable workers, farmers, and inventors to improve

10  themselves by consulting trade and scientific books, and to enable citizens to better

11  engage in democratic governance, by consulting works of history, philosophy, and

12  theology.

13      24.   The timing of public library expansion falls squarely in the broader

14  context of, and was linked to, the expansion of primary and secondary education.

15  By the late 19th century, most children in the country were enrolled in primary

16  school, thanks to free and compulsory elementary school movement championed by

17  Horace Mann. [14]  Many states were approaching nearly universal primary

18  education.  The high school movement gained momentum slowly in the 1890s and

19

20  _____

21  [13] Ditzion, Sidney. 1947. *Arsenals of a Democratic Culture: A Social History of the American Public Library Movement in New England and the Middle States*. Chicago: American Library Association; Shera, Jesse Hauk. 1949. *Foundations of the Public Library: The Origins of the Public Library Movement in New England 1629-1855*, The University of Chicago Press.; Dain, Phyllis. 1996. "American Public Libraries and the Third Sector: Historical Reflections and Implications." *Libraries & Culture*, 56–84.

24  [14] Hinsdale, Burke Aaron. 1898. *Horace Mann and the Common School Revival in the United States*. Vol. 8. C. Scribner's sons; Goldin, Claudia. 1999. "A Brief History of Education in the United States." NBER working paper, Historical Paper 119; Snyder, T.D., 1993. *120 years of American Education: A Statistical Portrait*. US Department of Education, Office of Educational Research and Improvement, National Center for Education Statistics; Baker, David P. 1999. "Schooling All the Masses: Reconsidering the Origins of American Schooling in the Postbellum Era." *Sociology of Education*, 197–215; Persky, Joseph. 2015. "American Political Economy and the Common School Movement: 1820–1850." *Journal of the History of Economic Thought* 37 (2): 247–62.

took off after 1910.[15] Public libraries were conceived as complements to the great American investment in schooling and learning.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31 , 2023, at Santa Clara, California.

Michael Kevane
Michael Kevane

---

[15] Goldin, C., 1999. "Egalitarianism and the returns to education during the great transformation of American education." *Journal of Political Economy*, 107(S6), pp. S65-S94.

Declaration of Michael Kevane
(Case Nos. 8:23-cv-01696 and 8:23-cv-01798)

# Exhibit 1

Exhibit 1
Page 11

# MICHAEL KEVANE

Department of Economics, Santa Clara University, Santa Clara, CA 95053
408-554-6888    mkevane@scu.edu    mkevane.com

## RESEARCH AND TEACHING FIELDS

Development Economics                                  African Economic Development
Public libraries and reading                           Gender Economics

## EDUCATION

University of California-Berkeley, Ph.D., 1993, Development Economics
Georgetown University, B.S. Foreign Service, 1983, International Economics

## CURRENT WORKING PAPERS AND PROJECTS

1. "Adolescent Girl Economic Empowerment: Estimates for Africa of Costs of Inaction" (with Laura Rossouw)
2. "Inter-generational transmission of schooling in Burkina Faso" (with Elodie Djemaï).
3. "Classification into ethnic groups in Burkina Faso using names and localities" (with Aleksandr Michuda).
4. "Ethnicity, public goods, and elections in Burkina Faso: Insights for the jihadist insurgency of 2016-21."
5. "America's public libraries and political participation, 1870-1930" (with William Sundstrom).
6. "State promotion of local public goods: The case of public libraries, 1880-1920" (with William Sundstrom).

## PUBLICATIONS

### Books

1. Women and Development in Africa: How Gender Works Boulder, CO: Lynne Rienner Publishers, Co., 2004. (2nd edition 2014).
2. Rural Community Libraries in Africa: Challenges and Impacts co-authored with Valeda F. Dent and Geoff Goodman Hershey, PA: IGI Global, 2014.
3. Promotion de la Lecture au Burkina Faso: Enjeux et Défis co-edited with Félix Compaoré and Alain Sissao, Ouagadougou: Institut Nationale des Sciences de la Société, 2012.
4. Kordofan Invaded: Peripheral Incorporation and Social Transformation in Islamic Africa co-edited with Endre Stiansen, Brill Academic Publishers, Leiden, The Netherlands, 1998.

### Articles in refereed journals

1. "Evidence Review of Women-Led Small and Medium-Sized Enterprises (SMEs) in the COVID-19 pandemic context: Examining Barriers and Opportunities" (with Aishwarya Lakshmi Ratan and Diva Dhar) Feminist Economics, forthcoming, 2023.
2. "Effects of education on political engagement in Burkina Faso" (with Elodie Djemaï) World Development, 2023, Vol. 165, 106184.
3. "Effects of an 'Urban Village' Planning and Zoning Strategy in San Jose, California" (with C.J. Gabbe and William Sundstrom) Regional Science and Urban Economics 2021, Vol. 88, 103648.
4. "Improving Reverse Correlation Analysis of Faces: Diagnostics of Order Effects, Runs, Rater Agreement, and Image Pairs" (with Birgit Koopmann-Holm) Behavioral Research Methods 2021, 53(4), 1609-1647.
5. "Reading Fiction and Economic Preferences of Rural Youth in Burkina Faso." Economic Development and Cultural Change 2020, Vol. 68(3): 1041–1079.
6. "The Development of Public Libraries in the United States, 1870-1920" (with William Sundstrom) Information and Culture: A Journal of History 2014, Vol. 49(2): 117-144.
7. "Gendered Production and Consumption in Rural Africa" Proceedings of the National Academy of Science 2012, Vol. 109(31): 12350-12355.
8. "Habitudes de lecture et performances scolaires des élèves des classes de 3e et de 1ère d'Ouagadougou" (with

Exhibit 1
Page 12

Alain Sissao and Felix Compaoré) <u>Bulletin des Bibliothèques de France</u> 2009, Vol. 54(4) : 83-90. http://bbf.enssib.fr/. (Also published in <u>Revue africaine de sociologie</u> CODESRIA, Vol. 13(2), 2009).

9. "Darfur: Rainfall and Conflict" (with Leslie Gray) <u>Environmental Research Letters</u> 2008, Vol. 3(3).

10. "How Much do Village Libraries Increase Reading? Results from a Survey of 10th Graders in Burkina Faso" (with Alain Sissao) <u>LIBRI: International Journal of Libraries and Information Services</u> 2008, 58(3):202-10.

11. "Official Representations of the Nation: Comparing the Postage Stamps of Sudan and Burkina Faso" <u>African Studies Quarterly</u> 2008, Vol. 10(1).

12. "Habitudes de lecture au Burkina Faso: L'exemple des élèves de 3e dans les villages et les petites villes" (with Alain Sissao) <u>Bulletin des Bibliothèques de France</u> 2007, Vol. 52(1) 86-93.

13. "Dim Delobsom: French Colonialism and Local Response in Upper Volta" <u>African Studies Quarterly</u> 2006, Vol. 8(4).

14. "The Cost of Getting Books Read in Rural Africa: Estimates from a Survey of Library Use in Burkina Faso" (with Alain Sissao) <u>World Libraries</u>, 2006, Vol. 14(2).

15. "Are Investments in Daughters Lower When Daughters Move Away? Evidence from Indonesia" (with David Levine), <u>World Development</u> 2003, Vol. 31(6): 1065-1084.

16. "Improving Design and Performance of Group Lending: Suggestions from Burkina Faso" (with Barbara MkNelly), <u>World Development</u> 2003, Vol. 30(11): 2017-32.

17. "Community Based Targeting for Social Safety Nets" (with Jonathan Conning) <u>World Development</u> 2002, Vol. 30(3): 375-94.

18. "Microenterprise Lending to Female Entrepreneurs: Sacrificing Economic Growth for Poverty Reduction?" (with Bruce Wydick) <u>World Development</u> 2001, Vol. 29(7): 1225-36.

19. "Social Norms and the Allocation of Women's Labor in Burkina Faso" (with Bruce Wydick) <u>Review of Development Economics</u> 2001, Vol. 5(1): 119-29.

20. "Evolving Tenure Rights and Agricultural Intensification in Southwestern Burkina Faso" (with Leslie Gray) <u>World Development</u> 2001, Vol. 29(4): 573-587.

21. "Diminished Access, Diverted Exclusion: Women and Land Tenure in Sub-Saharan Africa" (with Leslie Gray) <u>African Studies Review</u> 1999, Vol. 42(2):15-39.

22. "'A Woman's Field is Made at Night': Gendered Land Rights and Norms in Burkina Faso" (with Leslie Gray) <u>Feminist Economics</u> 1999, Vol. 5(3):1-26. Reprinted in <u>Gender and Development</u> edited by Janet Momsen, Routledge, 2008, as Ch 39, in Vol.III pp. 82-107.

23. "Titanium Hoes? Explaining Why Wealthier Farmers Have Higher Yields in Western Sudan" <u>Sudan Notes and Records</u>, 1999, Vol. 3:105-29.

24. "Land Tenure and Rental in Western Sudan" <u>Land Use Policy</u> 1997, Vol. 14(4): 295-310.

25. "Agrarian Structure and Agricultural Practice: Typology and Application to Western Sudan" <u>American Journal of Agricultural Economics</u> 1996, Vol. 78:236-45.

26. "Local Politics in the Time of Turabi's Revolution: Gender, Class and Ethnicity in Western Sudan" (with Leslie Gray) <u>Africa</u> 1995, Vol. 65(2):271-96.

27. "Village Labor Markets in Sheikan District, Sudan" <u>World Development</u> 1994, Vol. 22(6):839-57.

28. "Is the <u>Sheil</u> a Shill? Informal Credit in Rural Sudan" <u>Journal of Developing Areas</u> 1993, Vol. 27:515-34.

29. "For Whom is the Rural Economy Resilient? Initial Effects of Drought in Western Sudan" (with Leslie Gray) <u>Development and Change</u> 1993, Vol. 24(1):159-76.

**Book chapters**

1. "Evaluation d'un programme de promotion de la lecture et littérature pour la jeunesse rurale Burkinabè" (with Alain Sissao and Félix Compaoré), in <u>La lecture littéraire : Quelles compétences pour une exploitation didactique des littératures africaines francophones ?</u> Jean-Claude Bationo and Kandayinga Landry Guy Gabriel Yameogo, editors. Editions L'Harmattan, Paris, 2021, pp. 99-134.

2. "Economies and development" in <u>Understanding Contemporary Africa</u> Peter J. Schraeder, editor. Boulder, CO: Lynne Rienner Publishers, 2020, pp. 117-46.

3. "Gold Mining and Economic Change in West Africa" in <u>Handbook of Africa and Economics</u> Celestin Monga

Exhibit 1
Page 13

and Justin Yifu Lin, editors. Oxford University Press, 2014.

4. "Changing Access to Land by Women in Sub-Saharan Africa" in <u>Handbook of Gender and Development</u> Janet Momsen, editor. Routledge Press, 2014.

5. "Efficacité d'un Programme de Lecture Pendant l'été dans des Bibliothèques de Village au Burkina Faso" (with Alain Sissao and Félix Compaoré) in <u>Promotion de la lecture au Burkina Faso: Enjeux et Défis</u> Félix Compaoré, Michael Kevane and Alain Sissao, editors. Institut Nationale des Sciences de la Société, 2012. pp. 170-97.

6. "L'accès et l'utilisation de l'Internet dans les établissements secondaires de Ouagadougou, 3ème et 1ère" (with Alain Sissao and Félix Compaoré) in <u>Promotion de la lecture au Burkina Faso: Enjeux et Défis</u> Félix Compaoré, Michael Kevane and Alain Sissao, editors. Institut Nationale des Sciences de la Société, 2012, pp. 75-94.

7. "Variation urbain-rural dans les habitudes et les attitudes de lecture au Burkina Faso" (with Alain Sissao and Félix Compaoré) in <u>Promotion de la lecture au Burkina Faso: Enjeux et Défis</u> Félix Compaoré, Michael Kevane and Alain Sissao, editors. Institut Nationale des Sciences de la Société, 2012, pp. 55-74.

8. "Burkina Faso" in <u>Countries at the Crossroads 2011</u> Freedom House, Freedom House and Rowan & Littlefield Publishers, Inc. Boulder, CO, 2011.

9. "Burkina Faso" in <u>Countries at the Crossroads 2007</u> Sanja Kelly, Christopher Walker and Jake Dizard, editors. Freedom House and Rowan & Littlefield Publishers, Inc. Boulder, CO, 2007, pp. 135-60.

10. "Freedom, Servitude and Voluntary Contracts" (with Jonathan Conning), in <u>Freedom: The Ethics and Economics of Slave Redemption</u> Martin Bunzl and K. Anthony Appiah, editors. Princeton University Press. 2007. pp. 108-40.

11. "Sweatshops: Ethical Aspects" in <u>Sweatshops: Perspectives and cases</u> Sumathi Reddy, editor. Hyderabad: The Institute of Chartered Financial Analysts of India University Press, 2006, pp. 21-34.

12. "Sudan: 2001-2002: From war to the possibility of peace in the south and then to new conflict in Darfur" (Survey of political and economic developments in Sudan over the period 2001-2002), in <u>Africa Contemporary Record</u>, Africana Publishing Company, Holmes & Meier Publishers, Inc. 2006, pp. B662-B685.

13. "Why Is there Not More Financial Intermediation in Developing Countries?" (with Jonathan Conning) in <u>Insurance Against Poverty</u>, Stefan Dercon, editor. Oxford University Press, 2005, pp.330-60.

14. "Extra-Household Norms and Intra-household Bargaining: Gender in Sudan and Burkina Faso," in <u>Women Farmers and Commercial Ventures: Increasing Food Security in Developing Countries</u> Anita Spring, editor, Boulder, CO: Lynne Rienner Publishers, 2000, pp. 89-112.

15. "A Developmental State without Growth? Explaining the Paradox of Burkina Faso in Comparative Perspective" (with Pierre Englebert), in <u>Good Governance and Economic Development: African Development Perspectives Yearbook 1997/98</u> Karl Wohlmuth, Hans Bass and Frank Messner, editors. Münster: Lit Verlag, 1999, pp. 259-85.

16. "Introduction: Kordofan Invaded" (with Endre Stiansen), in <u>Kordofan Invaded: Peripheral Incorporation and Social Transformation in Islamic Africa</u> Endre Stiansen and Michael Kevane, editors. Leiden, The Netherlands: Brill Academic Publishers, 1998, pp. 1-45.

**Academic work in non-refereed academic outlets, or shorter academic pieces**

1. "Women and Development" <u>Oxford Research Encyclopedia of African History</u> online at http://africanhistory.oxfordre.com, and <u>Oxford Encyclopedia of African Women's History</u> Dorothy, Alicia Decker, Abosede George, Tabitha Kanogo, Kathleen Sheldon, Fatima Sadiqi, and Pamela Scully, editors. 2020.

2. "Préférences économiques mesurées par des jeux expérimentaux au Burkina Faso: Confiance, bien public, risque et patience" (with Alain Sissao and Felix Compaoré) <u>La Recherche en Education</u> (Revue électronique bi-annuelle dans le cadre de l'Association Francophone Internationale de Recherche Scientifique en Education (AFIRSE)), n. 20, 2019.

3. "Qui sont les lecteurs du village? L'experience de FAVL au Burkina Faso" (with Sanou Dounko)

Exhibit 1
Page 14

Bibliothèque(s) Dossier: A quoi servent les bibliothèques No.92-93 2018.

4. "Dim Delobsom" Dictionary of African Biography Henry Louis Gates and Emmanuel K. Akyeampong. editors. W. E. B. Du Bois Institute for African and African American Research, Harvard University, 2011.

5. "Comment améliorer la gouvernance du secteur minier en abordant les enjeux locaux? Le cas du Burkina Faso" (with Luigi Arnaldi and Peter Hochet) *Gouvernance & Citoyennetés* n°11 Juin 2011 Laboratoire Citoyennetés, Burkina Faso.

6. "Public Library Services in Sierra Leone" (with Anne-Reed Angino) BookLinks Issue 12, Book Aid International, 2010.

7. "Fuel-Efficient Stove Programs in IDP Settings Summary Evaluation Report Darfur, Sudan," (team leader) Contract No. DOT-I-00-04-00002-00, Task Order No. 1, Sub-Activity 14, available at: http://www.usaid.gov/our_work/humanitarian_assistance/disaster_assistance/sectors/files/darfur_final_summary.pdf

8. "Macroeconomic trends and scenarios for post-referendum Sudan" in Post-2011 scenarios in Sudan: What role for the EU? Damien Helly editor. European Institute for Security Studies, Report n°6, November 2009, pp. 36-43.

9. "Economic Systems in Africa" New Encyclopedia of Africa 2nd edition, Gale Publishing, 2008.

10. "Economic Development in Sudan" The Ahfad Journal: Women and Change Vol. 23, No. 2 (December, 2006), pp. 50-57.

11. "Women's Access to Credit in Sub-Saharan Africa: Sudan." (with Endre Stiansen) Encyclopedia of Women and Islamic Cultures, Leiden: Brill, Vol. 4, 2006.

12. "Résultats Préliminaires d'une Enquête sur la Lecture à Ouagadougou" (with Alain Sissao) Espace Scientifique: Revue de Vulgarisation de L'Institut des Sciences de Societes (INSS) October 2005, pp. 37-41.

13. "Reflections on the Joint Assessment Mission" in Forced Migration Review Vol. 24, p.19, 2005.

14. "Marriage in Africa: Simple Economics" The Ahfad Journal (special issue on Women and Change) Vol. 19, No. 2, pp. 24-41, December 2002.

15. "Qualitative Impact Study of *Credit with Education* in Burkina Faso" Freedom from Hunger Research Paper No. 3, Davis, CA, 1996.

**Processed work for teaching**

1. Guide to R: Data Analysis for Economics (with William Sundstrom) Processed document distributed as PDF file. Creative Commons license, 2017. Used in teaching Economics 42 at SCU and has been adopted in several econometrics courses at other universities (SJSU, UC Davis).

2. "Understanding Sudan" (A short article commissioned as teaching material for the DVD edition of the documentary, Lost Boys of Sudan, that premiered on PBS in the Fall 2004.) October 2004.

**Other published or processed work**

1. "Microsoft Education Award" STS Nexus Santa Clara University, 2008.

2. "Microsoft Education Award" STS Nexus, Santa Clara University, 2007, pp. 32-6.

3. "Microsoft Education Award" STS Nexus, Santa Clara University, 2006, Vol 7, no. 1, pp. 28-33.

4. "Crisis in Darfur: Ethical Choices" At the Center. Markkula Center for Applied Ethics Newsletter, Santa Clara University, Winter 2005.

5. "Knight Ridder Equality Award" STS Nexus Santa Clara University, 2005 Vol 6, no. 1, pp. 44-50.

6. "The Work of the Civilian Protection Monitoring Unit in Sudan" Sudan Studies Association Newsletter 2004.

7. "The Agilent Equality Award" STS Nexus, Santa Clara University, 2004, pp. 31-36.

8. "The Intel Environment Award" (with Dorothy Glancy) STS Nexus Santa Clara University, 2003, pp. 26-33.

9. "Interview with Lako Tongun, Sudanese political scientist," Sudan Studies Association Newsletter Vol. 22, no. 2, 2003.

10. "Interview with Deborah Scroggins, author of 'Emma's War: An Aid Worker, a Warlord, Radical Islam, and the Politics of Oil--A True Story of Love and Death in Sudan,'" Sudan Studies Association Newsletter Vol. 22, no. 1, 2003.

Exhibit 1
Page 15

11.  "Globalization and Development: Some Personal Reflections" explore Santa Clara University, Fall 2002, 6(1):32-35.

12. "Why Do I Live in African Villages" explore Santa Clara University, Spring 2000, 3(3):27-30.

**Working papers (no longer active)**

1.  "Effects of greater access to polling places and turnout in Burkina Faso elections" (with Estelle Koussoube).

2.  "Community Libraries and Reading Programs for Youth in Burkina Faso" Presented at International Federation of Library Associations (IFLA) annual conference, Capetown, August 2015 and Korea National Children's Library Service's annual conference, 2015.

3.  "Robustness of climate as an instrumental variable to estimate effect of GDP declines on political change in Africa" (with Rahul Hirani). Presented at seminars at Santa Clara University, UC Riverside and Loyola-Marymount, 2013.

4.  "Nation-Building and Economic Growth in Africa: The Evidence from Postage Stamps" Mimeo, Department of Economics, Santa Clara University 2005.

5.  "Determinants of Ratification of the Convention for the Elimination of Discrimination Against Women" Mimeo, Department of Economics, Santa Clara University, 2004.

6.  "The Changing Status of Daughters in Indonesia" (with David Levine) Working Paper 077_00, Institute of Industrial Relations. Institute of Industrial Relations Working Paper Series, University of California at Berkeley, 2000. Available at http://repositories.cdlib.org/iir/iirwps/iirwps_077_00.

7.  "'Removal of Injustice': Market Logic versus Moral Economy in Islamist Sudan" (with Endre Stiansen) Mimeo, Department of Economics, Santa Clara University, 2000.

8.  "Can there be an Identity Economics? Review of the literature with reference to Sudan" Mimeo, Department of Economics, Santa Clara University, 1997.

**Book reviews**

1.  *Democratie par le bas et Politique Municipal au Sahel (Uppsala Universitet)* by Sten Hagberg, Ludovic O. Kibora and Gabriella Korling for African Studies Quarterly 2020.

2.  *Mediators, Contract Men and Colonial Capital; Mechanized Gold Mining in the Gold Coast Colony 1879-1909 (Rochester Studies in African History and the Diaspora, University of Rochester Press)* by Cassandra Mark-Thiesen for AFRICA, Journal of the International African Institute 2020.

3.  *Hawks and Doves in Sudan's Armed Conflict: Al-Hakkamat Baggara Women of Darfur (James Currey, Eastern Africa Series)* by Suad M. E. Musa for African Studies Review 2020.

4.  *Improvised Planned Development on The Gezira Plain, Sudan, 1900-1980 (New York: Palgrave Macmillan*, 2016) by Maurits W. Ertsen for International Journal of African History 2016.

5.  *Women, Land and Justice in Tanzania (James Currey, 2015)* by Helen Dancer for The Journal of Modern African Studies 2015.

6.  *The Emergence of Land Markets in Africa (Washington, DC, Resources for the Future, 2009)* by Stein Holden, Keijiro Otsuka and Frank Place, eds. for Economic Development and Cultural Change 2011, 59(3):686-9.

7.  *One Foot in Heaven* by Karim Willemse for SSRC blog "Making Sense of Sudan", 2010.

8.  *Thomas Sankara Speaks: The Burkina Faso Revolution 1983*-1987 by Thomas Sankara for African Studies Review Sept. 2009, 52(2): 212-4.

9.  *All About Darfur (documentary film distributed by California Newsreel, 2005)* by Taghreed Elsanhouri for Sudan Studies Association Newsletter 2006.

10. *Darfur: A Short History of a Long War (London, Zed Books, 2005)* by Alex de Waal and Julie Flint for Sudan Studies Association Newsletter 2006.

11. *Women in the South African Parliamen*t: From Resistance to Government (Champaign, University of Illinois Press, 2005) by Hannah E. Britton for Political Science Quarterly 2006, pp. 355-358

12. *Marginal Gains*, by Jane Guyer, for Economic Development and Cultural Change 2006, 54(4):991-94.

Exhibit 1
Page 16

6

13. *African Economic Development*, by Emmanuel Nnadozie for <u>Journal of Economic Literature</u> Vol. 43, No. 1, p. 140, 2005
14. *Darfur: The Ambiguous Genocide*, by Gérard Prunier for <u>Sudan Studies Association Newsletter</u> Vol. 24, no. 1, 2005.
15. *Sword of the Prophet: The Mahdi of Sudan and the Death of General Gordon* by Fergus Nicoll in <u>Sudan Studies Association Newsletter</u> Vol. 24, No. 20, 2004.
16. *Living with Colonialism,* by Heather Sharkey <u>Sudan Studies Association Newsletter</u> 2004.
17. *The Root Causes of Sudan's Civil War*, by Douglas Johnson's in <u>Sudan Studies Association Newsletter</u> Vol. 22, no. 3, 2003.
18. *Women, Poverty and Demographic Change, by Brigida Garcia* for <u>Journal of Economic Literature</u> 2002.
19. *Intervening in Africa, by Herman Cohen* <u>Sudan Studies Association Newsletter</u> 2001.
20. *Development Microeconomics, by Pranab Bardhan and Christopher Udry* for <u>American Journal of Agricultural Economics</u> 1999.
21. *Batttle for Peace in the Sudan*, by Ann Lesch and Steven Wondu for <u>Sudan Studies Association Newsletter</u> 2000.
22. *Development Economics: From the Poverty to the Wealth of Nations, by Yujiro Hayami* for <u>Journal of Economic Literature</u> 2000.
23. *Aman: The Story of a Somali Girl, by Aman with Virginia Lee Barnes and Janice Boddy* for <u>Sudan Studies Association Newsletter</u> *2000*
24. *Desert Flower: The Extraordinary Journey of a Desert Nomad, by Waris Dirie with Cathleen Miller* for <u>Sudan Studies Association Newsletter</u> *2000*.
25. *Imperial Echoes: The Sudan - People, History & Agriculture, by Arthur Staniforth* for <u>Sudan Studies Association Newsletter</u> *2000*.
26. *Sudan: Contested National Identities, by Ann Lesch* for <u>Sudan Studies Association Newsletter</u> 1999, *and* <u>New Political Science</u> 1999.
27. *Making a Living in Rural Sudan, by Elke Graewert* for <u>Sudan Studies Association Newsletter</u> 1999.
28. *On Trek in Kordofan: The Diaries of C.K. Lea, edited by M.W. Daly* for <u>Sudan Studies Association Newsletter</u> 1999.
29. *Politics and Islam in Contemporary Sudan, by Abdel Salam Sidahmed* for <u>Sudan Studies Association Newsletter</u> 1999.
30. *Reflections on Human Development, by Mahbub ul Haq* for <u>Journal of Economic Literature</u> 1997.
31. *Commodities in Crisis, by Alfred Maizels* for <u>Economic Development and Cultural Change</u> 1997.
32. *Social Change and Economic Reform in Africa, by Peter Gibbon (ed.)* for <u>Canadian Journal of African Studies</u> 1996.
33. *Fieldwork in Developing Countries, by S. Devereux and J. Hoddinott (eds.)* for <u>Journal of the African Economies</u> 1994.
34. *National Integration and Local Integrity: The Nuba of Miri Mountains of the Sudan, by Gerd Baumann* for <u>Sudan Studies Association Newsletter</u> 1992.
35. *Cultivating Workers: Peasants and Capitalists in a Sudanese Village, by Victoria Bernal* for <u>Sudan Studies Association Newsletter</u> 1992.

**ACADEMIC EXPERIENCE**
**Principal work positions**
- Professor, Department of Economics, Santa Clara University. Teach classes including Economics of Gender, International Economics, Economics of Emerging Markets, and African Economic Development at MBA, EMBA and undergraduate levels. 2022-present.
- Associate Professor, Department of Economics, Santa Clara University. 2003-2021.
- Assistant Professor, Department of Economics, Santa Clara University. 1996-2003.
- Academy Scholar, Harvard Academy for International and Area Studies, Harvard University, 1993-1995.

Exhibit 1
Page 17

7

**Service**
- Editorial Review Board, African Studies Review, 2021-present.
- Outside team member (one of two), Program Review, Economics Department, University of San Francisco, April 2015.
- Outside team member (one of two), Program Review, Economics Department, University of San Diego. May 2014.
- Interim Newsletter editor, SSA Newsletter, Sudan Studies Association, 2006.
- President and President-elect, Sudan Studies Association, 2001-2005.
- Book Review editor SSA Newsletter, Sudan Studies Association, 2001-2006.

**Teaching**
- Instructor, Osher Lifelong learning class for Santa Clara University, on contemporary macroeconomic issues, (five 2-hour sessions), January 2015, and on Sudan and conflict in Darfur, March 2006..
- Co-Director and founder, Reading West Africa, Santa Clara University study abroad program in Burkina Faso, 2009-12.
- Lecturer, The Sudan Course, Rift Valley Institute, 2006.
- Visiting Associate Professor, Foundation for Advanced Study in International Development, Tokyo, Japan, 2003. Taught two-week course on African Economic Development.
- Visiting Assistant Professor, Dept. of Economics, University of California at Berkeley. Taught graduate class in development economics. Fall, 1999.
- Visiting Lecturer, University of Illinois, Urbana-Champaign, Spring 1993. Taught Macroeconomics for first-year MBA students.
- Visiting Lecturer, International Agricultural Development Program, UC Davis, 1992. Taught course entitled, "Markets and Marketing in Developing Countries".

**Consulting**
- Consultant, Global Center for Gender Equality at Stanford University, 2020-present. Serve as a consultant supporting the gender equality work of the Global Center for Gender Equality, primarily providing technical assistance to the Center in its support of gender integration initiative at the Bill & Melinda Gates Foundation.
- Consultant, The World Bank, 2010. Prepared paper on engagement of civil society in transparency mining sector in Burkina Faso, focusing on EITI process.
- Consultant, Academy for Educational Development and USAID, 2008. Evaluation of fuel-efficient stoves in Darfur displaced persons camps, Sudan.
- Expert witness, asylum hearing for Burkinabè national, 2001.
- Expert witness, PepsiCo vs. NIC, American Arbitration Association, 2000. Prepared and delivered expert witness testimony on economic damages.
- Consultant, The World Bank, 1999, 2000, 2002. Prepared paper and workshop on community-based targeting for social safety nets.
- Consultant, The World Bank, 1996. Prepared background papers on gender and land rights in sub-Saharan Africa.
- Consultant, Freedom from Hunger, Davis, CA, 1995. Evaluated credit program for women in Burkina Faso
- Consultant, United Nations Development Program, El Obeid, Sudan, 1990. Conducted and wrote evaluation of social impact of ILO public works program.

**Other**
- Editorial Assistant, <u>Journal of Development Economics</u>, 1987-89, 1991. Implemented journal referee process and processed accepted articles.

**SEMINARS AND ACADEMIC PRESENTATIONS**

Exhibit 1
Page 18

1. "Making Reverse Correlation Even More Powerful: Proposed Methodological Advances" with Birgit Koopmann-Holm, Santa Clara University Economics Dept. Yellow pad seminar, April 2020.
2. "The effects of 'urban village' upzoning strategy in San Jose, California" (with William Sundstrom and C.J.Gabbe), Santa Clara University Economics Dept. Yellow pad seminar, October 2019.
3. "Greater access to polling places increased turnout substantially and favored certain in Burkina Faso elections of 2012 and 2015" (with Estelle Koussoubé), Santa Clara University Economics Dept. Yellow pad seminar. 2019.
4. "Reading fiction and economic preferences of rural youth in Burkina Faso" Institut des sciences des sociétés INSS, Centre National de la Recherche Scientifique et Technologique, August 2016.
5. "How does reading change rural Burkinabè youth? Effects on economic preferences" Seminars at Portland State University Dept. of Economics, February 2014, Santa Clara University Economics Department, April 2014, and University of San Francisco Economics Dept. 2015.
6. "America's public libraries and political participation, 1870-1930" (with William Sundstrom) Presented at Stanford Economics seminar, November 2013 and Santa Clara University. November 2014.
7. "Préférences économiques mesurées par des jeux expérimentaux au Burkina Faso: Confiance, bien public, risque et patience" (with Alain Sissao and Félix Compaoré), Institut Nationale des Sciences des Sociétés, Ouagadougou, Burkina Faso. August 2014.
8. "Robustness of climate as an instrumental variable to estimate effect of GDP declines on political change in Africa" (with Rahul Hirani). Seminars at Santa Clara University, UC Riverside and Loyola-Marymount. 2012.
9. "Transparence dans le secteur minier: Le cas du Burkina Faso" Institut Nationale des Sciences des Sociétés, Ouagadougou, Burkina Faso. August 2011.
10. "Efficacité d'un programme de lecture pendant l'été dans des bibliothèques de villages au Burkina Faso" (with Alain Sissao and Felix Compaoré) INSS, Ouagadougou, Burkina Faso, December 2009.
11. "Macroeconomic issues confronting Sudan" European Union Institute of Security Studies workshop, "The Future of Sudan", Paris. June 2009.
12. "Understanding Darfur" King Law School, University of California-Davis, Lecture for Human Rights Law class. February 2009.
13. "Dim Delobsom: Colonialisme en Haute-Volta" Université Cheick Anta Diop, Dakar, Senegal. November 2008.
14. "Village Libraries in Rural Africa," University of San Francisco. October 2008.
15. "Village Libraries in Rural Africa," Center for Science, Technology, and Society symposium, Santa Clara University, February 2008.
16. "Is the Darfur Crisis a Climate Change Crisis," Working Group on African Political Economy, Stanford University. December 2007.
17. "The Darfur Crisis Is Not a Climate Crisis," Sudan Research Institute Conference, Franklin and Marshall College. November 2007.
18. "Habitudes de Lecture au Burkina Faso," Institut Nationales des Sciences des Sociétés (INSS), Ouagadougou, Burkina Faso. May 2007.
19. "Intervention in Darfur," Working Group on African Political Economy, University of California Los Angeles. December 2006.
20. "Conflict in Darfur: Explanations and Policies" Bush School of Public Policy, Texas A&M University. October 2006.
21. "Enquête sur la Lecture au Burkina Faso," AREB seminar, Institut de Recherche pour le Developpement, Ouagadougou. March 2006.
22. "What's Next in the Darfur Crisis?" Workshop on Sudan and Darfur, Rhode Island College. February 2006.
23. "A Comprehensive Peace for Sudan and Darfur," Lecture, Occidental College. November 11, 2005).
24. "Economic Development in Sudan: Some reflections on the Joint Assessment Mission Report" keynote address, Sudan Studies Association, annual conference of the SSA at York University, Toronto, Canada.

Exhibit 1
Page 19

August 2005.

25. "Comments on the Sudan's Wealth-sharing Agreement," Harvard Academy Alumni Conference, Harvard University, March 10-12, 2005 and Harvard Law School program on Negotiation and the Weatherhead Center for International Affairs, Harvard University, March 2005

26. "Nation-building Via Stamps and Economic Growth in Africa," the Working Group of African Political Economy quarterly meeting, UCLA, May 2005, and the first annual Pacific Development Economics Conference at the University of San Francisco, March 2005.

27. "Résultats préliminaires d'une enquête sur la lecture à Ouagadougou," (co-authored with Alain Sissao), monthly colloquium of the Workshop on Research on Education in Burkina Faso, Ouagadougou, Burkina Faso, February 2005.

28. "Dim Delobsom: L'indigène devant le colon," seminar at the University of San Francisco, March 2004, and at a regular meeting of the Working Group of African Political Economy held at Pomona College, May 2004.

29. "Construction of the Nation: The Evidence from Postage Stamps of Sudan and Burkina Faso," Sudan Studies Association conference, Santa Clara University, May 2004.

30. "Recent Issues and Controversies in Economics of Gender in Sub-Saharan Africa," Law School Faculty Forum, Santa Clara University, and University of California at Davis, April 2002.

31. "What Can Economics Say about Marriage in Africa?" African Studies Center, Yale University, November 2001.

32. "Community Based Targeting for Social Safety Nets" The World Bank, October 2000 and February 2002.

33. "The Changing Status of Daughters in Indonesia" UC Riverside Economics Department seminar, November 2000 and UC Berkeley Economics Dept., November 2001.

34. "Community Based Targeting for Social Safety Nets" The World Bank, October 2000.

*Seminars prior to 2000*

UC Berkeley, UC Santa Cruz, University of Illinois, Northwestern University, Harvard University, University of Chicago, University of Khartoum, USC, Northwestern University, UCLA.

**CONFERENCE PARTICIPATION**

1. West Coast Regional Conference on West Africa, 28-29 June 2021, University of California at Berkeley, "Ethnicity, public goods, and elections in Burkina Faso: Insights for the insurgency of 2016-21?"

2. African Studies Association, Nov 2020 "Ethnicity, public goods, and elections in Burkina Faso: Insights for the insurgency of 2016-21?"

3. "Ethnicity, public goods, and elections in Burkina Faso: Insights for the jihadist insurgency of 2016-20?" Sustainability and Development conference, University of Michigan, October 2019.

4. "Supporting Community Libraries and Reading Programs for Youth in Burkina Faso and Ghana" International Board on Books for Young People (IBBY) regional conference, Accra, Ghana. August 2019.

5. "Reading fiction and economic preferences of rural youth in Burkina Faso" Western Economics Association annual conference, July 2016.

6. "Reading fiction and economic preferences of rural youth in Burkina Faso" International Society for the Empirical Study of Literature and Media biennial conference, July 2016.

7. "Community Libraries and Reading Programs for Youth in Burkina Faso" Presented at International Federation of Library Associations (IFLA) annual conference, Capetown, August 2015, and Korea National Children's Library Service's annual conference, August 2015.

8. "Partnership experience with community libraries in Burkina Faso" Presented at International Federation of Library Associations (IFLA) annual conference, Capetown, August 2015.

9. "How Does Reading Change Rural Burkinabé Youth? Effects on Economic Preferences" Presented at International Federation of Library Associations (IFLA) annual conference, Lyon, August 2014, and at IFLA Satellite conference, Bibliothèque Nationale de France, Paris, August 2014.

10. "How does reading change rural Burkinabè youth? Effects on economic preferences" African Studies

Exhibit 1
Page 20

Association annual meetings, November 2013.

11. "Darfur: Rainfall and Conflict" Association for Environmental Studies and Science, AESS, June 2012.

12. "Darfur: Rainfall and Conflict" Western Economics Association, WEA, June 2012.

13. "Using climate as an instrument to estimate effect of GDP decline on civil conflict in Africa," African Studies Association annual conference, November 2010.

14. "Darfur: Rainfall and Conflict" San Francisco, Middle East Economics Association/ASSA Annual meetings. January 2009.

15. "Cost-Effectiveness of a summer reading program in community libraries in Burkina Faso" Pacific Development Economics Association conference. March 2009.

16. "Comparing Urban and Rural Reading Habits in Burkina Faso" Comparative and International Education Studies annual meeting, New York. March 2008.

17. "Cost of Getting Books Read: Estimates from a Survey in Burkina Faso" African Studies Association, United Kingdom, annual meeting, London. September 2006.

18. "Understanding Economic Development in Southern Sudan" Sudan Studies Association Annual Meeting, Sudan Studies Association, Rhode Island College. August 2006.

19. "Cost of Getting Books Read: Evidence from a Survey of Students in Burkina Faso" Biennial conference Center for the Study of African Economies, Oxford University. April 2006.

20. "Economic Development in Southern Sudan" Sudan Studies International conference, Sudan Studies Association, Bergen, Norway. March 2006.

21. "Corruption in Africa" talk at symposium organized by the Santa Clara Journal of International Law, entitled "Combating Corruption: The Legal and Ethical Challenges" The symposium was approved for MCLE credit by the State Bar of California. March 2004.

22. "Determinants of Ratification of the Convention for the Elimination of Discrimination against Women" Western Economics Association annual meeting. 2002.

23. "What Can Economics Say about Marriage in Africa?" Western Economics Association annual meeting, 2002.

24. "Trustworthy Bridges: Intermediation in Finance and Safety nets in Developing Countries" WIDER workshop on social insurance and poverty (by invitation), Helsinki, June 2001.

25. "'Removal of Injustice': Market Logic Versus Moral Economy in Islamist Sudan" African Studies Association annual meeting, Nashville, TN, Nov. 2000; American Economics Association annual meeting, World Development, 2001.

26. "Islamic Banking in Action: *Salam* and agricultural finance in the Sudan" International Sudan Studies Association conference, Durham, U.K., 2000.

27. "Do Social Norms Matter more for Girls? Schooling Decisions in Indonesia" Western Economics Association annual meetings, 2000.

28. "Islamic Banking in Action: *Salam* and agricultural finance in the Sudan" Berkeley-Stanford African Studies Center annual conference, 2000.

29. "Islamic Banking in Action: Salam and agricultural finance in the Sudan" Sudan Studies Association annual conference, Boston, May 1999.

30. "Social Norms and the Allocation of Women's Labor in Burkina Faso" Western Economic Assoc. Meetings, 1998.

31. "Tenure Security and the Fertilizer/Manure Tradeoff in Southwestern Burkina Faso" International Association of Agricultural Economics annual meetings, 1997.

32. "Can there be an Identity Economics?" Annual meeting of the Berkeley-Stanford Center for African Studies, 1997.

33. "Determinants of Home and Market Production in South-Western Burkina Faso" Stanford University Food Research Institute symposium on Markets in Sub-Saharan Africa, 1996.

34. "Determinants of Home and Market Production in South-Western Burkina Faso" Annual meeting of the Berkeley-Stanford Center for African Studies, Berkeley, CA, 1996.

Exhibit 1
Page 21

35. "Determinants of Women's Time Allocation in Burkina Faso" Annual meeting of the Western Economics Association, San Francisco, 1996.
36. "Determinants of Women's Time Allocation in Burkina Faso." International workshop (by invitation) "Poverty and Growth" organized by Faculty of Economics, Université de Namur, Belgium. July 1996.

*Other presentations prior to 1995*
 African Studies Association conference, 1991, 1993, 1994 (presenter).
 Western Economics Association conference, 1993, 1994 (panel organizer, presenter and discussant)
 Berkeley-Stanford African Studies conference. 1991 (presenter).
 Sudan Studies Association, 1989, 1993, 1994 (presenter).
 SSRC workshop in Dakar, Senegal, 1992 (presenter).

**PRESENTATIONS FOR PUBLIC OR NON-SPECIALIST AUDIENCES**
1. "The effects of 'urban village' upzoning strategy in San Jose, California" SPUR community advocacy group lunch talk, September 2020.
2. "The effects of 'urban village' upzoning strategy in San Jose, California" LSB faculty connect talk, Santa Clara University, May 2020.
3. "Housing Crisis in California: Economics Perspectives" Evergreen Rotary Club, 2019.
4. "Using R teaching undergraduate statistics" (with Bill Sundstrom) Bay Area R Users Group, 2018.
5. "Economic and Political Change in Burkina Faso" College of Special Operations at the Joint Special Operations University Burkina Faso Applied Research Inquiry, 2018.
6. "Economics of gender equality at the corporate level: A survey of research findings" Caterpillar Corp. Women Initiative Network, 2018.
7. "Economic and Political Change in Burkina Faso" and "Libraries and Reading Fiction in Burkina Faso" invited presentations, University Library of St John's University, 2017.
8. "Executive Analytic Exchange on Burkina Faso for incoming Ambassador Andrew Young," United States Department of State, November 2016.
9. "Understanding effects of the minimum wage," St. Jude's Episcopal Church, Adult Education Forum, October 2016.
10. Literary Cuisine, Santa Clara University. "All Children Reading: Literacy, Libraries, and Development in West Africa," Thursday, November 2015.
11. "African libraries and reading programs" Colloquium at San Jose State University ischool, February 2015.
12. "Executive Analytic Exchange on Burkina Faso for incoming Ambassador Tulinabo Mushingi," United States Department of State, August 2013.
13. "Promotion de la Lecture au Burkina Faso" Book launch at the U.S. Embassy in Ouagadougou, Burkina Faso. March 2013.
14. "Mining in Burkina Faso" Stanford Africa Table, January 2012.
15. "Public Libraries in Rural Africa: Evidence and Programs" Montana State University, Engineers without Borders, April 2011.
16. "Understanding Darfur" St. Vincent de Paul Young Adult group, July 2009.
17. "Prospects for Peace in Sudan" (three talks in different libraries) San Mateo County Library System, Sept.-Oct. 2008.
18. "Does Aid Work?" Stanford University Hospital International Medicine Certificate Course. October 2008.
19. "Sudan and Darfur" Osher Lifelong Learning Institute, May 2008.
20. "Education in Africa" Rotary Club of Santa Clara. November 2007.
21. "The Conflict in Darfur" St. Lawrence Academy Candlelight Vigil for Darfur. October 2007.
22. "Reflections on 'The Lost Boys of Sudan'," Embassy of the United States, Ouagadougou, Burkina Faso, June 2007.
23. "Public Libraries in Rural Africa: Evidence and Programs" Stanford University, Africa Roundtable, Stanford

Exhibit 1
Page 22

University. April 2006.
24. "The Conflict in Darfur" Mission College International Public Affairs Forum, Mission College. April 2006.
25. "The Conflict in Darfur" Save Darfur coalition, Santa Clara University. March 2006.
26. "Conflict and Peace in Sudan" keynote speech American Friends of the Episcopal Church of Sudan 2nd annual conference, American Friends of the Episcopal Church of Sudan, San Jose, CA. February 2006.
27. "The Conflict in Darfur" Fall State Convention, Junior State of America, Marriot Hotel, Santa Clara, CA. November 2005.
28. "The Conflict in Darfur" University of California, Davis, CA. 2006.
29. "The Conflict in Darfur" Priority-Action Network, Oakland, CA, 2006.

**REFEREE AND REVIEW WORK**
2022
*African Studies Review (5), Review of Economics and Statistics, Nations and Nationalisms.*
2021
*Working Group on African Political Economy (WGAPE) reviewer for April workshop; PLOS One.*
2020
*World Development, Journal of Institutional Economics, Food Policy, Multicampus Research Programs and Initiatives MRPI University of California system-wide large grant, European Journal of Development Research, Journal of Development Studies.*
2019
*Journal of Comparative Economics, World Development, Journal of Political Ecology*
2018
*World Development (2), University of San Francisco (tenure and promotion external reviewer), Multicampus Research Programs and Initiatives MRPI University of California system-wide large grants, Book manuscript Editorial Department of Springer Japan, Women's Studies International Forum, Journal of Development Studies*
2017
*Economic Development and Cultural Change, Information & Culture, Journal of Urban Economics, African Studies Review*
2016
*African Studies Association (Best Graduate Student paper award), Information & Culture: A Journal of History, World Development, IFLA Journal, Multicampus Research Programs and Initiatives MRPI University of California system-wide large grants, Journal of Development Studies, Feminist Economics, Journal of International Development, Seattle University (tenure and promotion external reviewer).*
2015
*Journal of Peace Research, Journal of Asian and African Studies, Politikon, World Development, Dissertation defense, University of Paris, Estelle Koussoube, African Studies Association (Best Graduate Student paper award)*
2014
*Feminist Economics, Multicampus Research Programs and Initiatives MRPI University of California system-wide large grants, Journal of Development Studies, Canadian Journal of African Studies, World Development*
2013
*Fulbright screening committee, Ohio University Press, Journal of Development Studies*
2012
*Journal of Development Economics, Feminist Economics, African Studies Quarterly*
2011
*Nations and Nationalism, Feminist Economics, Oxford Economic Papers, Environmental and Resource Economics, American Political Science Review, World Bank Economic Review*
2010
*I4 Index Insurance Innovation Initiative proposal reviewer, Ecological Economics, American Political Science Review, Economic Development and Cultural Change*

Exhibit 1
Page 23

2009
*Feminist Economics, African Geographical Review, National Science Foundation, Seattle University (tenure and promotion external reviewer), World Development, Montana State University external grant review, Feminist Economics*
2008
*CUNY External Grant review, American Political Science Review, CAREER grant proposal, National Science Foundation, Economic Development and Cultural Change, Journal of Modern African Studies, Economic Development and Cultural Change, Lynne Rienner Press, Loyola Marymount University tenure review.*
2007
*Journal of Human Resources; Blackwell Publishing; Transparency; University of Wisconsin BASIS grant (review board); African Studies Association sub-program chair*
2006
*Selection Committee for the annual SSRC International Dissertation Field Research Fellowship Program; World Development; University of Wisconsin BASIS grant (review board); American Journal of Agricultural Economics; World Development*
2005
*Selection Committee for the annual SSRC International Dissertation Field Research Fellowship Program, Ohio University Department of Economics (tenure reviewer).*
2004
*Economic Development Cultural Change; Yale University Press ; Selection Committee for the annual SSRC International Dissertation Field Research Fellowship Program; University of Wisconsin BASIS grant (review board); SSRC Program in Applied Economics ; University of Michigan Press ; World Development ; Economic Development and Cultural Change; Journal of Population Economics ; African Studies Quarterly*
2003
*GeoJournal; Journal of Development Economics; Economic Development and Cultural Change; World Development; The Geographical Journal; Journal of the African Economies; Social Science Research Council International Fellowship competition (referee)*
2002
*African Studies Review; World Development; Journal of the African Economies; Tech Museum of Innovation (award jury)*
2001
*Economic Development and Cultural Change; World Development; Journal of Development Economics; Social Science Research Council; Tech Museum of Innovation (award jury)*
2000
*Food Policy; National Science Foundation; MacArthur Foundation; Journal of Development Studies; African Studies Review; Climate Research: Interactions of Climate with Organisms, Ecosystems, and Human Societies International Food Policy Research Institute*
1999
*Journal of the African Economies; American Agricultural Economics Association (abstracts review panel for annual conference); Journal of Development Economics; Feminist Economics; Journal of Economic Behavior and Organization; African Finance Journal; African Studies Review*
*International Agribusiness Review*
1998
*University of Michigan Press; African Studies Review; World Development; Journal of Institutional and Theoretical Economics*
*Journal of Economic Behavior & Organization*

Previous
 *Journal of Development Economics (1994), Journal of the African Economies (1995, 1997),*

Exhibit 1
Page 24

14

*The University of Michigan Press (1995), World Development (1996), Journal of Theoretical and Institutional Economics (1997).*

**AWARDS AND HONORS**
- Brutocao Teaching Innovation Award, 2017, in recognition of developing teaching of statistics in undergraduate Economics program.
- Leavey Impact Award, 2016, in recognition for Teaching and Learning.
- Broncos Read, for service promoting reading, Santa Clara University, March 2011.
- Outstanding Service Learning Award from Montana State University, April 2010
- Santa Clara University President's Special Recognition Award, 2007, for work as chair of Core Curriculum Revision Committee
- Humanitarian Award, National Society of Black Engineers, Santa Clara University chapter, 2006.

Exhibit 1
Page 25

- Sudan Studies Association Appreciation Award, 2005, for service as President of the Association
- Phi Beta Kappa, Georgetown University, 1983.

**GRANTS AND FELLOWSHIPS**
- Fulbright Research Grant, Institute for International Education, 2012-2013.
- Presidential Research Grant Santa Clara University, Santa Clara University, $5000. (2012-13).
- Leavey School of Business Summer research grant, Santa Clara University, $8600. (2011-12).
- Presidential Research Grant Santa Clara University, Santa Clara University, $5000. (2009-10).
- Technology Innovation Grant, Santa Clara University, Santa Clara University, $5750. (July 2009 - June 2010).
- Cheryl Breetwor Teaching Fellowship, Santa Clara University (Sponsored Research), Santa Clara University, $10000. (January 2008 - December 2009).
- Effects of Summer Reading Programs on Reading Ability (Grant), sponsored by Center for Science Technology and Society, Santa Clara University, $5000. (July 2008 - December 2008).
- Effects of Summer Reading Programs on Reading Abilities (Grant), sponsored by Leavey Grant, Santa Clara University. (June 2008 - November 2008).
- "What Are Secondary School Students Reading in Ouagadougou, and Does It Matter?" Santa Clara University Research grant, ($3,280, spring 2006).
- "How much do libraries change reading habits, aspirations, and school outcomes? Impact of libraries on students in rural Burkina Faso" Santa Clara University Research gran*t*, ($4,000, spring 2005).
- "Understanding Sudan: Resources for Teachers and Researchers," (proposal prepared with Martha Saavedra and Mariane Ferme, both at UC Berkeley) International Research And Studies Program, International Education Programs Service, U.S. Department Of Education, Title VI, ($318,000 awarded over three years, 2005-07).
- Cheryl Breetwor Teaching Fellowship, Santa Clara University," Santa Clara University, $10,000.00. (January 2002 - December 2004).
- "Economic Growth and the Convention for the Elimination of Discrimination against Women" Leavey School of Business summer 2003 research grant.
- "Ethical Issues in Village Libraries" Hackworth Faculty Research Grant, summer 2003, research grant, $1500.
- Dean Witter Fellowship, Santa Clara University, Santa Clara University, $10,000.00. (January 2000-December 2002).

**Previous Grants and Fellowships**
- Thomas Terry Teaching grant, 2001
- Santa Clara University Technology fund, 2001
- Dean Witter Foundation Fellowship, 2000- 2002
- University Research Grant, Santa Clara University, 1996, 1998, 2000, 2002
- Leavey School of Business Summer Grant, 1997, 1999, 2001, 2002
- West Africa Research Association Fellowship, 1995
- Harvard Academy for International and Area Studies Post-Doctoral Fellowship, 1993-1995.
- Mellon Foundation Area Studies Fellowship, 1991-92.
- Social Science Research Council Dissertation Fellowship, 1989-90.
- Fulbright Collaborative Fellowship, 1989-90.
- SSRC Pre-Dissertation Grant, 1988.
- Foreign Language Area Studies (FLAS) Fellowship, 1988.
- PLAN International Development Fellowship, 1985-86.

Exhibit 1
Page 26

16

**NON-PROFIT AND COMMUNITY EXPERIENCE**
- Director and co-founder, Friends of African Village Libraries www.favl.org, 2001-present.
- Member, International Federation of Library Associations Section on Libraries for Youth and Children, 2015-16.
- Treasurer and co-founder, Horace Mann School Foundation, 2003-2009
- Horace Mann School Site Council, elected member, 2003-2005

**SERVICE TO SANTA CLARA UNIVERSITY**
**Leadership positions**
- Director and organizer, Civil Society Institute, 2016-19.
- Convener, Faculty Learning Community, sponsored by Faculty Development office, for faculty interested in using R in for teaching and research, 2015-17.
- Chair, Task Force on Faculty Feedback to Senior Administrators, established by the University Coordinating Committee, 2016.
- Faculty Director, Assessment & Accreditation, Leavey School of Business, 2014-15.
- Director and Founder, Reading West Africa study abroad program, 2009-12.
- Chair, Economics Department, 2007-11.
- Chair, University Core Curriculum Revision Committee, 2006-07.
- Chair, Core Curriculum World Cultures committee, 2004-07.
- Chair, Judging Committee, Technology Benefitting Humanity Tech Awards. 2003-06.
- Chair, Rank and Tenure Committee. Leavey School of Business. 2005-2006.

**Significant service**
- Member, Undergraduate Leadership Team, 2020-present.
- Member, University Budget Council, 2018-present.
- Member, Rank and Tenure Committee. Leavey School of Business, 2013-16.
- Member, MBA Core Curriculum revision committee, 2011-12.
- Member, Rank and Tenure Committee. Leavey School of Business, 2004-07.

**Regular service**
- Member, Provost Budget Priorities Committee, 2020-present.
- Mock interview panels (2) for Fellowships office, 2020-21.
- Member, Faculty Senate (also served on two Senate task forces), 2016-2019.
- Library liaison, Economics Department, 2013, 2016-19.
- Member, Search committee Orradre Library Associate Librarian, 2017.
- Faculty Research Mentor, Global Social Benefit Fellowship, 2016-17.
- Member, Core Curriculum Committee for Diversity requirement, 2016.
- Faculty Teaching Associate, Collaborative for Teaching Innovation, 2013-15.
- Member, Brutocoa Teaching award judging panel, 2014.
- Member, Economics Department recruiting committee, 2013-14.
- Member Civic Engagement Committee, Core Curriculum, 2008-14.
- Member, application review committee for Santa Clara University Study Abroad selection process, 2013.
- Member, University Librarian search committee, 2011.
- Member, Study Abroad advisory committee, 2011.
- Member, Steering Committee, Center for Science, Technology and Society, September 2007-11.
- Co-Chair, African Studies minor. 2008-11.

Exhibit 1
Page 27

- Member, Economics Dept. recruitment committee, 2011.
- Member, Core Curriculum World Cultures committee, 2004-05.
- Member, University representative to Curriculum Review Committee, Institute for the International Education of Students (IES). 2004-06.

**Guest speaker or presenter on campus**

1. Professor Dennis Gordon, course Conflict and Peace, October 2017.
2. Professor Dennis Gordon, Center for the Arts and Humanities course on Conflict and Peace, September 2016.
3. Professor Cheryl McElvain, Master's level class in Education, on African libraries and reading programs, November 2015.
4. Presentation in VITAL with Stephen Carroll for faculty development, April 2015.
5. Professor Catherine Montfort, French for Business class in Modern languages, February 2015.
6. Presentation CAFÉ on clickers for faculty development, Feb 2015.
7. Cheryl McElvain Master's level class in Education, on African libraries and reading programs, November 2014.
8. Talk on Google scholar for new faculty orientation, September 2014.
9. Professor John Ifcher Economics 190 research seminar class, 2014.
10. Professor Leslie Gray, World Geography, 2012.
11. Professor Linda Alepin, Global Fellows program, 2012.
12. Professor John Ifcher Economics 190 research seminar class, 2011.
13. Professor Catherine Montfort, French class, 2011.
14. Professor Kris Mitchener Econ 3H, March 2011.
15. Professor Linda Alepin, Global Fellows program, BUSN 196 microfinance presentation. April 2011.
16. Professor John Ifcher Economics 190 research seminar class, 2010.
17. El Salvador LSB immersion trip, lecture on economic development. February 2009.
18. SCAAP, talk on Friends of African Village Libraries. February 2009.
19. Cyphi RLC Panel on Foreign Policy Challenges facing President Obama. January 2009.
20. Alumni Weekend, talk on "Village Libraries in Africa", May 2008.
21. Professor Catherine Montfort,Modern Languages - Business French, April 2008.
22. Political Science Department - Introduction to African Politics, April 2008.

**OTHER INFORMATION**

**Languages**

- Spanish Fluent (Elementary and secondary school in Puerto Rico).
- French Fluent (University coursework, 20 years practical experience in Burkina Faso, written books and articles).
- Arabic Very good Sudanese Colloquial (Two years living in a Sudanese village).
- Arabic Good Intermediate-level Modern Standard (Three years university-level study).
- Bamanankan/Dioula Beginning-Level (One year village language lessons).

**Affiliations**

- American Economics Association
- African Studies Association
- Sudan Studies Association (association board 1998-2005; assistant editor Sudan Studies Association newsletter 1998-2005, President elect, 2001-3, President 2003-2005).

**Media appearances**

1. Interview, Voice of America (French). November 2017.
2. Voice of America (French) speaking on economic policy with China, April 2017.
3. Voice of America (French) speaking on OPEC decision to raise oil prices, Sept 2016.

Exhibit 1
Page 28

4. Quoted in International Business Times article, Fall 2015, http://www.ibtimes.com/burkina-faso-elections-2015-coup-transitional-government-jeopardizing-fragile-2106834

5. Spoke on Voice of America (French) story concerning on Federal Reserve decision to raise interest rates December 15, 2015.

6. Quoted in Article on gender discrimination in Brazil.  Inertia (online magazine) http://www.theinertia.com/surf/where-are-all-of-the-brazilian-women/

7. AP media – consulted for advance obit on Pres. Blaise Compaore of Burkina Faso, 2013.

8. Voix de l'Amerique, spoke on retail and GDP growth after Black Friday, December 2, 2013.

9. KXRW Channel 4 spoke on nomination of Janet Yellen to Federal Reserve chair, Oct 2013.

10. KTVU interview about Invisible Children campaign and Joseph Kony March 2012

11. KCBS on war in Sudan, April 2012.

12. KQED Forum to discuss Sudan and Darfur. March 10, 2009.

13. KNBC Bay Area television, quoted on stimulus package. February 2009.

14. Radio Jamaica on Madoff Ponzi scheme and U.S. economy. January 2009.

15. KLIV news radio, speaking on Fed Reserve. December 15, 2008.

16. Quoted in San Jose Mercury News. October 7 and 15, 2008.

17. Interview on Radio Jamaica. October, 2008.

18. Guest blogger on NBC11 News at 5:00, on recession in U.S. economy. January 23, 2008.

19. U.S. Weekly - Quoted in story about Angelina Jolie and Darfur. November 2007.

20. KGO ABC News Channel 7; spoke on global warming and Darfur crisis. October 12, 2007.

21. Interview on Radio Jamaica. October 24, 2006.

22. Quoted in New York Times. October 23, 2006.

23. San Jose Mercury News - Quoted in article on Darfur. October 17, 2006.

24. KCBS Live news. Spoke on United Nations resolution 1706 and intervention in Darfur. September 9, 2006.

25. Quoted in International Business Times. August 14, 2006.

26. Quoted in article in on Tech Awards, The Santa Clara magazine. March 2006.

27. Quoted in article UC to drop stocks tied to Sudan, "To oppose Darfur genocide, regents approve first socially based divestment since 1986" by Matt Krupnick. http://www.contracostatimes.com/mld/cctimes/news/local/states/california/14121497.htm, Contra Costa Times. March 17, 2006.

28. Interviewed on for story about divestment from Sudan-related stocks by U.C. Berkeley, KTVU. March 17, 2006.

29. Quoted in article, "UC seeks to distance itself from business with Sudan" Jan 20, 2006, picked up by Monterey County Herald, CA, and Bradenton Herald. "... Divestment by the UC system would put pressure on foreign corporations and the Sudanese government, said Michael Kevane, an economist and Sudan expert at Santa Clara...", Contra Costa Times. January 20, 2006.

30. Quoted in article "UC pressed on Sudan stock ties" by Matt Krupnick, Contra Costa Times. October 1, 2005.

31. Spoke on the inauguration of a government of national unity in Sudan, KCBS News Live. September 24, 2005.

32. Quoted in article in Contra Costa Times on status of 'Lost Boys', refugees repatriated to the Bay Area.

33. Appeared on radio KCBS Live, interview on John Garang's death, August 2005 (producer Ted Goldberg)

34. Appeared on panel discussion at the World Affairs Council in San Francisco, on Darfur, May 2005.

35. Appeared on radio KCBS Live, interview on Darfur Accountability Act, March 7, 2005, 5:20 pm (producer Ted Goldberg)

36. Appeared on ABC News 7, 12/9/04 on story about crisis in Darfur in bay Area

37. Interviewed on KKUP 91.5 radio, with Emmanuel Nado, "Echoes of Africa", October 2004, and then again on November 1, 2004 about Darfur

38. Interviewed by Pacific News Service on US policy towards Sudan and terrorism. Quoted in article that appeared Dec. 13, 2001. "No Place to Hide - Impoverished Sudan, Somalia Offer Little to Al Qaeda" by Donal Brown, Pacific News Service.

39. Interviewed by San Jose Mercury News regarding award of Nobel Prize to George Akerlof. I was quoted in

Exhibit 1
Page 29

19

article that appeared on October 11, 2001.

40. Letter published in Wall Street Journal, entitled "But Whose Tradition?" replying to op-ed piece by Judge Robert Bork. August 2001.

41. KQED Forum radio talk show, speaking on the civil war in Sudan. May 2001.

42. Quoted in article in Contra Costa Times on status of 'Lost Boys', refugees repatriated to the Bay Area.

43. Letter published in Wall Street Journal, in section entitled, "Will the U.S. Rescue Its Captive Children", dealing with Saudi Arabia and treatment of girls. The letter referred to Saudi Arabia's signing, with reservations, of the CEDAW treaty.

44. KNTV Channel 11 news, commenting on effects of uncertainty about Presidential elections on stock market. Nov. 13, 2000.

45. KNTV Channel 11 news, commenting on trade relations with China, May 2000.

46. KNTV Channel 11 News, for story on Chinese spying and export controls on high technology. May 27, 1999.

Exhibit 1
Page 30