1   ROB BONTA
    Attorney General of California
2   MARK R. BECKINGTON
    R. MATTHEW WISE
3   Supervising Deputy Attorneys General
    TODD GRABARSKY
4   JANE REILLEY
    LISA PLANK
5   ROBERT L. MEYERHOFF
    Deputy Attorneys General
6   State Bar No. 298196
     300 South Spring Street, Suite 1702
7    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
8    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
9   *Attorneys for Rob Bonta, in his Official Capacity as*
    *Attorney General of the State of California*

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14   **RENO MAY, an individual, et al.,** | Case Nos. 8:23-cv-01696 CJC (ADSx) |
| 15                     Plaintiffs, | 8:23-cv-01798 CJC (ADSx) |
| 16            v. | **DECLARATION OF PETER C. MANCALL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** |
| 17   **ROBERT BONTA, in his official capacity as Attorney General of the** | |
| 18   **State of California, and Does 1-10,** | |
| 19                     Defendants. | Date:          December 20, 2023 |
| | Time:          1:30 p.m. |
| 20 | Courtroom:  9B |
| | Judge:         Hon. Cormac J. Carney |
| 21   **MARCO ANTONIO CARRALERO, an individual, et al.,** | |
| 22                     Plaintiffs, | |
| 23            v. | |
| 24   **ROBERT BONTA, in his official capacity as Attorney General of** | |
| 25   **California,** | |
| 26                     Defendant. | |

27

28

**DECLARATION OF PETER C. MANCALL**

I, Peter C. Mancall, declare under penalty of perjury that the following is true and correct:

1.    I have been asked to provide an expert opinion on the use and regulation of firearms in colonial America. I have also been asked to opine on the history of drinking establishments and casinos in colonial America. This declaration is based on my own personal knowledge and experience, and if I am called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2.    I am over the age of eighteen (18) years, competent to testify to the matters contained in this declaration and testify based on my personal knowledge and information.

**BACKGROUND AND QUALIFICATIONS**

3.    I am a historian and author of dozens of articles, six single-authored books, one co-authored book, and the editor of approximately 20 scholarly volumes.  I received my A.B. degree from Oberlin College in 1981, an A.M. from Harvard University in History in 1982, and a Ph.D., also in History from Harvard University, in 1986.  In addition to my scholarly publications, I have written for a wider public audience on various issues relating to early America in magazines and newspapers including *Time*, the *Los Angeles Times*, *Alta*, *The Conversation*, and *Zocalo*.  A true and correct copy of my curriculum vitae is attached as **Exhibit 1** to this declaration.

4.    I have served on the faculty at the University of Southern California since 2001.  I am currently Distinguished Professor; the Andrew W. Mellon Professor of the Humanities; the Linda and Harlan Martens Director of the USC-Huntington Early Modern Studies Institute; and Professor of History, Anthropology, and Economics.  From 1989 to 2001 I was a member of the Department of History at the University of Kansas.  I was the Harold Vyvyan

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

Harmsworth Professor of American History at the University of Oxford for the 2019-2020 academic year.

5.      The contents and opinions in this declaration are solely my own.

## RETENTION AND COMPENSATION

6.      I am being compensated for services performed in the above-entitled case at an hourly rate of $250 for research and preparing documents and an hourly rate of $500 for appearances in court or at depositions. My compensation is not contingent on the results of my analysis or the substance of any testimony.

## BASIS FOR OPINION AND MATERIALS CONSIDERED

7.      The opinion I provide in this report is based on my review of the various documents filed in this lawsuit, and my education, expertise and research in the field of American history.  The opinions contained herein are made pursuant to a reasonable degree of professional certainty.

## SUMMARY OF OPINIONS

8.      In English America, the territory that would eventually include the 13 colonies that declared independence on July 4, 1776, there were three kinds of colonies: royal colonies, which in theory were governed directly from London; colonies organized by companies (eg, the Virginia Company of London, the Massachusetts Bay Company); and proprietary colonies, which were governed by a proprietor (eg, William Penn in Pennsylvania), who had derived his authority from the monarch.  After the formation of a representative assembly in Virginia in 1619—an entity later known as the House of Burgesses—even royal colonies had some form of local governance.

9.      During the entire colonial era, the monarch retained his or her authority to make proclamations intended to govern life in North America and, in certain instances, within England.   In 1540, King Henry VIII, aware that his "officers and subjects, being in the highway, in the open street, or in their own houses, chambers, or gardens, have been put in great jeopardy of their lives" by

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

handgun shootings, limited the use of handguns to "places of the marks, pricks, and butts appointed for the shooting and exercising of said handguns or hacks." [32 Henry VIII, reprinted in Paul L. Hughes and James F. Larkin, eds., *Tudor Royal Proclamations*, 3 vols. (New Haven: Yale University Press, 1964-1969), I; 288-289.]

## I. ALCOHOL-SELLING ESTABLISHMENTS IN COLONIAL AMERICA, AND REGULATION THEREOF

10.     Alcohol-selling establishments across colonial North America and in the early American republic played a central role in the life of towns and cities alike.  From the earliest years of English colonization, immigrants erected ordinaries near the center of town, typically close to the most important public institutions such as court houses and churches.  When these communities grew, the larger ones had multiple ordinaries.  Many existed to serve the demand by colonists (and, after the Revolution, citizens of the United States) for alcohol.

11.     This drinking culture developed in the seventeenth century across English America, and no doubt could trace part of its origins to unclean water that migrants had experienced in London and other English cities.  Drinking water could be dangerous to one's health, especially in an age that lacked modern notions of contagion or any effective means to measure water-borne pathogens in a river, pond, or well.  As a result, the consumption of beer, ale, and hard cider were ubiquitous.  Given its ubiquity, it is not surprising, as one historian put it, that taverns "are clearly the number one exhibit in early America of a business regulated by government." [Paton Yoder, "Tavern Regulation in Virginia: Rationale and Reality," *Virginia Magazine of History and Biography* 87 (1979), 259-278, quotation at 273.]

12.     Colonial authorities, like officials in England, were well aware of the dangers posed by inebriation.  In 1751, the famed engraver William Hogarth created two images.  The first he labeled "Beer Street," where people lived in peace

1    because their consumption of alcohol did not lead to social problems.  But the

2    second image, which he called "Gin Lane," depicted a society collapsing as a direct

3    result of the drinking of distilled beverages.

4        13.    In the colonies and early republic, the fears of social problems caused

5    by drink focused on ordinaries because of the singular role that they played in

6    providing alcohol, especially distilled spirits, to the public.  Colonial and state

7    legislators were eager to limit violence in their society.  They did so first by trying

8    to prevent the sale of alcohol to Native Americans, though colonial authorities

9    eventually concluded that such bans might interfere with the fur trade, which led

10   authorities to look the other way, especially since the violence that inebriated

11   Indigenous caused, according to contemporary reports, occurred within Native

12   communities.  [See, eg., *The Speech of a Creek-Indian, Against the Immoderate*

13   *Use of Spirituous Liquors* (London, 1754); Peter C. Mancall, *Deadly Medicine:*

14   *Indians and Alcohol in Early America* (Ithaca: Cornell University Press, 1995).]

15   Officials' concern for drunken violence focused on colonists of European descent

16   as well as populations (such as enslaved as well as Indigenous) that typically

17   attracted attention of authorities. [Jessica Kross, "If you will not drink with me, you

18   must fight with me": The Sociology of Drinking in the Middle Colonies,"

19   *Pennsylvania History* 64 (1997), 28-55).]

20       14.    Public concern for possible violence in ordinaries was reasonable in an

21   age when there were so many distributors of alcohol.  Philadelphia in 1769, to take

22   one example, had a population of 28,042 and 178 taverns, meaning that there was

23   an establishment for selling alcohol for every 158 residents.  Local officials were

24   aware that these institutions were gathering places for locals and visitors alike, the

25   first to drink and the second to find lodging at a time when such institutions were

26   the most common place to find a place to sleep for a traveler.  In this instance,

27   officials worried about what happened in venues that often hosted cock fights,

28   sailors on shore leave, and individuals, primarily men, who often argued when they

1 were drunk.  The fears of possible social disorder as well as a hope to generate
2 revenue led to the need to license ordinaries, which put them under the jurisdiction
3 of municipal authorities.  [See Peter Thompson, *Rum Punch and Revolution:*
4 *Taverngoing and Public Life in Eighteenth-Century Philadelphia* (Penn, 1999).]

5      15.    In an age of widespread availability of alcohol and the potential for
6 social chaos and violence, municipal authorities focused on the most lethal weapons
7 of that era—swords.  But it is reasonable to conclude from the context that
8 legislators would have banned any weapon that contributed to violence in these
9 establishments.  They outlawed swords because it was much easier for a drunken
10 man (or woman) to slash or stab someone in a tavern.  It would have been much
11 more difficult in an age when handguns were still uncommon to use a musket or a
12 pike to shoot someone in the close range and crowded conditions of a typical
13 ordinary.  As the historian Rhys Isaac wrote in a Pulitzer Prize winning book:
14 "Since gentlemen sometimes wore their swords in the ordinaries, despite laws to
15 the contrary, aggressive banter could have fatal consequences."  [Isaac,
16 *Transformation of Virginia*, 95.].

17 **II.  REGULATION OF GAMBLING IN AMERICA**

18      16.    In 1779, after the tide of the Revolutionary War had turned in favor of
19 the American rebels (though the outcome of the contest would not be known until
20 the Battle of Yorktown in 1781), state authorities in Virginia passed an act to
21 regulate gaming.  They began by declaring that all debts accrued "by betting or
22 laying on the hands or sides of any person who shall play at such games; or won or
23 obtained by betting or laying on any horserace, or cockfighting, or any other sport
24 or pastime, or on any wager whatsoever" were at that point voided.  The state did
25 not seek to ban all gambling but, instead, legislators passed their act "to suppress
26 excessive gaming."  Small-wage betting was still permissible, under certain rules.
27 Specifically, the legislators sought to prevent gambling in places licensed to sell
28 alcohol.  "Any tavern-keeper who shall permit cards, dice, billiards, or any

instrument of gaming to be made use of in his house; or shall permit any person to bet or play for money or other goods, in any outhouse, or under any booth, arbour, or other place" that the licensee possessed needed to report the gamblers to local court officials.  Any licensee who failed to stop the gambling or, alternatively, to report the offenders, faced a severe fine and would also lose their license. [Hening, *Statutes at Large* X: 205-207.]

17.    These post-Revolution acts followed colonial precedent, which maintained government authority to regulate who obtained a liquor license and to suspend the operations of an ordinary if a tavern-keeper permitted gambling.  An act of 1740 intended to prevent gambling at taverns levied a fine of 10 pounds on the licensee, a substantial sum at the time.  [Hening, *Statutes at Large*, V: 102-103.]. An act of 1748 specified that "if any ordinary keeper shall in his house permit unlawful gaming, or suffer any person or persons to tipple in his house, or drink any more than is necessary, on the Lord's day, or any other day, set apart by public authority for religious worship, or shall harbour or entertain any seaman, or servant, contrary to this act," then the ordinary would be shuttered until the court could conduct a proper investigation.  If that investigation confirmed an offense, the keeper could lose his license. [Hening, *Statutes at Large*, XII: 71-76.]

18.    During their October 1748 session, Virginia's legislators also passed an act trying to reduce what they saw as the dangers of excessive gambling that produced debt (or profit) to an extent that it had real economic consequences (eg, that someone might transfer property to settle a debt).  But they paid particular attention to gambling within taverns.  "[T]o prevent gaming at ordinaries, and other public places, which must be often attended with quarrels, disputes, and controversies, the impoverishment of many people and their families, and the ruin of the health, and corruption of the manners of youth, who upon such occasions frequently fall in company with lewd, idle, and dissolute persons, who have no other way of maintaining themselves but by gaming," the legislators enacted fines

1   for individuals who played games other than chess, billiards, backgammon, lawn

2   bowling, and "draughts" (checkers) in these establishments.   The legislators also

3   singled out their concern about violence in taverns.  In order "to prevent quarrels

4   happening by gaming," the act specified that "if any person shall assault, and beat,

5   or shall challenge, or provoke to fight, any other person or person whatsoever, upon

6   account of any money, or other thing won by gaming, or betting, the person and

7   persons so assaulting, beating, challenging, or provoking to fight" shall, upon

8   conviction, pay a fine of 10 pounds and be liable for further judgment if the

9   aggrieved party took them to court under the common law. [Hening, *Statutes at*

10  *Large*, XII: 76-81.]

11      19.    In October 1785, legislators in Virginia exerted their authority over

12  taverns in the era when states, now freed of any imperial oversight, had the

13  opportunity to rewrite their legal codes.  The state, following colonial precedent,

14  required that anyone who was going to sell "wine, beer, cyder, or rum, brandy, or

15  other spirituous liquor, or a mixture thereof," to be consumed at the place of

16  purchase "or in any booth, arbour or stall," must have a license to sell alcohol.

17  Anyone who lacked a license had to pay a substantial penalty.  Legislators noted

18  that only tavern keepers who offered rooms for travelers would be able to obtain a

19  license.  Licensees had an additional obligation under the law.  "If guests or others

20  play at any game, contrary to law, in a tavern, and the keeper thereof shall not

21  endeavour to hinder them, and if they persist, to give information of the offence to

22  the court, or two justices of the peace," then the licensee needed to provide

23  information that they were unaware of the activities taking place and, in addition,

24  that they had no reason to suspect such actions had occurred within the tavern.

25  [Hening, ed., *Statutes at Large* 12: 173-174.]

26      20.    As the situation in Virginia revealed, taverns, in addition to being sites

27  for alcohol, also attracted gamblers.  In the era after the American Revolution, in an

28  age before casinos, taverns hosted people, typically men, playing dice and cards.

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1  Other common gambling activities, which often took place inside or near a tavern,

2  included billiards, horse racing, and cock fights. [Isaac, *Transformation of Virginia*,

3  94-104.]

4      21.    The desire to gamble and the lack of formal establishments led to

5  individuals traveling from one town to another offering games of chance.  States

6  sought to regulate gaming and gamblers, in part because of their association with

7  unsavory characters.  In October 1787, the state of Virginia took a stand against

8  these traveling purveyors of gambling: "All and every keeper or keepers, exhibiter

9  or exhibiters, of either of the gaming-tables commonly called A. B. C. or E.O.

10  tables, or of a Pharoah bank, or of any other gaming-table … shall be deemed and

11  treated as vagrants."  Under the statute, a local justice of the peace or magistrate of

12  a local court could "order such gaming-table to be seized, and publicly burnt or

13  destroyed." [Hening, ed., Statutes at Large XII: 579.]  The state issued the order

14  about gaming tables as part of an effort to exercise its authority over travelers,

15  many of whom the state determined were vagrants.  Since such individuals often set

16  up their games within taverns, the state's effort to regulate them was part of an

17  effort to regulate behavior deemed socially unacceptable in such institutions.

18      22.    The experience in Virginia was typical of the early United States from

19  the late eighteenth century into the early decades of the nineteenth century.

20  According to the historian Ann Fabian, who wrote the most authoritative account of

21  gambling in nineteenth-century America, state legislators in both the south and the

22  north in the early decades of the century prohibited public gambling.  It is important

23  to remember that the United States was from the late eighteenth century through the

24  early decades of the nineteenth century primarily only in eastern North America.

25  The Louisiana Purchase of 1803 added substantial territory to the nation, but state

26  formation in the newly acquired land took decades.  As a result, the most germane

27  legislation relating to state control of gambling took place in the states that had

28  developed out of the thirteen colonies that declared Independence in 1776.

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

23.     The historian Fabian, writing about these early states, has observed that in both the North and the South, legislators created laws "designed to regulate behavior of the poor and working class in inns and taverns and to protect unwary travelers from the cheats of professional gamblers."  She characterized this state control of gambling as coming from different sources.  In the south, legislators wanted to limit "the vice, disorder, and loss that might come out of excessive gaming than with gaming itself, and laws ignored private bets among the wealthy."  The situation in the north was different, primarily because the culture of northern states was less dependent on the labor of enslaved people and hence had not developed the same kinds of economic stratification as had existed in the south.  In the south, the power of the gentry remained, though as a cultural force it was less potent than it had been.  The north, by contrast, was becoming more urbanized more quickly, and those cities attracted what became the middle class—a sector of the population concerned with public order (particularly evident in efforts to reduce alcohol consumption in the 1830s) and less attracted to class-based demonstrations of wealth and status.   In those northern states, Fabian observed, "gambling in private was discouraged by injunctions to save and to spend in only the most rational fashion, and gambling in public was specifically prohibited by local ordinances."  She acknowledged that these laws did not eliminate gambling in private, meaning that "laws against gambling were little more than optimistic fictions of an ideal bourgeois financial republic."  Still, by the middle of the 1830s, "northern states banned most games and most no longer permitted lotteries as official ways to raise revenue."  [Ann Fabian, *Card Sharps, Dream Books, and Bucket Shops: Gambling in Nineteenth-Century America* (Ithaca: Cornell University Press, 1990), quotations at 13-14.)

24.     When the United States expanded westward following the Louisiana Purchase of 1803, legislators in states and territories exercised authority over gambling.  In Louisiana, where gambling had already existed, especially in New

Orleans, legislators at first outlawed all casinos, but then relented for a time to allow the operation of several in New Orleans. But by the mid-1830s, under growing pressure relating to fears of immorality and an economic panic, the state rescinded licenses. Any casinos that remained became hidden away from the eyes of legislators. [See Herbert Asbury, *Sucker's Progress: An Informal History of Gambling in America from the Colonies to Canfield* (New York: Dodd, Mead, 1938, 111-117.]

25.     What happened in Louisiana was common across the United States for the period from the 1830s to the end of the century, including through the era of the passage of the 14th amendment. As the historian Fabian observed, "[b]y the 1890s recreational gambling, with the important exception of the sport of horse racing, was largely prohibited by local ordinance and state law." A new kind of morality drove these prohibitions against organized houses for gambling. Rather than wager money in a bet on a card game or slot machine at a casino, American legislators, by outlawing these venues, instead drove those who wanted to speculate into more widely accepted outlets, notably through investment in stocks. It was only in the twentieth century that some states saw the utility of allowing gambling, which led to the rise of casinos as they now exist in certain cities (eg, Atlantic City or Las Vegas) or certain kinds of places (eg, Native American lands) or spaces that seem to be between states (riverboat casinos).  When casinos re-emerged, state authority lay at the core. Again, as the historian Fabian put it, legalization was "a defense against powers of organized crime so deeply entrenched that lawmakers have no recourse but imitation." Similarly, lotteries, common in the English colonies and in the early American republic, but then another gambling institution that states came to prohibit, came back when legislators realized that those who wanted to play them would take their money to a different state if they were not allowed to play at home. The trick for state legislators was to channel the desire to gamble into state-sanctioned outlets. [Fabian, *Card Sharps, Dream Books, and Bucket Shops*, 10-11.]

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

26.     Existing laws relating to the regulation of taverns and gambling reveal that the state had an interest in reducing violence in taverns, and that the threat of violence was higher when there was gambling taking place there.  Laws from Virginia, the most well-documented for the early era, reveal that state officials also had the authority to regulate both taverns, via licensing, and gambling.  The prohibition against gambling establishments could be found alongside efforts by legislators to limit other behaviors that they believed threatened the social order.  In Pennsylvania in 1901, for example, state authorities granted to municipalities the ability to "restrain, prohibit and suppress tippling-shops, houses of prostitution, gambling-houses, gaming-cock or dog fighting and other disorderly or unlawful establishments or practices, desecration of the Sabbath day, commonly called Sunday, and all kinds of public indecencies." [Pennsylvania General Assembly 1901 Act 14, section xxv.]

27.     The link of alcohol to violence, evident in colonial times and the era of the early American republic, has been a constant across historical eras, even to the present. [See Timothy P. Schofield and Thomas F. Denton, "Alcohol Outlet Business Hours and Violent Crime in New York State," *Alcohol and Alcoholism* 48 (2013), 363-369.]  Such fears motivated legislators across the nation.  Mark Edward Lender and James Kirby Martin, historians of alcohol consumption in the United States, noted that authorities in the era of the early American republic "could close a troublesome tavern by refusing to renew its license."  This authority had direct roots in the colonial era.  As Lender and Martin have written, "[e]ach colony developed an extensive legal code to combat all aspects of liquor violations.  These laws told tavern owners, for example, what they could sell, to whom, when, and even at what prices." [Mark Edward Lender and James Kirby Martin, *Drinking in America: A History* (New York: Free Press, 1982), 17, 72.]

28.     Given the widespread prohibition against casinos or other gambling establishments in the nineteenth century, state legislators spent more time and effort

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1   regulating the sale of alcohol.  They were often very specific in the acts they wrote.

2   For example, Pennsylvania's 1830 act restricted the sale of alcohol in any quantity

3   less than one quart.  They did this not to encourage binge drinking of large volumes

4   of liquor but instead because they saw their authority as extending to behavior

5   within establishments where alcohol was being sold and so they tried to prevent

6   sales by the glass.  They allowed for some exceptions: "physicians, apothecaries,

7   surgeons [and] chemists" could distribute smaller amounts "in the preparation or

8   making up of medicines for sick, lame, or disordered persons."  [1830 Act 193,

9   Pennsylvania General Assembly.]

10          29.    But into the nineteenth century, state legislators remained concerned

11   about the link between gambling and alcohol consumption in taverns.  In 1835,

12   legislators in Connecticut, eager to prevent any licensed tavern keep from allowing

13   excessive drinking, "gambling, disorders, and irregularities, to be practiced,

14   contrary to law, they, or a major part of them," could order tavern keepers to appear

15   before them.  A first hearing might produce a warning.  But any licensee who

16   continued to allow such behavior risked losing their license. [An Act Relating to

17   Taverns and the Sale of Spirituous Liquors, Title LIV [1835], Connecticut Digital

18   Archive.]

19          30.    In one state after another, often following colonial precedent as well as

20   national trends, legislators in the nineteenth century enacted laws to prevent

21   disorder, excessive drinking, and threats to the social order that they saw presenting

22   threats in taverns.  Reviews of such laws reveal a pattern evident in South Carolina:

23   legislators had the authority to dictate allowable behavior in taverns. [See Paul R.

24   Hibbard, "A History of South Carolina Liquor Regulation," *South Carolina Law*

25   *Review* 19 (1967), 157-175.]  Legislators into the twentieth century continued to

26   enact laws intended to limit dangerous behaviors in taverns. [See Trey Malone and

27   Mark Stack, "What Do Beer Laws Mean for Economic Growth?" *Choices* 32: 3

28   (2017), 1-7.]  Scholars have amply documented the link between alcohol

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

1    consumption and violence in the United States. [See Daniel W. Webster, "Public
2    Health Approaches to Reducing Community Gun Violence," *Daedalus* 151: 1
3    (Winter 2022), 38-48, esp. 42-43.]

4

5        I declare under penalty of perjury under the laws of the United States of
6    America that the foregoing is true and correct.

7        Executed on October 31, 2023, at Los Angeles, California.

8

9

10                                                     _____
11                                                     PETER C. MANCALL

Declaration of Peter C. Mancall
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

# Exhibit 1

Exhibit 1
Page 15

1

Revised October 16, 2023

# CURRICULUM VITAE

**Peter C. Mancall**

1140 Roscomare Road
Los Angeles, California 90077
(310)-597-0253

Department of History
SOS 153, 3520 Trousdale Parkway
University of Southern California
Los Angeles, California 90089-0034

email: mancall@usc.edu

## EDUCATION

Harvard University, Ph.D. in History, 1986
Harvard University, A.M. in History, 1982
Oberlin College, A.B., 1981

## DISSERTATION

"Environment and Economy:  The Upper Susquehanna Valley in the Age of the American Revolution," Harvard University, November 1986.  Advisor:  Adams University Professor Bernard Bailyn.

## HONORS, FELLOWSHIPS, AND GRANTS

Robert Ritchie Distinguished Fellow, The Huntington Library, 2023-2024
Professeur Invité, Faculté des Lettres, Sorbonne, March 2024
Distinguished Professor, USC, 2023-
Honorary Fellow (elected), Massachusetts Historical Society, 2022
Harold Vyvyan Harmsworth Professor of American History, Oxford University, 2019-2020
Dyason Fellowship, University of Melbourne, 2016
Furthermore Publication Grant (for NATURE AND CULTURE), 2016.
Fellow (elected), Royal Historical Society, 2015
Member (elected), Colonial Society of Massachusetts, 2015
Fellow (elected), Los Angeles Institute for the Humanities, 2014
USC Associates Award for Creativity in Research, 2013
        (University's highest research prize; only one or two awarded each year)
Linda and Harlan Martens Director, USC-Huntington Early Modern Studies Institute, 2013-
Chair (elected), Council of the Omohundro Instit of Early Am Hist and Cult (2013-2016)
Andrew W. Mellon Professor of the Humanities, USC, 2012-
Mellon Distinguished Lecturer, University of Pennsylvania, 2012
USC Mellon Mentoring Award (for mentoring post-doctoral fellows), 2012
Fellow (elected), Society of American Historians, 2010
*Phi Kappa Phi* Faculty Recognition Award, USC, 2010, for HAKLUYT'S PROMISE
Council (elected), Omohundro Institute of Early American Hist. and Cult. (2010-2013)
Member (elected), American Antiquarian Society, 2008

Exhibit 1
Page 16

## HONORS, FELLOWSHIPS, AND GRANTS (cont.)

Albert S. Raubenheimer Outstanding Faculty Award (Social Science), USC College, 2008
Faculty Fellow, USC Center for Excellence in Research, 2007-2010
British Scholar Book of the Month (September 2007) for HAKLUYT'S PROMISE
Research Economist, National Bureau of Economic Research, 2004-2006
National Endowment for the Humanities/Huntington Library Postdoctoral Fell., 2004-2005
National Science Foundation Grant (with T. Weiss and J. Rosenbloom), 2004-2007 ($173,023)
Institute for Multimedia Literacy, University of Southern California, Summer Fellowship, 2004
Gamma Sigma Alpha, University of Southern California, Professor of the Year, 2004
President (elected), Forum on European Expansion and Global Interaction, 2002-2004
Multimedia Literacy Program Faculty Fellow, University of Southern California, 2002-2003
National Endowment for the Humanities Research Fellowship, 2001-2002
Del Shankel Teaching Excellence Award, University of Kansas, 2001
PEAES Prize for Best Journal Article in early American economic history for 1999 (with T. Weiss)
National Science Foundation Grant (with T. Weiss and J. Rosenbloom), 1998-2000 ($148,360)
Alcohol Advisory Council of New Zealand ALAC Research Fellowship, 1998-1999
W.T. Kemper Fellowship for Teaching Excellence (Prize), University of Kansas, 1998
Hall Center for the Humanities, University of Kansas, Travel Grant, 1999
Andrew W. Mellon Foundation Post-Doctoral Fellowship, Library Company of Philadelphia, 1997
Hall Center for the Humanities (University of Kansas) Fellowship, Spring, 1997
Wood Institute for the History of Medicine, College of Physicians of Philadelphia, Fell., 1995
Mellon Resident Research Fellowship, American Philosophical Society Library, 1994
Arts Faculty Fellowship, University College Galway (National University of Ireland), 1993
Hall Center for the Humanities, University of Kansas, Travel Grant, 1993
Charles Warren Center Fellowship, Harvard University, 1991-1992
National Endowment for the Humanities Summer Stipend, 1991
University of Kansas General Research Fund Grants, 1991-1999
Phillips Fund Grant, American Philosophical Society, 1990
Historical Society Pennsylvania/Library Company of Phila. summer research fell., 1990
National Endowment for the Humanities Travel to Collections Grant, 1990
University of Kansas New Faculty General Research Fund Grant, 1990
Michael Kraus Research Grant, American Historical Association, 1987
Artemas Ward Dissertation Fellowship, Harvard University, 1985-1986
CBS Bicentennial Narrator's Scholarship, Harvard University, 1984-1985
Charles Warren Center, Harvard University, summer research grants, 1984, 1985
Life Scholarship Prize in American History; honors in History, Oberlin College, 1980/1981

## INSTITUTIONAL GRANTS FOR USC AND FOR EMSI

NEH Digital Humanities grant (PI; to support "Booksnake"); 2022-2023 ($150,000)
Mellon Foundation, for humanities in the university of the future, 2019-2022 ($1,250,000)
Mellon Foundation, for humanities in a digital world, 2017-2022 ($1,500,000)
ACLS Post-Doctoral Partner Initiative for 2016-2017 ($85,000)
Mellon Foundation, for digital humanities at USC, 2014-2019: $1,900,000
Mellon Foundation, for EMSI, 2012: $1,750,000 (= $3.25m after challenge)
Mellon Foundation for Postdoctoral Fellowships at USC College, (with Howard Gillman): 2011-
    2015: $1,645,000

Exhibit 1
Page 17

3

Borchard Foundation, for EMSI, 2011: $35,000
Mellon Foundation, for EMSI, 2009-2012 (with Howard Gillman): $883,000
Mellon Foundation for Postdoctoral Fellowships at USC (with Peter Starr), 2007-2011: $874,000
NEH Challenge Grant (with William Deverell), 2007: $350,000 (=$1.7m after challenge)
Mellon Foundation (with Peter Starr), for EMSI, 2006-2009: $650,000
Borchard Foundation, for EMSI, 2006: $30,000
Mellon Foundation (with Joseph Aoun), for EMSI, 2003-2006: $629,000

## ACADEMIC APPOINTMENTS

Professor of History, Anthropology, and Economics, 2022-
Divisional Dean for the Social Sciences, USC Dornsife, 2020-2023
Divisional Dean for the Humanities, USC Dornsife, 2015-2020; for 2015-2017: also Interim
    Divisional Dean for Social Sciences
Linda and Harlan Martens Director, USC-Huntington Early Modern Studies Institute, 2013-
Andrew W. Mellon Professor of the Humanities, University of Southern California, 2012-
Vice Dean for Humanities, USC Dornsife College of Letters, Arts and Sciences, 2012-2015
Chair, Department of History, University of Southern California, 2010-2012
Professor of History and Anthropology, University of Southern California, 2005-
Director, USC-Huntington Early Modern Studies Institute, 2003-
Associate Vice Provost for Research Advancement, University of Southern California, 2007-2009
Professor of History, University of Southern California, 2001-2005
Professor of History, University of Kansas, 1996-2001
Associate Professor of History, University of Kansas, 1992-1996
Visiting Faculty Fellow, University College Galway (National University of Ireland), spring, 1993
Assistant Professor of History, University of Kansas, 1989-1992
Lecturer on History and Literature, Harvard University, 1987-1989
Visiting Assistant Professor of History, Connecticut College, 1986-1987
Teaching Fellow, Harvard University, 1983-1985

## EDITORIAL BOARDS

JOURNALS: *Environmental History* (2021- ); *Eighteenth-Century Studies* (2022- );
*Commonplace* (2021- ); *Studies in Medieval and Renaissance History* (2015- ); *William and
Mary Quarterly* (2010-2013; chair, 2011-2012); *French Journal of American Studies* (conseille
scientifique, 2010- ); *Journal of American History*, 2005-2008; *HLQ: Huntington Library
Quarterly* (2004- ); *Itinerario*, 2007-2012; *Pennsylvania History,* 2004-2008; *Reviews in
American History,* 1998-2008; *History Compass* (Blackwell on-line journal) (section editor,
2004-2007; editorial board 2008-2010).

Advisory Board, Oxford University Press/John Carter Brown Library series on the Americas
    (2011- )

Editorial Board, *Oxford Encyclopedia of American Cultural and Intellectual History*, 2 vols.
    (New York: Oxford University Press, 2013).

Editorial advisor, Oxford edition of Hakluyt, *Principal Navigations*, ed. Claire Jowitt and Dan
    Cary, 14 vols. (Oxford: Oxford University Press, 2014- )

Exhibit 1
Page 18

4

## RESEARCH

### BOOKS:

AMERICAN ORIGINS, volume one of the Oxford History of the United States (New York: Oxford University Press, under contract with delivery scheduled for spring 2023).

THE TRIALS OF THOMAS MORTON: AN ANGLICAN LAWYER, HIS PURITAN FOES, AND THE BATTLE FOR A NEW ENGLAND (New Haven: Yale University Press, 2019; audio book from Tanter Media, available via Audible). **Media (selected)**: "Tides of History" podcast (January 23, 2020; available at https://www.stitcher.com/show/tides-of-history/episode/pilgrims-puritans-and-the-battle-for-new-england-interview-with-historian-peter-mancall-66786095); Colonial Society of Massachusetts podcast (March 19, 2021; available at: https://www.youtube.com/watch?v=1OJ3IG5j4CY&t=14s); "Thomas Morton and The New Canaan: The America that Could Have Been--Story Search from Special Collections," Free Library of Philadelphia (May 2021; available at: https://anchor.fm/freelibraryofphiladelphia/episodes/Thomas-Morton-and-The-New-Canaan-The-America-That-Could-Have-Been-e10qq24); Book Society podcast (January 2022; available at https://share.transistor.fm/s/ff1aad01).
Selected reviews: *Wall Street Journal*, November 29, 2019; *New York Review of Books* (Christopher Benfey: "Pranksters and Puritans"), February 25, 2021; *La Vie des Idées* (Sorbonne), November 2, 2020.

NATURE AND CULTURE IN THE EARLY MODERN ATLANTIC (Philadelphia: University of Pennsylvania Press, 2018, paperback 2020; audio book with Redwood Audiobooks, available via Audible). Recipient of a Furthermore publication grant from the J.M. Kaplan Fund. **Media (selected)**: "Tides of History" podcast (December, 2018; available at https://art19.com/shows/tides-of-history/episodes/0c73dd71-d3a9-4183-96b8-4eb45b12e3d8); John Carter Brown Library lecture (available at: https://www.youtube.com/watch?v=LwjKBkxePWM);
*TLS* (Harriet Ritvo, "Wild Things"), October 5, 2018.

FATAL JOURNEY: THE FINAL EXPEDITION OF HENRY HUDSON—A TALE OF MUTINY AND MURDER IN THE ARCTIC (New York: Basic Books, 2009; paperback 2010). History Book Club (Main selection, July 2009); Military Book Club; Canada History Society Book Club; QPB ed. January 2010; audio book from audio.com (available on ITunes), December 2009; Top 50 books of the year from the History Book Club (reached number 1 on HBC best seller list). **Media (selected)**: MSNBC.com (July 7, 2009); "Daily Show with Jon Stewart," Comedy Central, July 14, 2009 [available at http://thedailyshow.cc.com/videos/mfgw9k/peter-mancall]; Leonard Lopate show, WNYC (NPR NY affiliate), July 14, 2009; "Focus 580," WILL (NPR Urbana, Ill., affiliate); "Think," KERA (NPR Dallas affiliate), July 30, 2009; "The Roundtable," WAMC (NPR Albany affiliate), July 31, 2009; "WGVU Morning Show," WGVU (NPR Grand Rapids, Mich., affiliate), July 31, 2009; "Marvels and Wonders" (book of the week, July 8); "Book TV," C-Span (taped at the Museum of the City of New York,  September 2009 (available at: http://www.c-span.org/video/?289297-1/book-discussion-fatal-journey); New Books in History (interview with Marshall Poe, September 4, 2009 [available at: http://newbooksinhistory.com/2009/09/04/peter-mancall-fatal-journey-the-final-expedition-of-henry-hudson/].

Exhibit 1
Page 19

HAKLUYT'S PROMISE: AN ELIZABETHAN'S OBSESSION FOR AN ENGLISH AMERICA (New Haven: Yale
University Press, 2007; paperback, 2010).  BBC History Book Club; British Scholar Book of the
Month (September 2007); *Phi Kappa Phi* prize, 2010.

AT THE EDGE OF EMPIRE: THE BACKCOUNTRY IN BRITISH NORTH AMERICA (with Eric Hinderaker)
(Baltimore: Johns Hopkins University Press, 2003).

DEADLY MEDICINE: INDIANS AND ALCOHOL IN EARLY AMERICA (Ithaca and London: Cornell
University Press, 1995; paperback 1997).  A "Nota Bene" selection of the *Chronicle of Higher
Education;* excerpt in Mike Jay, ed., *Artificial Paradises: A Drugs Reader* (Penguin, 2000).

VALLEY OF OPPORTUNITY: ECONOMIC CULTURE ALONG THE UPPER SUSQUEHANNA, 1700-1800 (Ithaca
and London: Cornell University Press, 1991; paperback, 2011).

## SERIES GENERAL EDITOR:

*The Early Modern Americas*, University of Pennsylvania Press, 2010-
          Twenty-four volumes to date

*Voices of Native American History*, 5 vols. (New York: Facts on File, 2016)

*Perspectives in American Social History*, 16 vols. (Santa Barbara: ABC Clio), 2007-2012

*Encyclopedia of Native American History*, 3 vols. (New York: Facts on File, 2011)

## BOOKS EDITED:

VIRGINIA 1619: SLAVERY, FREEDOM, AND THE EMERGENCE OF ENGLISH AMERICA, with Paul
Musselwhite and James Horn (Chapel Hill: University of North Carolina Press for the
Omohundro Institute of Early American History and Culture, 2019).

GOVERNING THE SEA IN THE EARLY MODERN ERA with Carole Shammas (San Marino, Calif.:
Huntington Library Press, 2015).

COLLECTING ACROSS CULTURES: MATERIAL EXCHANGES IN THE EARLY MODERN ATLANTIC WORLD
with Daniela Bleichmar (Philadelphia: University of Pennsylvania Press, 2011; pbk 2013).

THE ATLANTIC WORLD AND VIRGINIA, 1550-1625 (Chapel Hill: University of North Carolina Press for
the Omohundro Institute of Early American History and Culture, 2007).

BRINGING THE WORLD TO EARLY MODERN EUROPE: TRAVEL ACCOUNTS AND THEIR AUDIENCES
(Leiden and Boston: Brill, 2007).  (NB: This is the book version of the special issue of *Journal of
Early Modern History* on travel narratives.)

TRAVEL NARRATIVES FROM THE AGE OF DISCOVERY (New York: Oxford University Press, 2006).
History Book Club; Discovery Channel Book Club.

THREE WORLDS MEET, volume 1 of *The Facts On File Encyclopedia of American History* [Gen. Ed.

Exhibit 1
Page 20

Gary Nash] (New York: Facts On File, 2003; 2nd ed. 2010).  The series as a whole has been named "Outstanding Reference Source, 2004" by RUSA/ALA; "Editor's Choice Reference Source, 2003" by *Booklist/RBB*; "Best Reference Source, 2003," by *Library Journal*; and a *Choice* "Outstanding Academic Title, 2003."

AMERICAN NATIONS: ENCOUNTERS IN INDIAN COUNTRY, 1850-2000, with Frederick Hoxie and James H. Merrell (New York: Routledge, 2001).

AMERICAN ENCOUNTERS: NATIVES AND NEWCOMERS FROM EUROPEAN CONTACT THROUGH REMOVAL, 1500 to 1850, with James H. Merrell (New York: Routledge, 2000; 2nd ed., 2007).

AMERICAN ERAS: WESTWARD EXPANSION, 1800-1860 (Detroit: Gale Research, 1999).

LAND OF RIVERS: AMERICA IN WORD AND IMAGE, with a foreword by Edward Hoagland (Ithaca and London: Cornell University Press, 1996).  (Named a "Top Ten Travel Book" by Amazon.Com)

ENVISIONING AMERICA: ENGLISH PLANS FOR THE COLONIZATION OF NORTH AMERICA, 1580-1640 (Boston and New York: Bedford Books of St. Martin's Press, 1995; 2nd edition in press with publication in 2017).

ROLL ON, RIVER: RIVERS IN THE LIVES OF THE AMERICAN PEOPLE (Washington:  National Council on the Aging through the National Endowment for the Humanities Discovery Through the Humanities Program, 1990).


**FILMOGRAPHY:**

"Origins and Ideologies of the American Revolution," 48-part lecture series, The Teaching Company [now called The Great Courses] (available October 2006).

"8 ½ Minutes with Richard Hakluyt," screened at the University of Washington, University of Oregon, McNeil Center for Early American History at the University of Pennsylvania, Bay Area Early American Seminar/Stanford University, University of Utah, University of Sussex (England), University of Paris X, National Maritime Museum, Greenwich.  (Film produced at the Institute for Multimedia Literacy at USC.)


**Consultant/interview subject:**

**TV**: "Terra X: Drogen—Eine Weltgeschichte" ("Drugs—A World History") for Story House on ZDF, episode entitled "Zwishcen Medizin und Missbrauch" ("Between Medicine and Abuse"), September 2018; "The Hudson Mutiny," Cinegrafica Films (Québec); "Saints and Strangers" (2007; not yet produced); "Supernatural" (for DVD of season 2 episode "Croaton," 2007); "The Real Story of Thanksgiving" (History Channel, 2010).

**Documentary film**: "Journeys into Genocide" (Concordia Films), 2004; "The Lost Colony" (Thought, Inc.), 2004; West Rim Pictures (2003); "The Spirit of Lady Moody" (dir. Patty Salier; screened at Ogeechee (Georgia) Film Festival, February 2021).

Exhibit 1
Page 21

**Feature film**: "Strange World" (Disney, 2022).


**HUNTINGTON MUSEUM SHOWS:**

**Guest Curator** (with Robert Ritchie and Olga Tsapina), "Jamestown at 400: Natives and Newcomers in Early America," Huntington Library exhibit, July 24, 2007, to January 14, 2008.

**Advisory Committees:** "Legacy and Legend: Images of Indians from Four Centuries," Huntington Museum (Boone Gallery) exhibit, June 9 to September 2, 2007; "Junipero Serra and the Legacies of the California Missions, Huntington (August 17, 2013-January 6, 2014); "Visual Voyages: Images of Latin American Nature from Columbus to Darwin," Huntington (Fall 2017).


**JOURNALS GUEST EDITOR:**

Guest Co-editor (with Richard D. Brown and Steven Pincus), *New England Quarterly* XCI (2018); special issue on the 50th anniversary of Bernard Bailyn's IDEOLOGICAL ORIGINS OF THE AMERICAN REVOLUTION.  Includes preface I wrote (pp. 3-11).

*Journal of Early Modern History* 10: 1-2 (2006), special issue on Travel Literature; published in book form as Peter C. Mancall, ed., *Bringing the World to Early Modern Europe: Travel Accounts and their Audiences* [Brill, 2007]).

*Huntington Library Quarterly* 70:1 (2006), special issue entitled *Travel Writing in the Early Modern World*.


**ARTICLES and ESSAYS (see also JOURNALISM):**

"Disappointment, Grievance, and Violence in Early Virginia," *William and Mary Quarterly*, 80 (2023), 465-472.

"Bernard Bailyn's Barbarous Modernism," *New England Quarterly* XCV (2022), 462-488.

"Landscape and History in the Early Modern Atlantic Basin," *Proceedings of the American Philosophical Society* 162:2 (issue dated June 2020; published in August 2022), 103-117.

"Knowledge of Insects in the Renaissance" in Sherilyn Smith, ed., *A Cultural History of Insects in the Renaissance* (London: Bloomsbury, forthcoming).

"The Age of Failure," *Early American Literature* 56 (2021), 23-50.

"Power and Identity," in Amy Buono and Sven Dupré, eds., *A Cultural History of Color in the Renaissance* (London: Bloomsbury, 2021), 53-69.

Exhibit 1
Page 22

"Economic History of the United States: Precolonial and Colonial Periods" in *Oxford Research Encyclopedia of Economics and Finance* (New York: Oxford University Press, May 2020) doi: 10.1093/acrefore/9780190625979.013.480

Feature review of Sam White, *A Cold Welcome*, *American Historical Review* 124 (2019), 1393-1395.

"Before 1619," in Paul Musselwhite, et al., eds., *Virginia 1619: Slavery, Freedom, and the Emergence of English America* (Chapel Hill: University of North Carolina Press for the Omohundro Institute of Early American History and Culture, 2019), 22-41.

"Preface," *New England Quarterly* XCI (2018), 3-11 (for special issue marking the 50th anniversary of the publication of Bernard Bailyn's *Ideological Origins of the American Revolution*).

"Thinking with James Bay: Crees, English, and Cold," *Northeastern Naturalist* 24 (special issue 7) (2017): H115-H132.  [Special issue devoted to Winter Ecology.]

"World and Ground" (with Chris Grasso), *William and Mary Quarterly*, 3d Ser., 74 (2017), 195-202.

"Reading about New Madrid from the Edge of the Ring of Fire," *H-Environment* 5: 3 (March, 2015), 13-16.

"The Early Explorers," *Oxford Bibliographies online: Ecology* (posted March 31, 2015).

"The Raw and the Cold: Five English Sailors in Sixteenth-Century Nunavut," *William and Mary Quarterly*, 3d Ser., 70 (2013), 3-40.

"Exports from the Colonies and States of the Middle Atlantic Region, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), *Research in Economic History* 29 (2013), 257-305.

"The Inhabited Universe," *Reviews in American History* 40 (2012), 355-359.

"Richard Hakluyt and the Visual World of Early Modern Travel Narratives," in Daniel Carey and Claire Jowitt, eds., *Richard Hakluyt and Travel Writing in Early Modern Europe,* Hakluyt Society Extra Series 47 (London, 2012), 87-101.

"Collecting Americans," in Daniela Bleichmar and Peter C. Mancall, eds., *Collecting across Cultures: Material Exchanges in the Early Modern Atlantic World* (Philadelphia: University of Pennsylvania Press, 2011), 192-213.

"Pigs for Historians: *Changes in the Land* and beyond," *William and Mary Quarterly*, 3d Ser., LXVII (2010), 347-375.

"Illness and Healing in Bernard Picart's *Cérémonies Religieuses de Tous Les Peuples du Monde,*" in Lynn Hunt, Margaret Jacob, and Wijnand Mijnhardt, eds., *The First Global Vision of Religion: Bernard Picart's Ceremonies and Religious Customs of All the Peoples of the World* (Los Angeles: Getty Research Institute, 2010), 271-287.

Exhibit 1
Page 23

"American History: Summary and Introduction," in *European Visions: American Voices*, ed. Kim Sloan, British Museum Occasional Papers 172 (2009), 98-100.

"Our Savage Ancestors," *Reviews in American History*, 36 (2008).

"Cultural Encounters: Europeans and Americans," in Karen Halttunen, ed., *A Companion to American Cultural History* (Malden, Mass., and Oxford: Blackwell, 2008), 3-16.

"Savagery in Jamestown," *Huntington Library Quarterly* 70 (2007), 661-670.

"Exports and Slow Economic Growth in the Lower South Region, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), *Research in Economic History* 25 (2008), 1-68.

"Jamestown®," *Common-Place* 8:1 (October 2007).

"The Architect of Colonial Desires," *Common-Place* 7:4 (July 2007).

"Richard Hakluyt's Problem," *Historically Speaking* VIII: 4 (March/April 2007), 8-10; **reprinted** in Donald A. Yerxa, ed., *Recent Themes in Early American History* (Columbia, S.C.: University of South Carolina Press, 2008, 47-52).

"Observing more things and more curiously," *Huntington Library Quarterly* 70 (2007), 1-10.

"Slave Prices, the African Slave Trade, and Productivity in Eighteenth-Century South Carolina: A Reply" (with J. Rosenbloom and T. Weiss), *Journal of Economic History* 66 (2006), 1066-1071.

"Introduction: What Fynes Moryson Knew," *J. of Early Modern History* 10: 1-2 (2006), 1-9.

"Epilog: Becoming Atlantic," in Allan Macinnes, ed., *Shaping the Stuart World* (Leiden: Brill, 2006), 367-377.

"Indians and the Economy of Eighteenth-Century Carolina" (with Joshua Rosenbloom and Thomas Weiss), in Peter A. Coclanis, ed., *The Atlantic Economy during the Seventeenth and Eighteenth Centuries: New Perspectives on Organization, Operation, Practice, and Personnel* (Columbia: University of South Carolina Press, 2005), 297-322.

"Richard Hakluyt the Younger's Notes for the East India Company in 1601: A Transcription of Huntington Library Manuscript EL 2360," with Heidi Brayman Hackel, *Huntington Library Quarterly* 67 (2004), 423-436.

"Tales Tobacco Told in Sixteenth-Century Europe," *Environmental History*, 9 (2004), 648-678.

"Lost in Jamestown," *Reviews in American History* 32 (2004), 317-328.

"'The ones who hold up the world': Native American History since the Columbian Quincentennial," *Historical Journal* 47 (2004), 477-490.

"Robert Plot's *Natural History of Oxford-Shire*," *Environmental History* 9 (2004), 300-305.

Exhibit 1
Page 24

"`I was addicted to drinking rum': Four Centuries of Alcohol Use in Indian Country," in Sarah Tracy and Caroline Acker, eds., *Altering American Consciousness: Essays on the History of Alcohol and Drug Use in the United States, 1800-1997* (Amherst: University of Massachusetts Press, 2004), 91-107.

"Conjectural Estimates of Economic Growth in the Lower South, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), in William Sunstrum, et al., eds., *History Matters: Essays on Economic Growth, Technology, and Demographic Change* (Stanford: Stanford University Press, 2003), 389-424

"Alcohol and the Fur Trade in New France and English America, 1600 to 1800" in William Jankowiak and Daniel Bradburd, eds., *Stimulating Trade: Drugs, Labor, and Colonial Expansion* (Tucson: University of Arizona Press, 2003), 89-99.

"Amsterdam's America," *Reviews in American History* 31 (2003), 14-23.

"Agricultural Labor Productivity in the Lower South, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), *Explorations in Economic History* 39 (2002), 390-424.

"Conquering Bodies," *William and Mary Quarterly* 3d Ser. LIX (2002), 981-986.

"Atlantic Colonies," *New England Quarterly* LXXV (2002), 477-487.

"South Carolina Slave Prices, 1722-1809" (with Joshua Rosenbloom and Thomas Weiss), *Journal of Economic History* 61 (2001), 616-639.

"Maori and Alcohol: A reconsidered history" (with Paul Robertson and Terry Huriwai), *Australian & New Zealand Journal of Psychiatry* (Journal of the Royal Australian and New Zealand College of Psychiatry) 34 (2000), 129-134.

"`Growing by nature only': American Plants in Europeans' Imaginations, 1550-1650," *History Now/Te Pae Tawhito O Te We* 6:1 (May 2000), 30-35.

"Was Economic Growth Likely in Eighteenth-Century North America?" (with Thomas Weiss), *Journal of Economic History* 59 (1999), 17-40. (Winner PEAES Prize for best journal article in early American economic history; prize awarded in 2000).

"Native Americans and Europeans in English America, 1500 to 1700" in *The Origins of Empire*, ed. Nicholas Canny [volume one of the five-volume *Oxford History of the British Empire*, gen. ed. Roger Louis] (Oxford: Clarendon Press of Oxford University Press, 1998), 328-350.

"The Age of Discovery," commissioned for the twenty-fifth anniversary edition of *Reviews in American History* 26 (1998), 26-53; **reprinted** in Louis Masur, ed., *The Challenge of American History* (Baltimore: Johns Hopkins University Press, 1999), 26-53.

"'A Separate People': Becoming and Being Choctaw and Cherokee," *Reviews in American History* 26 (1998), 353-358.

Exhibit 1
Page 25

"Three Renaissance Travel Plays," in *Medieval and Renaissance Drama in England* 10 (1998), 364-372.

"'The Art of Getting Drunk' in Colonial Massachusetts," *Reviews in American History* 24 (1996), 383-388.

"Men, Women and Alcohol in Indian Villages in the Great Lakes Region in the Early Republic," *Journal of the Early Republic* 15 (1995), 425-448.

*Rivers and the Making of a Nation*, published in pamphlet form by the Society for the Study of Local and Regional History, Southwest State University (Minnesota), (Marshall, Minnesota, 1995).

 "'The bewitching Tyranny of Custom': The Social Costs of Indian Drinking in Colonial America," *American Indian Culture and Research Journal*, 17:2 (1993), 15-42.  Reprinted in Roger L. Nichols, ed., *The American Indian Past and Present*, fifth edition (New York: McGraw-Hill, 1999), 37-51; reprinted in Mancall and Merrell, ed., *American Encounters* (New York, Routledge, 2000), 194-215.

"Land and Time in Eighteenth-Century Virginia: A Comment," *Locus* 6 (1994), 151-157.

"The Moral Economy of the Eighteenth-Century Backcountry," *Reviews in American History*, 20 (1992), 453-458.

"The Multicultural Origins of British America," *American Studies*, 33 (1992), 103-111.

"Independence and Interdependence in the Upper Susquehanna Valley After the American Revolution," *Locus* 2 (1989), 1-15.

"The Revolutionary War and the Indians of the Upper Susquehanna Valley," *American Indian Culture and Research Journal* 12: 1 (1988), 39-57; **reprinted** in Roger L. Nichols, ed., *The American Indian Past and Present*, fourth edition (New York: McGraw-Hill, 1992), 87-98.


**JOURNALISM:**

"What the GOP Gets Wrong about the Puritans," *Zocalo*, September 27, 2023.

"Was the 1623 Poisoning of 200 Native Americans One of the Continent's First War Crimes?" *Smithsonian Magazine* (online), May 22, 2023.

"Braving the Old World" (review), *Wall Street Journal*, March 1, 2023.

"End the romance of Thanksgiving, as a great Pequot scholar argued two centuries ago," *Los Angeles Times*, November 22, 2022; reprinted as "We Can Tell New Thanksgiving Stories," *Zocalo*, November 23, 2022.

"This Must Be the Place" (review), *Wall Street Journal*, November 19, 2022.

Exhibit 1
Page 26

"Sir Francis Drake's Date with Destiny," *Alta* Spring 2022, 10-15.

"The Moment that Changed Colonial-Indigenous Relations Forever," *Time*, March 22, 2022.

"The 'First Thanksgiving' Story Covers up the Violence in America," *Time,* November 24, 2021.

"The first Thanksgiving is a key chapter in America's origin story—but what happened in Virginia four months later mattered much more," *The Conversation*, November 22, 2021.  **Reposted** (among other places): *The Oregonian*, *Tucson Sentinel*, *St. Louis Post-Dispatch*, *Houston Chronicle*, *Seattle Post-Intelligencer*; *Mississippi Free Press*; *Ohio Capital Journal*; *Tucson Sentinel*; *Connecticut Post*; *Virginia Mercury*.

"The Pilgrims' attack on a May Day celebration was a dress rehearsal for removing Native Americans," *The Conversation*, April 29, 2021.  **Reposted** (among other places): *St. Louis Post-Dispatch*, *Houston Chronicle*, *Seattle Post-Intelligencer*, *Bozeman Daily Chronicle*, Midland (Texas) *Reporter-Telegram*, *Rapid City Journal*, Huron (Michigan) *Daily Tribune*, *San Antonio Express-News*.

"How America Keeps Adapting the Story of the Pilgrims at Plymouth to Match the Story We Need to Tell," *Time*, December 17, 2020.  **Reposted**: *National Catholic Reporter* (Dec 29, 2020).

"Why the Puritans Cracked Down on Celebrating Christmas," *The Conversation*, December 17, 2020.  **Reposted** (among other places): Yahoo News, The Raw Story, Snopes, Salon, *St. Louis Post-Dispatch*, *Houston Chronicle*, Newsbreak, Lee Enterprises (chain), *Idaho Press-Tribune*, *Rapid City Journal*, *New Haven Register*, *Sight Magazine* (Australia).  Repurposed for schools by Actively Learn as "How the Puritans Started the War on Christmas": https://reader.activelylearn.com/authoring/preview/4319368/notes

"The Complicated Legacy of the Pilgrims is Finally Coming to Light 400 Years after they Landed in Plymouth," *The Conversation*, September 4, 2020.  **Reposted** (among other places): *Houston Chronicle*, *Cleveland Plain Dealer*, *Seattle Post-Intelligencer*, Yahoo News, *Main Street Daily News* (Gainesville), *Birmingham (Alabama) News*, *Danbury News-Times*, *New Haven Register*, *Connecticut Post*, *Albany Times-Union*, *San Antonio Express-News*, *Midland* (Texas) *Reporter-Telegram*, *Idaho Press-Tribune*, Lee Enterprises (newspaper chain), JSTOR Daily.  Interview with WBUR (Boston), December 18, 2020; repurposed for schools by Actively Learn as "The Complicated Legacy of the Pilgrims" https://read.activelylearn.com/#teacher/reader/authoring/preview/2296078/notes

"As States weigh Human Lives versus the Economy, History suggests the Economy often Wins," *The Conversation*, April 29, 2020.  **Reposted** (among other places): Salon, *San Francisco Chronicle/SF Gate*, *Albany Times-Union*, *Seattle Post-Intelligencer*, *Houston Chronicle*, *Idaho Press-Tribune*, *Fairfield Citizen* (Conn), *The Hour* (Norwalk, Conn).  Interview with KJZZ (NPR Phoenix), "How History has Favored the Economy over Public Health" available at https://kjzz.org/content/1578001/how-history-has-favored-economy-over-public-health.

"Impeachment is Better than Exile," *The Conversation*, December 13, 2019.  **Reposted** (among other places): Salon, *Houston Chronicle*, *Seattle Post-Intelligencer*, *San Francisco Chronicle/SF Gate*, *Indian Country Today*; reprinted as "President Trump, take heart: Impeachment is Better than Exile," *The Fulcrum,* December 19, 2019.

Exhibit 1
Page 27

"Why the Pilgrims were actually able to survive," *The Conversation*, November 17, 2018.
**Reposted** (among other places) in Salon, Live Science, The Raw Story, Lee Enterprises
newspaper chain, MercatorNet, *San Francisco Chronicle*, *Houston Chronicle*, *New Haven (Conn)
Register*; **reposted** on CNN November 27, 2019; linked to (cited by) Charles M. Blow, in *New
York Times* ("The Horrible History of Thanksgiving"), November 27, 2019

"Columbus believed he would find 'blemmyes' and 'sciapods'—not people—in the New World,"
*The Conversation*, October 5, 2018; translated in **Spanish** as "Colón creía que en el Nuevo
Mondo encontraría blemios y esciápados en vez de personas," *The Conversation*, October 10,
2018.  Either one or the other **reposted** in October 2018 (partial list) by *Time*, *Newsweek*, Salon,
HuffPost, History News Network, *Houston Chronicle*, *Idaho Press-Tribune*, *Kiowa County Press*
(Colorado), *Rapid City Journal* (South Dakota), Diario ABC España, Cadena SER, *El País*,
HuffPost Mexico.  Translated in **Portuguese** as "Colombo acreditava que encontraria monstros
pelo Novo Mundo" in *Galileu*, October 8, 2018.

"New World, New Markets" (review), *Wall Street Journal* August 4-5, 2018.

"The Two Men Who Almost Derailed New England's First Colonies," *The Conversation*,
November 21, 2016; **reposted** in 2016 by AP, Salon, Phys.org, SF Gate, *Houston Chronicle*,
*Bangor Daily News*, *Stamford Advocate*, *Greenwich Time*, *Connecticut Post*, *Fairfield Citizen*,
*Darien News*, TEGNA syndicate; **reposted** in 2017 by Salon and City Lab (an *Atlantic* website).

"Pilgrims Gave Thanks, Then Gave Up on Peace," *Bloomberg News*, November 22, 2011.

"Why a Fourth Grader knows more about Henry Hudson than You Do," *Chronicle of Higher
Education*, September 2009.

"Judging Hudson," History News Network (hnn.us), September 2009.

"Northern Exposure: Henry Hudson's First Journey to the North Pole," *Huntington Frontiers*
(June 2009), 7-11.

"Strangers in a New Land: Henry Hudson's First American Journey," *American Heritage* 59: 1
(Spring 2009), 36-41; **reprinted** in Robert Maddox, ed., *Annual Editions: American History*,
21st ed. (New York: McGraw-Hill, 2010), I: 32-34.

"What Began at Jamestown," *Chronicle of Higher Education*, May 18, 2007, B 14-15.


**MINOR PUBLICATIONS:**

"Atlantic World," in Joan Shelley Rubin and Scott Casper, eds., *Oxford Encyclopedia of American
Cultural and Intellectual History* (New York: Oxford University Press, 2012), 96-100.

"Exploration, Conquest, and Settlement," in Lynn Dumenil, ed., *Oxford Encyclopedia of
American Social History* (New York: Oxford University Press, 2012).

"Explorations and Contact," in Alan C. Kors, ed., *Encyclopedia of the Enlightenment,* 4 vols. (New

Exhibit 1
Page 28

York: Oxford University Press, 2003), II: 26-30.

"Ecological Consequences of Economic Development," in Jacob Cooke, ed., *Encyclopedia of the North American Colonies*, 3 vols. (New York: Charles Scribner's Sons, 1993), I, 731-745.

"Landholding, British," in Jacob Cooke, ed., *Encyclopedia of the North American Colonies*, 3 vols. (New York: Charles Scribner's Sons, 1993), I, 653-664.

"Susquehanna River," in *Encyclopedia of New York State* (Syracuse: Syracuse University Press, 2005), 1514-1515.

"Battel, Andrew," and "Rich, Richard," for *New Dictionary of National Biography* (Oxford: Oxford University Press, 2004).

"United States: Precolonial Period," and "United States: Colonial Period," in Joel Mokyr, ed., *The Oxford Encyclopedia of Economic History* (New York: Oxford University Press, 2003).

"Responding to Change," *OAH Newsletter* 27: 3 (August 1999), 5, 10.

"Becker, Carl Lotus," in John A. Garraty and Mark C. Carnes, eds., *American National Biography* (New York: Oxford University Press for the American Council of Learned Societies, 1999), II: 440-442.

"Alcohol and Indians" in Frederick Hoxie, ed., *Encyclopedia of North American Indians* (Boston: Houghton Mifflin, 1996), 14-16.

"Paxton Boys," "Pennsylvania," "Scalp Bounties," and "Scalping" in Allan Gallay, ed*., Colonial Wars of North America, 1512-1763: An Encyclopedia* (New York: Garland, 1996), 545-546, 549-552, 669-672.

"Black Cabinet," "National Association for the Advancement of Colored People," and "George Peek," in Otis L. Graham and Meghan Wander, eds., *Franklin D. Roosevelt, His Life and Times:  An Encyclopedic View* (Boston: G. K. Hall, 1985), 38-39, 272-273, 319.


**WORKING PAPERS:**

"Economic Growth in the Mid Atlantic Region: Conjectural Estimates for 1720 to 1800" (with Joshua Rosenbloom and Thomas Weiss), National Bureau of Economic Research Working Paper, SI 2010 DAE (Cambridge, Mass., March 2010); revised NBER working paper 17215 (July 2011).

"Commodity Exports, Invisible Exports and Terms of Trade for the Middle Colonies, 1720-1775" (with Joshua Rosenbloom and Thomas Weiss), National Bureau of Economic Research Working Paper 14334 (Cambridge, Mass., January 2010).  NB: this version revises "The Role of Exports in the Economy of Colonial North America: New Estimates for the Middle Colonies" (September 2008).

"Exports and Slow Economic Growth in the Lower South Region, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), Working Papers Series on Historical Factors in Long Run

Exhibit 1
Page 29

Growth, National Bureau of Economic Research (Cambridge, Mass., January 2006).

"The Value of Diet in the Lower South in the Eighteenth Century," in Working Papers Series on the Development of the American Economy, National Bureau of Economic Research (Cambridge, Mass., July 2002).

"South Carolina Slave Prices, 1722-1809" (with Joshua Rosenbloom and Thomas Weiss) in Working Papers Series on Historical Factors in Long Run Growth, Historical Paper 123, National Bureau of Economic Research (Cambridge, Mass., March 2000).

"Slave Prices in the Lower South, 1722-1815" (with Joshua Rosenbloom and Thomas Weiss), in Working Papers Series on Historical Factors in Long Run Growth, Historical Paper 120, National Bureau of Economic Research (Cambridge, Mass., January 2000).

"Conjectural Estimates of Colonial Output," (with Thomas Weiss), printed in papers for conference on "The Economy of Early British America: The Domestic Sector," Institute of Early American History and Culture and the Huntington Library, October 1995 (edited by John J. McCusker), 129-162.

**CONSULTANT FOR CHILDREN'S LITERATURE:**

Laura Hamilton Waxman, A JOURNEY WITH HENRY HUDSON (Lerner, 2018).

Liz Marsham, DISNEY PRINCESS BEGINNINGS: ARIEL MAKES WAVES (Disney, 2017).

Margaret Peterson Haddix, THE MISSING: BOOK 4: TORN (Simon and Schuster, 2001).

Marty R. Figley, OREGON TRAIL JOURNEY (Millbrook Press/Lerner, 2011).

Carla Mooney, EXPLORERS OF THE NEW WORLD (Nomad Press, 2011).

Peter and Connie Roop, RIVER ROADS WEST (Calkins Creek, 2007).

Elizabeth Cody Kimmel, THE LOOK-IT-UP BOOK OF EXPLORERS (Random House, 2004).

**INVITED PUBLIC LECTURES:**

"The Poisoning: A War Crime in Virginia and the Origins of English America," Robert C. Ritchie Distinguished Fellow Lecture, The Huntington Library, November 2023.  Earlier versions delivered at the University of California, Riverside (October 2023) and the University of California, San Diego (October 2023).

"Thomas Jefferson, John Adams, and the Lord of Misrule," Robert H. Smith International Center for Jefferson Studies, Monticello, Virginia, November 2022.

"The Historian, The Story, and The Public," discussion with Peter Inker, Omohundro Institute for

Exhibit 1
Page 30

Early American History and Culture, November 2022.

"Virginia, 1622-1624: The Turning Point in American History," Jamestowne Society, Richmond, Virginia, November 2022 and Society of Colonial Wars, Pasadena, January 2023.

"The Thanksgiving Dilemma: Reevaluating Our Annual Celebration," One Day University, November 2021.

"Bad Pilgrims: The Battle for New England," Pebble Beach Authors and Ideas Festival, October 2021.

"The Origins of the American Economy," Harmsworth Professor Inaugural Lecture, Oxford University, October 19, 2019.

"Landscape and History in the Early Modern Atlantic Basin," American Philosophical Society, April 2019.

"Before Jamestown," Bosworth Memorial Lecture, Yale University, March 2019.

"Before Jamestown: The Real Origins of America," Newberry Library, February 2019.

"The First Battle for New England," Society of Colonial Wars, Pasadena, California, January 2019.

"In the Beginning: An American Origins Story," plenary lecture, Omohundro Institute of Early American History and Culture annual conference, June 2017.

"America Before America," One Day University, Seattle, May 2017.

"Art and Violence in Early North America," Council Lecture, Omohundro Institute of Early American History and Culture, May 2017.

"Writing America's Origins," Sorbonne, Paris, March, 2015.

"The Landscape of History," École Normale Superior Lyon, March 2015.

"Richard Hakluyt and the Book of Nature," John Carter Brown Library, February 2015.

"Pigs for Historians," Chicago Humanities Festival, November 2013.
[Talk available at: http://chicagohumanities.org/events/2013/animal/pigs-for-historians-a-new-view-of-early-america]

"Secota: The Landscape at the End of Time," keynote lecture for conference on "Conversion, Materiality, and Early Modern Globalization," Vancouver (sponsored by University of British Columbia, Simon Fraser University, and McGill University), April 30, 2012.

"Nature and Culture in the Sixteenth-Century Atlantic World," Mellon Distinguished Lectures, University of Pennsylvania; three lectures delivered in April 2012.

"Ecological Imaginings in the Sixteenth-Century Atlantic World," Coastlines program, SUNY

Exhibit 1
Page 31

Stony Brook, May 2011.

"How Europeans Thought, about the American past, for example," keynote address, European Early American Studies Association, Paris, December 2010.

"Henry Hudson's Fatal Journey," Fraunces Tavern, New York, October 2010; Tang Museum/Skidmore College, February 2010; Huntington Library, October 2009.

"Fatal Journey: The Final Expedition of Henry Hudson," Museum of the City of New York, September 17, 2009.  [Talk available at: http://www.c-span.org/video/?289297-1/book-discussion-fatal-journey]

"Henry Hudson and the Early Modern Atlantic World," Anderson Lecture, Oberlin College, September 2009.

"Mutiny and Murder in the Arctic: The True History of Henry Hudson's Final Expedition," Society of Fellows, Huntington Library, January 2009.

"Native Americans and the Atlantic World," 2nd Annual Atlantic History lecture, California State University at Northridge, October 2008.

"The Visual World of Richard Hakluyt," Plenary address, international conference on Richard Hakluyt, Greenwich Maritime Museum, Greenwich, England, May 2008.

"John White, Richard Hakluyt, and the Making of American Icons," opening keynote address for the exhibit "A New World: England's First View of America," Yale Center for British Art, March 2008.


**PAPERS and PRESENTATIONS:**

"*Deadly Medicine* at 25: Investigating Indigenous Alcohol Use over Time," American Historical Association, January 2022 (delivered online February 2022).

"The Origins of the American Economy," States and Atlantics Seminar, University of Chicago, March 2019; revised version American Seminar, Cambridge University, January 2020.

"Writing Early American Nature," Early Modern Ecologies seminar/Consortium for the Study of the Premodern World," University of Minnesota, February 2019.

"Thomas Morton and the First Battle for New England," Center for Early Modern History, University of Minnesota, February 2019.

"Drinking through the Ages: A Brief History of Alcohol Use and Abuse," HEAL program, Keck School of Medicine at USC, November 2017.

"Birds of (Early) America," "Early Modern Collections in Use" conference, Huntington Library, September 2017; revised version at "Writing Across Cultures" symposium, University of

Exhibit 1
Page 32

California at Santa Cruz, October 2017.

"In the Beginning" (revised version), McNeill Center salon, University of Pennsylvania, September 2017.

"Frobisher and Hudson into the Arctic," Cornell University, September 2017.

"Bodies and Mountains in Early North America," at roundtable on "What About Early America?" Organization of American Historians, April 2017.

"History of Medicine: Plague, Smallpox, Alcohol Abuse, and HIV/AIDS," HEAL Intersession, Keck School of Medicine at USC, April 2017.

"The Colonial Moment of Ferdinando Gorges," Imperial History Seminar, Yale University, April 2016.

"Owning the Arctic: Rules and Rituals in Sixteenth-Century North America," Renaissance Society of America, March/April 2016.

"Thomas Morton and the Tragic Origins of New England," University of Melbourne, March 2016.

"Homelands: Ninnimissinuok/English," Early American seminar, Princeton University, February 2016.

"Exploring the Arctic: Frobisher and Hudson among the Inuit...and in the Ice," Cornell University, September 2015.

"Ten Minutes with Thomas Morton," Omohundro Institute/Society of Early Americanists conference, June 2015.

"Early Modern Oecologies," roundtable participant, Renaissance Society of America, March, 2014.

"The Future of Graduate Education: Faculty Perspectives on the Dissertation Format," roundtable participant, American Historical Association, January 2014.

"Henry Hudson's Fatal Journey," Cornell University, October 2013.

"Les habitants de Nouveau Monde vus d'Europe," Lycée Français de New York, October 2013.

"The Raw and the Cold: Five Missing Men in the Sixteenth-Century North Atlantic," Columbia Early American History seminar, October 2011; preliminary version delivered at the USC-Huntington Early Modern Studies Institute workshop, "Maritime Communities of the Early Modern Atlantic World," Missillac, Brittany, France, June 2011.

"When did 'American' History begin?" University of Pennsylvania early American history "salon," October 2010.

"Illness and Death among Americans in Bernard Picart's *Ceremonies and Religious Customs of*

Exhibit 1
Page 33

*the Various Nations of the Known World*," at conference "At the Interface of Religion and Cosmopolitanism: Bernard Picart's *Cérémonies et Coutumes Religieuses de Tous les Peuples dur Monde* (1723-1743) and the European Enlightenment, Getty Research Institute and Clark Library, December 2007.

"Collecting Americans in the Age of NAGPRA," Project for the Study of Collecting and Provenance Forum VII, Getty Research Institute, November 2007.

"Hakluyt, Paris, and the Visual Culture of the Early Modern Atlantic World," University of Paris 10 (June 2007, including screening of "8 ½ Minutes with Richard Hakluyt").

"Hakluyt and Hudson," University of Paris 12 (June 2007).

"Illness and Death among Americans in Bernard Picart's *Ceremonies and Religious Customs of the Various Nations of the Known World*," Getty Picart seminar, June 2007.

"Henry Hudson's Journey into Nothingness," UCLA History Department seminar, May 2007.

Participant, roundtable on "Native Americans and the Economy," Organization of American Historians annual meeting (March 2007).

"The Revolutionary Origins of Indian Removal," American Origins seminar and the Native Peoples of the Americas seminar of the USC-Huntington Early Modern Studies Institute, March 2007.

"The Visual World of Richard Hakluyt," Rocky Mountain Early American Seminar, February 2007; McNeil Center for Early American History, University of Pennsylvania, August 2006; University of Washington, February, 2006.

"Other Close Encounters of the Third Kind: Richard Hakluyt, His Readers, and the English 'Discovery' of the World," University of Oregon, February 2006.

"8 ½ Minutes with Richard Hakluyt," (film and lecture), University of Oregon, February 2006; Bay Area Early American History Seminar/Stanford University, December 2005; University of Utah, March 2005.

"Monsters:  A Problem in Atlantic History," delivered at a conference on "Beasts of Land and Sea in the Early Modern Atlantic World," USC-Huntington Early Modern Studies Institute, March 2005.

"*At the Edge of Empire*: A Symposium" (with Eric Hinderaker), Western History Workshop of the Autry National Center and the American Origins Seminar of the USC-Huntington Early Modern Studies Institute, May 2004.

"Encounters on the Ice: Natives and Newcomers in the North Atlantic in the Sixteenth Century," American Culture and Politics Series, Oregon State University, May 2004.

"Eating and Drinking on Europe's Far Shores," presented as the Presidential Address to the Forum on European Expansion and Global Interaction in Providence in February 2004.

Exhibit 1
Page 34

"Two British Hinterlands: North America and New Zealand," presented at the American Historical Association-Pacific Coast Branch, August 2003.

"Ethnographic Reports: Native Americans in sixteenth-century global context," presented at the Harvard University International Seminar on the History of the Atlantic World workshop on "The Americas in the European Imagination," April 2003.

"The Ice," presented at Early Modern Seminar, University of Kansas, March 2003.

"Richard Hakluyt and the Devouring Sea," presented at Renaissance Seminar, Cal State Long Beach, December 2002.

"The Ice: Hakluyt, Frobisher, and the Meaning of the North Atlantic," presented at the Early Modern British Seminar, Huntington Library, November 2002.

"Richard Hakluyt and the Improbable Journey of David Ingram: Truth and Lies in Elizabethan England," presented at the Center for Medieval and Renaissance Studies, UCLA, October 2002.

"The Economic Activities of Native Americans in British America," (with Joshua Rosenbloom and Thomas Weiss), presented (by Weiss) at the XIIIth World Congress on Economic History, Buenos Aires, July 2002.

"The Value of Diet in the Lower South in the Eighteenth Century" (with Joshua Rosenbloom and Thomas Weiss) presented (by Rosenbloom) at the Development of the American Economy program, National Bureau of Economic Research, Cambridge, Mass., July 2002.

"Agricultural Labor Productivity in the Lower South, 1720-1800" (with Joshua Rosenbloom and Thomas Weiss), presented (by Rosenbloom) at Von Gremp Seminar, Department of Economics, UCLA, April 2002.

"Tales Tobacco Told in Early Modern Europe," presented at the American Historical Association, January 2001 (see article about this paper and the panel in *Chronicle of Higher Education*, Jan. 26, 2001).

"Measuring Indigenous Economies: Quantitative Estimates for the Carolinas and Georgia during the Eighteenth Century" (with Joshua Rosenbloom and Thomas Weiss), Economic History Association panel at the American Historical Association, January 2001.

"Conjectural Estimates for the Lower South" (with Joshua Rosenbloom and Thomas Weiss), presented (by Rosenbloom and Weiss) at a conference honoring Paul David at Stanford University, June 2000.

"Monsters, Savages, and Humans: The Visual Language of Colonization in Sixteenth-Century Europe," presented at the "Sometimes An Art" conference honoring Bernard Bailyn's Fifty Years of Teaching at Harvard, at Harvard University, May, 2000.

"The Wonders of the Sea in the Sixteenth-Century Atlantic," presented at the Forum for European Expansion and Global Interaction, St. Augustine, February 2000.

Exhibit 1
Page 35

"Slave Prices in the Lower South, 1722-1809" (with Joshua Rosenbloom and Thomas Weiss), presented at the Cliometric Society session at the annual meeting of the Allied Social Sciences Association, in Boston, January 2000.

"The Economic Activity of Native Americans in the Eighteenth Century: Preliminary Methods and Conjectures" (with Thomas Weiss and Joshua Rosenbloom) presented at the Economic History Association, October 1999.

"Carolina Indians and the Economy of the Atlantic World" (with Thomas Weiss and Joshua Rosenbloom) presented at the Rise of the Atlantic World Conference, College of Charleston, October 1999.

"Deadly Medicine: Indians and Alcohol in Early America," invited lecture presented at the Library Company of Philadelphia, September 1999.

"The Public Finances of the Colonies of the Lower South" (with Thomas Weiss and Joshua Rosenbloom) presented at the National Bureau of Economic Research Summer Institute on the Development of the American Economy, July 1999.

"Alcohol and the Fur Trade in North America, 1600 to 1800" presented at the American Anthropological Association, December 1998.

"'The sundrie shapes of wilde Beasts': American Animals in Sixteenth-Century European Printed Books," invited lecture presented at the John Carter Brown Library in November 1998 and presented as a paper to the Washington Area Early American Seminar in December 1998.

"Contours of the Indian Economy in Colonial Mainland British North America" (with Thomas Weiss) presented at the International Congress on Economic History, Madrid, September 1998.

"Alcohol and Indigenous Peoples," presented at a DART (Drug and Alcohol Research and Training) Seminar, University of Auckland School of Medicine (Auckland, New Zealand), August 1998.

"Alcohol and the Origins of New Zealand Society," presented at the Department of History, University of Canterbury, Christchurch, New Zealand, August 1998, and at the Social and Economic History Seminar, University of Kansas, October 1998.

"Native and Newcomer Alcohol Use in Two Colonial Societies: English America and New Zealand," presented at the conference "Race, Health, and Sexuality in the British Empire," University of Canterbury (Christchurch, New Zealand), June 1998.

"The Improbable Journey of David Ingram: Truth, Lies, and the Origins of English America," presented at the Early Modern Empires Workshop and the Legal History Workshop, University of Chicago, May 1998, and at the University of Kansas Early Modern Seminar, April 1998.

"Botanical Knowledge: European Minds and American Plants, 1550-1650" presented at the Forum on European Expansion and Global Interaction, Huntington Library, April 1998.

Exhibit 1
Page 36

"'Growing by nature only': American Plants in European Colonial Plans in the long sixteenth century" presented at the University of Kansas Environmental Colloquium, February 1998.

"Two Richard Hakluyts and the Creation of English America," work-in-progress presented at the Mellon Fellows Seminar, Library Company of Philadelphia, June 1997.

"Contours of Indian Economic Behavior in Colonial Mainland British North America" (with Thomas Weiss) presented at the Yale Economic History Seminar in March 1997.

"'I was addicted to drinking rum': Four Centuries of Alcohol Consumption in Indian Country," presented at the conference Historical Perspectives on Alcohol and Drug Use in American Society, 1800-1997, College of Physicians of Philadelphia in May 1997.

"The Cousins Hakluyt: Two Guys in Search of an Empire?" presented at the annual meeting of the Organization of American Historians in April 1997.

"Indian Drinking in Early America: An Historian's Perspective," presented at Haskell Indian Nations University in September 1996, and at the University of Kansas, Native American Heritage Month, November, 1996.

"'Begging, thieving, naked, filthy, wretched, starving, debauched, and lazying about in the most abject indigence': Missionaries, Indians, and Alcohol in Early America," presented to the History Workshop, University of Delaware, in March 1996.

"American Indians and 'Addiction' to Alcohol," presented at the Wood Institute for the History of Medicine Seminar, College of Physicians of Philadelphia, and at Villanova University, March 1996.

"Two Richard Hakluyts and Their Atlantic World," presented at the annual meeting of the American Historical Association, January 1996.

"'Rum is Like a Woman': Historical Perspectives on American Indian Beliefs about Alcohol Addiction," presented at the annual meeting of the American Anthropological Association, November 1995.

"Conjectural Estimates of Colonial Output" (with Thomas Weiss), presented at a conference sponsored by the Institute of Early American History and Culture and the Huntington Library on "The Economy of Early British America: The Domestic Sector," Huntington Library, in October 1995.

"Native Americans and Europeans in English America, 1500-1700," presented at the Oxford Conference on the British Empire, St. Antony's College, Oxford, September 1995.

"The Economy of the Eastern Woodlands," presented to the annual meeting of the Cliometric Society, May 1995.

"Rivers and the Making of a Nation," keynote address to conference, "The Flood of 1993," Society for the Study of Local and Regional History, Southwest State University (Minnesota), April 1995.

Exhibit 1
Page 37

"Founding Fathers and Intoxicated Indians: The Federal Government and the Regulation of
Indian Drinking in the Early American West," presented at the annual meeting of the Western
Historical Association, October 1994.

"Philadelphia Women and the Eighteenth-Century Fur Trade," work-in-progress presented to the
Mellon Fellows Seminar at the American Philosophical Society Library, July 1994.

"'Abominable filthyness': The Liquor Trade and the Course of Empire in British America,"
presented at the annual meeting of the American Historical Association in December 1992.

"American Indians, Alcohol, and the Columbian Exchange," Western Civilization Program "1492"
Lecture Series, University of Kansas, November 1992.

"'Rivers so great and deep': American Rivers and the Promise of Prosperity," keynote address at
the Worcester: Headwaters of the Blackstone River conference, sponsored by the Massachusetts
Foundation for the Humanities and the Massachusetts Audubon Society, delivered in April 1992.

"Drinking and Sobriety in Indian Villages in Colonial America," presented at the annual meeting
of the Organization of American Historians in April 1992.

"'That accurs'd Practice of Drunkenness': Indians and Liquor in Early America," presented at the
Charles Warren Center, Harvard University, March 1992.

"'The old English sort of Drunkenness': The Transatlantic Context of Inebriation," presented at
the Harvard British History Workshop, March 1992.

"'The bewitching Tyranny of Custom': The Social Costs of Indian Drinking in Colonial America,"
presented at the Boston Area Early American Seminar at the Massachusetts Historical Society,
February 1992.

"The Landlord's Store: Land Speculation and Settlement in the Pennsylvania Backcountry,"
presented at the New England Historical Association, October 1991.

"'The Waste of the Creation': Environment and Economy in the Upper Susquehanna Valley in the
Eighteenth Century," presented at the American Studies Association, November 1991.
"Alcohol and Empire: Indians, Colonists, and the Liquor Trade in British North America,"
presented to the Historical Society of Pennsylvania/Library Company of Philadelphia, summer
fellows program, June, 1991.

"Indians and Other Foreign Nations: The Construction of Indianness in British America,"
presented at the Hall Center Faculty Seminar on Human Rights, Ideology, and Social Change,
University of Kansas, October 1990.

"'Up to Their Lips in Rum': Indian Temperance Appeals in the Middle Colonies," presented at the
annual meeting of the American Society for Ethnohistory, November 1989.

"Way-Way, Harrower, and Equiano: Historical and Geographical Perspectives on the Peopling of
Colonial America," presented at conference on "The American Experience: Contemporary and
Historical Perspectives," sponsored by The Academy for Educational Development and USIA, at

Exhibit 1
Page 38

24

the University of Kansas, October 1989.

"Myth and Reality for the Yeomanry: Economic Opportunity in the Upper Susquehanna Valley After the Revolution," presented at the annual meeting of the Society for Historians of the Early American Republic, July 1988.

"War and the Indians of the Upper Susquehanna Valley," presented at the annual meeting of the Southern Historical Association, November 1987.

**CONFERENCE COMMENTS:**

Comment, "American Ruins and Antiquities in the Long 19th Century" conference, Huntington Library, March 2010.

Comment, roundtable summary of "Economies of Empire" conference, Huntington Library, January 2010.

Comment, panel on "The Imperial Gaze," Omohundro Institute of Early American History and Culture 11th Annual Conference, Santa Barbara, June 2005.

Moderator, panel on "Commercial Worlds" at "The Transformation of the North Pacific, 1778-1850" conference, Huntington Library, April 2005.

Moderator, New Generations: Tudor History in the Twenty-First Century, Huntington Library, January 2004.

Moderator, session on "'Mapping' the Pacific," at conference "From the South Sea to Pacific Ocean: Conceptualizing the Pacific, 1500-1945," the Huntington Library, March 2003.

Chair, session on Indigenous Environmental Issues in Latin America, Center for Latin American Studies conference, University of Kansas, November 2000.

Chair, session on early American Indian history, Mid-American History Conference, September 2000.

Chair, session on indigenous citizenship, Indigenous Nations Studies Program conference, University of Kansas, September 2000.

Chair, session on "Indian Nations in Theory and Practice," annual meeting of the Omohundro Instititute of Early American History and Culture, Toronto, June 2000.

Comment, session on "Indian-White Relations in Colonial America: James Merrell's *Into the American Woods: Negotiators on the Pennsylvania Frontier*," given at the Pennsylvania Historical Association meeting in Pittsburgh, November, 1999.

Chair and comment, session on "Trade and Human Values," International Seminar on the History of the Atlantic World: The Economy of the Atlantic World, 1500 to 1800, Harvard University, August 1999.

Chair and comment, "The English Civil War in an Atlantic Context," Midwest Conference on British Studies, October 1997.

Moderator, "Historical Perspectives on Federalism," Federalism in the 21st Century Conference, University of Kansas School of Law, September 1996.

Chair and comment, "Re-Estimating U.S. National Alcohol Consumption Statistics," Social Science History Association, November 1993.

Chair and comment, "The Nineteenth-Century West," Irish Assoc. for American Studies, April 1993.

Chair and comment, "Colonial Virginia History in Honor of W. Stitt Robinson," Mid-America Conference on History, September 1992.

Exhibit 1
Page 39

**BOOK REVIEWS:**

Ward, ed., European Empires in the American South, *English Hist Rev*, forth.
*Braddock and Igoe, ed., A Greene Country Town,* in *Winterthur Portfolio*, 52:4 (2019), 255-6.
Miller, ed., *The Princeton Companion to Atlantic History*, IN *Renaissance Quarterly*, forth.
Regard, ed., *The Quest for the Northwest Passage*, IN *Renaissance Quarterly* 67 (2014), 1381-2.
Carlos and Lewis, *Commerce by a Frozen Sea*, IN *Enterprise and Society* 15 (2014), 195-197.
Childs, *Invading America*, IN *The Mariner's Mirror* 99 (2013), 358-359.
Bowen, ed., *Wales and the British Overseas Empire*, IN *International Journal of Maritime History* xxiv (2012), 317-318.
Williams, *Brittle Thread of Life*, IN *New England Quarterly* 83 (2010), 355-358.
Voight, *Writing Captivity in the Early Modern Atlantic*, IN *Renaissance Q.* (2009), 1019-1021.
Martin, *Buying into the World of Goods*, IN *Winterthur Portfolio* 43 (2009), 261-262.
Betteridge, ed., *Borders and Travellers in Early Modern Europe*, IN *Biography* (2009).
Edelson, *The Plantation Enterprise* IN *Journal of Economic History* 68 (2008), 943-945.
Canizares-Esguerra, *Puritan Conquistadors* IN *Journal of British Studies* 47 (2008), 666-668.
Taylor, *The Divided Ground* IN *Journal of American History* 93 (2007), 1213-1214.
Grenier, *The First Way of War* IN *J.  Imperial and Commonwealth History* 34 (2006), 434-436.
Anderson, *Creatures of Empire* IN *Social History* 31: 2 (2006), 248-250.
Fitzmaurice, *Humanism and America*, for H-Albion (online), May 2005.
Calloway and Salisbury, eds., *Reinterpreting New England Indians and the Colonial Experience*, IN *William and Mary Quarterly*, 3rd Ser. LXII (2005), 319-324.
Pond, *Fish into Wine* IN *New England Quarterly*, 78 (2005), 493-495.
Rubertone, *Grave Undertakings* IN *American Historical Review*, (2005), 468-469.
Merritt, *At the Crossroads* IN *J.  Imperial and Commonwealth History*, 32: 3 (2004), 130-132.
Vickers, ed., *Blackwell Companion to Colonial American History* IN *J. Southern Hist.*, 70 (2004), 885-888.
Jackson, et al., *The Mighty Niagara* IN *Journal of American History* (2004), 267-268.
Richter, *Facing East from Indian Country*, for EH.Net (online), 2003.
Steckel and Rose, *The Backbone of History* IN *Journal of Economic History* (2003).
Enterline, *Erikson, Eskimos, and Columbus*, for The Medieval Review (online), 2003.
Gallay, *The Indian Slave Trade*, for EH.Net (online), 2003.
Shannon, *Indians and Colonists at the Crossroads of Empire* IN *Pennsylvania History*.
Jennings, *The Creation of America* IN *Journal of American History* 88 (2001), 1058-1059.
Swatzler, *A Friend among the Senecas* IN *Pa. Mag. Hist. and Bio.* 125 (2001), 408-409.
Hauptman, *Conspiracy of Interests* and Mintz, *Seeds of Empire* IN *AHR* 105 (2000), 1733-1735.
Morris, *The Bringing of Wonder* IN *Journal of Economic History*, 60 (2000), 296-297.
Brandao, *"Your Fyre Shall Burn No More"* IN *American Indian Quarterly* 23 (1999), 180-82.
July 1997 issue of *William and Mary Quarterly* IN *Mid-America*.
Gleach, *Powhatan's World and Colonial Virginia* IN *Amer. Ind. Cult. Res. J.* 23 (1999), 249-251.
Cayton and Teute, eds., *Contact Points* IN *William and Mary Quarterly*, LVI (1999), 645-647.
Perkins, *Border Life* IN *Journal of the Early Republic* 19 (1999), 342-344.
Egnal, *Divergent Paths* IN *Journal of American History* 86 (1999), 742-743.
Kunitz and Levy, *Drinking Careers* IN *American Indian Quarterly*, 22 (1999), 549-550.
Fowler, *Samuel Adams: Radical Puritan* IN *The Historian* 61 (1999), 903-904.
Sayre, *Les Sauvages Américains* IN *Pacific Historical Review* (1999), 97-98.
Kennedy, *Whiskey Trade of the Northwestern Plains* IN *Great Plains Res.*, 8 (1998), 352-353.

Exhibit 1
Page 40

Unrau, *White Man's Wicked Water* IN *Ethnohistory* 45 (1998), 166-168.

Waddle, *Changing Tides* IN *The American Neptune*, 56 (1996), 395-396

Frazier, *The Mohicans of Stockbridge* IN *American Historical Review*, 101 (1996), 233.

Perkins, *American Public Finance and Financial Services,* IN *AHR* 100 (1995), 1666-1667.

Braund, *Deerskins and Duffels* IN *American Indian Quarterly* 18 (1994), 432-434.

Bellesiles, *Revolutionary Outlaws* IN *Journal of American History* 81 (1994), 1288-1289.

Dowd, *A Spirited Resistance* IN *William and Mary Quarterly*, 3d Ser., L (1993), 219-221.

Grinde and Johansen, *Exemplar of Liberty* IN *Journal of American History* 80 (1993), 248.

White, *The Middle Ground* IN *American Historical Review* 97 (1992), 1587-1588.

Carr, et al., *Robert Cole's World* IN *Journal of Economic History* LII (1992), 510-512.

Harper, *Transformation of Western Pennsylvania* IN *J. Early Republic* 12 (1992), 392-394.

Taylor, *Liberty Men and Great Proprietors* IN *Journal of Economic History* LI (1991), 753-755.

Calloway, *Western Abenakis of Vermont, 1600-1800* IN *J. American Hist.* 78 (1991), 632-633.

Brown, *Knowledge is Power* IN *American Studies* 31 (1991), 118-120.

Russo, *Free Workers in a Plantation Economy* IN *J. Economic History* L (1990), 749-751.

Rosswurm, *Arms, Country, and Class* IN *American Studies* 32 (1991), 121.

Daniels, *The Fragmentation of New England* IN *American Studies* 30 (1990), 120-121.

Smaby, *The Transformation of Moravian Bethlehem* IN *American Studies* 30 (1990), 121.

Silver, *A New Face on the Countryside* IN *American Studies* 31 (1990), 145-146.

Exhibit 1
Page 41

## TEACHING

**Harvard University**:  Sophomore, Junior, and Senior Tutorials in History and History and Literature; Freshman Seminar entitled "Indians and Colonists in Early America."

**Connecticut College**:  Survey of United States History, from the Colonial period to the Present; American Colonial History; The American Revolution; Early American Environmental History.

**University College Galway**:  American History from the Constitution to 1900.

**University of Kansas**:  Survey of United States History from pre-contact to 1865; Honors Survey of United States History from pre-contact to 1865; Undergraduate Seminar; Undergraduate Pro-seminar (Methods Course);  The American Revolution; Colonial American History; Atlantic Societies; Early American Indian History; Graduate Colloquium on American History to 1787; Graduate Colloquium on "The Nature of History"; Graduate Research Seminar on the American Revolution; Graduate Research Seminar on Colonial America; Graduate Research Seminar on the Early Modern Atlantic World.

**University of Southern California**: Telling Native American Stories; Early American Indian History; The American Revolution; Drugs, Disease, and Medicine in History; Graduate Review of American Historical Literature to 1860; Environmental History, 1500-2000 (graduate); Graduate Seminar on North American Colonial/Atlantic History; Graduate Seminar on Illness and Healing in the Modern World; Graduate Review of American Historical Literature to 1800; The Art of Historical Writing (graduate).

## DIRECTOR OF GRADUATE STUDENTS and UNDERGRADUATE HONORS THESES

### At University of Southern California:

**Martha Robinson** (Ph.D. 2005; associate professor of history, Clarion University)

**Karin Huebner** (Ph.D. 2009; co-advisor with Lois Banner; program director, USC Center for Polymathic Studies)

**Michael Block** (Ph.D., 2011; co-director with William Deverell; USC College Distinguished Post-Doctoral Teaching Fellow; NEH fellow, Library Company of Philadelphia; lect, Cal State Channel Islands)

**Anne (Andie) Reid** (Ph.D., 2013, co-advisor with William Deverell; assistant professor, Cal Poly San Luis Obispo)

**Juliette Giannini Parsons** (Ph.D. 2015)

**Keith Pluymers** (co-advisor with Cynthia Herrup; Ph.D. 2015; post-doctoral fellow, Caltech, 2015-2018; assistant professor, Illinois State, 2018-)

Exhibit 1
Page 42

**Nicholas Gliserman** (Ph.D. 2016; visiting asst prof, Haverford College; post-doctoral fellow in digital humanities, University of Nebraska)

**Jeanne McDougall** (Ph.D. 2017; song database to be launched by Omohundro Institute for Early American History and Culture)

**John Fanestil** (Ph.D. 2017; former Rhodes Scholar; book forthcoming from Fortress Press; Lead Pastor, First United Methodist Church, San Diego)

**Karin Amundsen** (Ph.D. 2017; preceptor, USC, 2017-2019; NEH Postdoctoral Fellow, Omohundro Institute for Early American History and Culture, 2019-2021; Postdoctoral Fellow, Huntington Library, 2021-2022 and USC, 2022-2023)

**Will Cowan** (Ph.D., 2021; co-advisor with William Deverell; visiting lecturer, Loyola Marymount University and Santa Monica College).

**Harrison Diskin** (Ph.D., 2022; consultant, New York City).

*Current Ph.D. students*: **Corey Blanchard**; **Rebecca Simpson-Menzies**; **AnnaBella Grant.**

**Undergraduate Honors Theses:** Laurel Wojcik (2006); Ben May (2006); Leslie Swanson (2007); Ray Martin (2009); Waqas Amal (2011); Madeline Adams (co-advisor with Elinor Accampo, 2017); Mallory Novicoff (2021-2022); Emily Johnson (2022).


**At University of Kansas:**

**Cynthia Jo Ingham** (1997, with distinction; co-winner, Anderson dissertation prize from Department of History; winner Dorothy Haglund Award for Outstanding Dissertation given by the Graduate School; assistant professor, Florida Atlantic University [2001-2005], Peace Corps [2005-3007], visiting assistant professor University of Arkansas [2007-2008], assistant professor of history, University of Toledo [2008 - ])

**Stephanie Roper** (1998; lecturer, Southern New Hampshire University and Daniel Webster College)

**Christophe Boucher** (2000, with distinction; associate professor, College of Charleston)

**John Grigg** (2002; dissertation revised and published by Oxford University Press; professor, University of Nebraska at Omaha)

**David Dewar** (Ph.D. 2005; associate professor, Angelo State University, Texas).

**M.A. director**: **Lynn Albert Nelson** (1992), **Amy Schwartz** (co-chair, 1995, with distinction), **Christophe Boucher** (co-chair, 1995), **Nancy Ross** (1997); **John Grigg** (1999; winner Greaves master's thesis prize from Department of History; winner Outstanding M.A. thesis prize, given by the Graduate School); **Anne Hawkins** (2001, with distinction); **Kimberly Sambol-Tosco** (2001).

Exhibit 1
Page 43

**Undergraduate Honors Theses:** Diana Dresser (1991), Michael Mills (1995), Micah Nierman (1995), Jerry Potocnik (1995), Rochelle Mollen (1997).


## OTHER PROFESSIONAL ACTIVITIES

*Fatal Journey*: Interview on "The Daily Show with Jon Stewart" (July 14, 2009); featured on "Marvels and Wonders" (July 2009).

Picturing United States History (PUSH), City College of New York and the National Endowment for the Humanities, November 2008 (led national on-line discussion about using visual images in the teaching of early American history)

Consultant, Teaching American History program with teachers from Los Angeles Unified School District, Pasadena Unified School District, 2002-  ; San Bernardino Unified School District (2010); Ventura County Unified School District (2010- ); approximately 40 sessions to date.

*Hakluyt's Promise* featured in *Huntington Frontiers* (November-December 2006).

*Deadly Medicine* featured in *Explore* magazine (Spring, 1994); *Indian Country Today* (July 27, 1995); "Nota Bene" column in *The Chronicle of Higher Education (*August 11, 1995); interview with Robert Siegel for National Public Radio's "All Things Considered" (aired September 7, 1995); *Prevention Quarterly*, a publication of the Bureau of Indian Affairs of the United States Department of the Interior (Fall, 1995); Kansas Radio Newsline (October, 1995); interview on "Libri," WPSU, the NPR affiliate in State College, Pennsylvania (January, 1996).

*Land of Rivers* featured in *Parade* magazine, November 10, 1996.

Radio interviews about alcohol use in New Zealand for "The Kim Hill Show," National Radio (New Zealand), August 1998, and MANA Radio (Maori News Service), National Radio (New Zealand), August 1998.  Interviews about Maori and alcohol in Health Research Council of New Zealand *Newsletter* 26 (September 1998), 8, and *Say When* [Alcohol Advisory Council of New Zealand], 80 (September 1998), 3.

Radio interviews about the first Thanksgiving for Kansas Radio News Line (November 1996, picked up by television stations in Wichita and Kansas City), KMBZ (Kansas City, November 26, 1996), KIUL (Garden City, Kansas, November 27, 1996).  Radio interviews about Columbus for Kansas Radio News Line (October 1997), KJHK (October 13, 1997), KIUL (Garden City, October 13, 1997).

Presentations on the Kansas River (at the "Rolling Down the River" Series, October 1997) and the Wakarusa River (for Jayhawk Audubon Society, April 1998), Lawrence, Kansas.

Exhibit 1
Page 44

## SERVICE

### A.       National/International:

**Book/Article prize juries:**  Heizer article prize, American Society for Ethnohistory (1998);
Merle Curti book prize, Organization of American Historians, 2014; Bentley prize (global history),
American Historical Association, 2018-2020; Donagan essay prize, *Huntington Library
Quarterly* (2019); Shapiro Center book prize (inaugural prize), Huntington Library, 2020;
Winthrop book prize (inaugural prize), Colonial Society of Massachusetts, 2020-2021.

**Omohundro Institute for Early American History and Culture**: annual conference
program committee, 2005; Council (2010-2013); co-program chair, annual conference, 2012;
nominations committee, 2011-2013 (chair, 2011-2012); editorial board, *William and Mary
Quarterly*, 2010-2102 (chair, 2011-2012); chair, Council and member of Executive Committee
(2013-2016).

**Organization of American Historians:** *Journal of American History* editorial board (2005-
2008); Membership committee (1997-2001; chair, 1998-2001); Frederick Jackson Turner book
prize committee (2001-2002); Merle Curti book prize committee (2014); program committee (for
2015 program).

**Forum on European Expansion and Global Interaction**: President (2002-2004); Vice
President/Program Chair (2000-2002); Executive Board (2002-2006).

**Promotion and/or tenure reviewer** for City University of New York (1997); Pomona College
(1997); University of California (1998, 2001, two in 2003); Kansas State University (1998);
Oregon State University (2001); Vanderbilt (2001); University of Michigan (2001), Claremont
McKenna College (2002-2003), Ohio State University (2004, 2005), Bryn Mawr College (2004),
University of Oklahoma (2004); Haverford College (2005); University of Oregon (2005); MIT
(2006); College of Charleston (2006); Brigham Young University (2006); Washington University
in St. Louis (2006); University of Notre Dame (2007); University of Michigan (2007);  SUNY
Buffalo (2007); Florida State University (2007), Bates College (2007); Rutgers University (2007);
College of William and Mary (2008); Cornell University (2008); University of Massachusetts at
Amherst (2008); MIT (2009); University of California, Berkeley (2010); Harvard University
(2010); George Washington University (2011); Boston College (2011); University of Michigan
(2012); Columbia University (2012); Texas Tech University (2012);  Harvard University (ad hoc,
2013); NYU (2013); University of Iowa (2013); Ohio State University (2013); University of
Alabama (2013); University of Oklahoma (2013); California State University Long Beach (2013);
University of California, Riverside (2013); Columbia University (2014); University of Chicago
(2014); College of William and Mary (2014); Bryn Mawr College (2014); Ohio State University
(2014); University of Alabama (2014); University of Notre Dame (2014); Duke University (2014);
Brown University (2014); Trinity College (2015); Vanderbilt University (2015); University of
Illinois (2015); University of Oregon (2015); University of Nebraska/Omaha (2015); Tufts
University (2017); Harvard University (2017); Princeton University (2017); University of Oregon
(2017); University of California, Riverside (2017); University of California, San Diego (2017);
Rutgers (two cases, 2017); Yale (2017); University of Tennessee (2017); Northeastern University
(2018); Oberlin College (2018); Georgetown University (2018); Rutgers (2019); University of

Exhibit 1
Page 45

Nevado at Reno (2019); New York University (2019); Notre Dame (2019); North Carolina State University (2019); Washington University at St. Louis (2019); University of Cardiff, Wales (2020); University of Texas at Arlington (2020); Ohio State (2020); Boston College (2020); University of Pennsylvania (2020); University of California, Irvine (2020); Binghamton University (comp lit; 2020); Lancaster University (UK), 2022; Rutgers (2022); Yale (2022); UC Berkeley (2022); UC Riverside (2022); University of Rochester (2023); University of Hong Kong (2023).

**Reader/Referee** for *William and Mary Quarterly*, *Journal of American History*, *American Historical Review*, *American Studies*, *Locus, American Indian Culture and Research Journal*, *Agricultural History*, *Environmental History Review*, *Ethnohistory*, *Western Historical Quarterly*, *Journal of Imperial and Commonwealth History*, *Pennsylvania Magazine of History and Biography*, *Law and History Review*, *American Nineteenth Century History*, *Pennsylvania History*, *Atlantic Studies*, *Early American Studies, Studies in Travel Writing*, *Diplomatic History*, Cornell University Press, St. Martin's Press, D.C. Heath, HarperCollins, Houghton Mifflin, Bedford Books/St. Martin's Press, Northeastern University Press, Prentice Hall/Simon and Schuster, Blackwell Publishers, Addison Wesley Longman, University of Oklahoma Press, University Press of Kansas, University of Georgia Press, University of Northern Illinois Press, McGill-Queen's University Press, University Press of Florida, Routledge, Penn State Press, McGraw-Hill, University of Pennsylvania Press, Oxford University Press, Cambridge University Press, W.W. Norton, Harvard University Press, Yale University Press, Random House.

**Reviewer** for **American Council of Learned Societies** (ACLS) (2007, 2008, 2009; Ryskamp and Burkhart fellowships, 2011, 2012, 2013); **Mellon Foundation** (2010); **Social Science Research Council of Canada** (2007, 2010, 2011); **Canada Council for the Arts** (2008); **Newberry Library** (2009); **Borchard Foundation** (2009, 2011); **Leverhulme Trust** (2009); **John Carter Brown Library** (2010); **Huntington Library** (2010, 2011); **City University of New York** (1994); **Notre Dame Institute for Advanced Studies** (2016); **Social Sciences and Humanities Research Council of Canada** (2018); **University of Cambridge** (Junior Research Fellow, 2020), **American Philosophical Society** (Franklin grants, 2015, 2018, 2019, 2020, 2021).

**Miscellaneous**: Advisor for Native American History, **Routledge** (1999-2001); **Society for Early Americanists** committee for best conference paper, 2005; External Ph.D. thesis examiner, **University of Otago**, New Zealand (1999); visiting committee, Department of History, **Southern Methodist University** (2013); consultant for external review of the **John Carter Brown Library**, 2014; outside evaluator, Department of History, **Florida State University** (2018).

B.    **University of Southern California:**

**Divisional Dean for the Social Sciences, USC Dornsife** (2020- ): primary responsibility for seven departments and related centers and institutes, including advancement.

**Divisional Dean for the Humanities, USC Dornsife** (2017-2020): primary responsibility for 18 departments and programs and related centers and institutes, including advancement.

Exhibit 1
Page 46

**Divisional Dean for the Humanities and Social Sciences, USC Dornsife** (2015-2017): primary responsibility for 25 departments and programs and related centers and institutes, including advancement.

**Vice Dean for the Humanities, USC Dornsife** (2012-2015): primary responsibility for 17 departments and programs and related centers and institutes, including advancement.

**Chair, Department of History** (2010-2012)

**Associate Vice Provost for Research Advancement** (2007-2009); primary responsibility for humanities, social sciences, and the arts; **LA Urban League-USC** Research Governing Board, 2008.

**Linda and Harlan Martens Director of the USC-Huntington Early Modern Studies Institute** (2013- ); **Director, USC-Huntington Early Modern Studies Institute** (2003-2013).

**University**: Dornsife College Dean Search Committee (2011-2012); Provost's Post-Doctoral Fellows Advisory Committee (2011-2012); ASHSS grant reviewer (2010, 2011, 2012); Associate Vice Provost for Humanities Research Advisory Committee (2009- ); USC Library bibliographer search committee (2010, 2011); University Research Committee (2002-2004; chair, subcommittee on Zumberge grants for the social sciences, 2002-2003; subcommittee on Zumberge grants for the social sciences, 2003-2004; ex officio, 2007-2009); University Mentoring Committee (2007); Provost's search committee (2019); Vice President for Research search committee (2021); USC intellectual property policy sub-committee (2021).

**USC Dornsife College**: College Humanities Council (2010-2012); Early Modern North America and/or Atlantic World search committee (chair, 2010-1011); Early Modern Studies search committee (chair, 2008-2009); Shoah Foundation Institute Faculty Advisory Council, 2008- ; Research Excellence Advisory Board, 2008- ; Spanish and Portuguese external (search) committee, 2005-2006; Doctoral Research Awards Committee (2002).

**Department of History**: PI for Department of History Mentoring Grant from Center for Excellence in Teaching (2006-2007); Director of Graduate Studies (2002-2004); Graduate Studies committee (2005-2007, 2008-2010); search committee for senior position in United States History, (2001-2003); Ad Hoc Department Hiring Priorities Committee (2002-2003); search committee for position in history of Islam (2003-2004); tenure and promotion committees for Harkness (chair, 2006), Martinez (2006); Department dissertation prize committee (chair, 2006); Executive Committee (2006-2007, 2009-2010); Search Committee for Early Modern Studies (chair, 2008-2009); Search committee for Early Modern North America/Atlantic World (chair, 2010-2011).

**Promotion and Tenure:** University Committee on Promotion and Tenure (2003-2004); College Committee on Promotion and Tenure: Science and Math (2007); College Committee on Promotion and Tenure: Social Sciences (2009-2010).

Exhibit 1
Page 47

**C. University of Kansas:**

**Department of History**:  Director of Undergraduate Studies (1993-1996); Undergraduate Committee (1989-1996; chair 1993-1996); Graduate Board (spring, 1991); Task Force on Graduate Awards (1995-1997); Salary Board (1994-1996); Sabbatical Subcommittee (1995-1996); Honors Coordinator (spring, 1994); United States Standing Field Committee (1989-2001; chair, 1993-1994, 1996); Advisory Board (1997-2000, chair 1999-2000); Graduate Awards Committee (1997-1999 ); Graduate Admissions and Awards Committee (1999-2001); Graduate Placement Officer (1998-2000 ); Third-Year Review Committee (1999).

**Search Committees (department):** for United States Women's History (1989-1990); for Hall Professor of British History (1993-1994); for Department Chair (chair, 1996); for United States History Visiting appointment (chair, 1996); for United States (Early National) History (1996-1997); for Environmental History (1999-2000).

**Search committees (college and university)**: For Director of Indigenous Nations Studies Program (chair, 1997-1998); for British History/Law (1997-1998; ex officio member of Law School search committee); for Dean of Libraries (1999); Special Collections Librarian at the Spencer Research Library (1999).

**College:** Co-Director, with Sherry Velasco et al., Early Modern Seminar, Hall Center for the Humanities (1995-2001); co-director, with Lisa Bitel, University of Kansas Summer Program: Irish Studies in Galway, Ireland (1997); Advisory Board, This Week in Kansas University History (on-line project) (2001); advisory board, Kansas History Today (on-line project) (2000-2001); *guest lecturer*: Irish Culture Course (Fall, 1996, Fall 2000); American Studies Graduate Seminar (Fall, 1996; Fall, 1997); Witches in European History and Historiography (Spring, 1997); Science, Technology, and Society (Spring, 1998); American Culture to 1876 (Spring, 1999); Anthropology Graduate Seminar on Prehistory, History, and Molecular Genetics (Fall, 1999); Humanities and Western Civilization II (Spring, 2000).

**University**: Grant Reviewer, Hall Center for the Humanities, National Endowment for the Humanities Summer Stipend Nominations (1993); Faculty Rights, Privileges, and Responsibilities Committee (fall, 1992); Humanities Lecture Series Committee (1994-1997; 1999-2002, chair 1999-2000); Humanities Program Advisory Board (1994-1997); Humanities and Western Civilization Program Advisory Board (1997- );  Native American Studies Task Force (1995-1998); Indigenous Nations Studies Program Committee (1998-2001); University Committee on Promotion and Tenure (1997-2000); Hall Center for the Humanities Executive Committee (1999-2001); Chair, Hall Lecture Series Committee (1999-2001); Chair, Hall Center for the Humanities Travel Funds Committee (2000-2001); Faculty Committee on Latin American Studies (1999-2001);  General Research Fund Review Committee for the Humanities (2000); lecture for Kansas Honors Program (2000); participant, "Perspective on Promotion and Tenure Seminar" (2000).

**MEMBERSHIPS:**

Elected fellow, Royal Historical Society; Elected member, Colonial Society of Massachusetts; Elected fellow, Los Angeles Institute for the Humanities; Elected member, American Antiquarian Society; Elected fellow, Society of American Historians; Elected affiliate, Center for Medieval and

Exhibit 1
Page 48

Renaissance Studies Center, UCLA; American Historical Association, Organization of American Historians, Omohundro Institute of Early American History and Culture (Associate), Hakluyt Society, Forum on European Expansion and Global Interaction (FEEGI); Renaissance Society of America; Sixteenth-Century Studies; American Society for Environmental History.

Exhibit 1
Page 49