1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   MARK R. BECKINGTON
3  Supervising Deputy Attorneys General
   TODD GRABARSKY
4  JANE REILLEY
   LISA PLANK
5  ROBERT L. MEYERHOFF
   Deputy Attorneys General
6  State Bar No. 298196
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
8   Fax:  (916) 731-2144
    E-mail:  Robert.Meyerhoff@doj.ca.gov
9  *Attorneys for Rob Bonta, in his Official Capacity as*
   *Attorney General of the State of California*

10          IN THE UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14  **RENO MAY, et al.,**                    Case Nos. 8:23-cv-01696 CJC (ADSx)
                                                        8:23-cv-01798 CJC (ADSx)
15                        Plaintiffs,
                                             **COMPENDIUM OF HISTORICAL**
16          v.                               **LAWS AND TREATISES CITED**
                                             **IN DEFENDANT'S OPPOSITION**
17  **ROBERT BONTA, in his official**        **TO PLAINTIFFS' MOTION FOR**
    **capacity as Attorney General of the**  **PRELIMINARY INJUNCTION**
18  **State of California, and Does 1-10,**  **AND SUPPORTING**
                                             **DECLARATIONS**
19                        Defendants.
                                             **INDEX VOLUME**
20
                                             Date:        December 20, 2023
21                                           Time:        1:30 p.m.
                                             Courtroom:   9B
22                                           Judge:       Hon. Cormac J. Carney

23  **MARCO ANTONIO CARRALERO, et al.,**

24                        Plaintiffs,

25          v.

26  **ROB BONTA, in his official capacity as**
    **Attorney General of California,**
27
                          Defendant.
28

i

## INDEX

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **VOLUME 1 OF 4** | | | | | |
| **1** | 1328 | Statute of Northampton, 2 Edw. 3 c. 3 | 18 | Rivas, Ex. 3 Winkler, Ex. 2 | 1 |
| **2** | 1350 | 25 Edw. 3, st. 5, c. 2, 13 | | Rivas, Ex. 4 | 6 |
| **3** | 1351 | *Royal Proclamation as to the wearing of arms in the City, and at Westminster; and as to playing at games in the Palace at Westminster*, 25 Edward III | | | 9 |
| **4** | 1377 | Calendar of Close Rolls (Dec. 1, 1377) | | | 13 |
| **5** | 1388 | Calendar of Close Rolls (May 16, 1388) | | | 15 |
| **6** | 1402 | 4 Hen 4, c. 29 | 12 | | 18 |
| **7** | 1419 | Liber Albus, 229 | | | 20 |
| **8** | 1419 | Liber Albus, 335 | | | 22 |
| **9** | 1419 | Liber Albus, 555 | | | 25 |
| **10** | 1419 | Liber Albus, 556 | | | 27 |
| **11** | 1419 | Liber Albus, 558 | | | 29 |
| **12** | 1419 | Liber Albus, 560 | | | 31 |

Compendium of Historical Laws and Treatises
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **13** | 1419 | Liber Albus, 580 | | | 33 |
| **14** | 1647 | Md. Laws 216 | 10 | | 35 |
| **15** | 1650 | Md. Laws 273 | | | 37 |
| **16** | 1679 | Mass. Acts 125 | | | 39 |
| **17** | 1721 | Pa. Laws 254-57 | 43 | | 41 |
| **18** | 1722 | N.J. Laws 100-01 | 43 | | 47 |
| **19** | 1743 | S.C. Acts 417-19 | | | 52 |
| **20** | 1746 | N.J. Laws 146 | 21 | | 56 |
| **21** | 1755 | Va. Acts 534 | | | 61 |
| **22** | 1756 | Del. Laws 13 | 21 | | 63 |
| **23** | 1756 | Md. Laws 450, 459-60 | 21 | | 67 |
| **24** | 1757 | Ga. Laws 15 | | | 71 |
| **25** | 1763 | N.Y. Laws 441-42 | 43-44 | | 73 |
| **26** | 1771 | N.J. Laws 344 | 44 | | 78 |
| **27** | 1774 | James Davis, *The Office and Authority of a Justice of the Peace* 13 (Newbern, James Davis 1774) | | Winkler, Ex. 3 | 86 |
| **28** | 1776 | Del. Const. art. 28 | 10, 36 | | 89 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **29** | 1776 | *Proceedings of the Conventions of the Province of Maryland, in 1774, 1775, & 1776* 185 (1836) | 10 | | 93 |
| **30** | 1780 | Pa. Laws 368 | 21 | | 96 |
| **31** | 1786 | 1786 Va. Laws 35 | 18, 26 | Rivas, Ex. 6 | 103 |
| **32** | 1787 | N.Y. Laws 345 | 10 | | 105 |
| **33** | 1792 | N.C. Sess. Law 60-61 | 18 | Rivas, Ex. 7 | 108 |
| **34** | 1793 | Pa. Laws 473 | 21 | Rivas, Ex. 2 | 112 |
| **35** | 1799 | N.J. Laws 436-37 | 21 | Charles, Ex. 41 | 114 |
| **36** | 1813 | Ky. Acts 100-01 | | Rivas, Ex. 20 | 117 |
| **37** | 1813 | La. Acts 172-74 | | Rivas, Ex. 15 | 122 |
| **38** | 1816 | New Orleans, La., Ordinance Respecting Public Balls, 371 | 19-20, 26 | | 127 |
| **39** | 1817 | Md. Laws 15 | 21 | | 129 |
| **40** | 1819 | Ind. Acts 39 | | Rivas, Ex. 19 | 131 |
| **41** | 1820 | N.H. Laws 322 | 17 | | 134 |
| **42** | 1821 | 1821 Me. Laws 285-89 | | Rivas, Ex. 8 | 137 |
| **43** | 1821 | Miss. Laws 132 | | Rivas, Ex. 19 | 145 |
| **44** | 1831 | La. Acts 371-72 | 18 | | 147 |

Compendium of Historical Laws and Treatises
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **45** | 1835 | 1835 Mass. Acts 750 | | Rivas, Ex. 5 | 149 |
| **46** | 1837 | Ark. Acts 280 | | Rivas, Ex. 16 | 152 |
| **47** | 1838 | Va. Laws 76-77 | | Rivas, Ex. 17 | 154 |
| **48** | 1838-39 | Wis. Sess. Laws 381 | | Rivas, Ex. 9 | 158 |
| **49** | 1840 | Ala. Laws 436 | | Rivas, Ex. 18 | 161 |
| **50** | 1840 | Me. Laws 709 | | Rivas, Ex. 10 | 163 |
| **51** | 1846 | Fla. Laws 20 | | Rivas, Ex. 17 | 165 |
| **52** | 1846 | Mich. Pub. Acts 692 | | Rivas, Ex. 11 | 167 |
| **53** | 1847 | Va. Laws 129 | | Rivas, Ex. 12 | 169 |
| **54** | 1850 | Pa. Laws 181 | | | 177 |
| **55** | 1851 | Chicago, Ill., Regulating the Keeping and Conveying Gun Powder and Gun Cotton | 22 | | 179 |
| **56** | 1851 | Minn. Laws 528 | | Rivas, Ex. 13 | 181 |
| **57** | 1852 | N.M. Laws 69 | 18 | Winkler, Ex. 14 | 183 |
| **58** | 1853 | N.M. Laws 69 | 22, 26 | | 185 |
| **59** | 1853 | Or. Laws 220 | | Rivas, Ex. 14 | 189 |

Compendium of Historical Laws and Treatises
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **60** | 1858 | New York, N.Y., Ordinances of the Central Park (Mar. 16, 1858) | 31 | | 191 |
| **61** | 1858 | St. Paul, Minn. 689 | 22 | | 193 |
| **62** | 1859 | Conn. Acts 61-63 | 22 | | 197 |
| **63** | 1859 | Wash. Sess. Laws 119 | 17 n.11 | | 202 |
| **VOLUME 2 OF 4** | | | | | |
| **64** | 1861 | New York, N.Y., Ordinances of the Central Park | | | 204 |
| **65** | 1865 | La. Extra Acts 14-16 | 44 | | 206 |
| **66** | 1866 | METROPOLITAN BOARD OF HEALTH: CODE OF HEALTH ORDINANCES, AND RULES AND SANITARY REGULATIONS 52 (1873), *reprinted in* BROOKLYN UNION (NY), Aug. 21, 1873 | | Charles, Ex. 46 | 213 |
| **67** | 1866 | Brooklyn, N.Y., Park Ordinance No. 1 | | | 215 |
| **68** | 1866 | Tex. Gen. Laws 1321 | 44 | | 217 |
| **69** | 1867 | 1867 Kan. Sess. Laws 25 | 22 | Winkler, Ex. 10 | 222 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **70** | 1868 | FIRST ANNUAL REPORT OF THE COMMISSIONERS OF FAIRMONT PARK, Philadelphia, Pa., (Apr. 14, 1868) | 31 | | 225 |
| **71** | 1869 | *An Ordinance Prohibiting the Carrying of Fire Arms and Concealed Weapons*, undated, *reprinted in* NEBRASKA CITY NEWS (Neb.), July 7, 1869 | | Charles, Ex. 39 | 233 |
| **72** | 1869 | Tenn. Pub. Acts 23 | 18-19 | Rivas, Ex. 24 Winkler, Ex. 4 | 235 |
| **73** | 1870 | *An Ordinance Relating to the Carrying of Fire Arms and Other Deadly Weapons*, to take effect on May 20, 1870, *reprinted in* ABILENE WEEKLY CHRONICLE (Kan.), May 12, 1870 | | Charles, Ex. 14 | 239 |
| **74** | 1870 | 1870 Ga. Laws 421 | 12, 19 | Rivas, Ex. 25 Winkler, Ex. 5 | 241 |
| **75** | 1870 | La. Acts 159–60 | 10, 36 | Rivas, Ex. 30 | 245 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **76** | 1870 | San Antonio, Tx., *An Ordinance, Concerning the carrying of Arms or Deadly Weapons* (Dec. 14, 1870) | 22, 30-31 | Rivas, Ex. 36<br>Winkler, Ex. 16 | 251 |
| **77** | 1870 | 1870 Tex. Gen. Laws 63 | 10, 13, 17 n.11, 18, 28, 30 | Rivas, Ex. 21<br>Winkler, Ex. 6 | 253 |
| **78** | 1871 | Chicago, Ill., An Ordinance, Concerning the carrying of concealed weapons and the confiscation of such weapons (1871) | | Salzmann, Ex. 2 | 257 |
| **79** | 1871 | Kan. Sess. Laws 118, 184 | | | 259 |
| **80** | 1871 | Tex. Gen. Laws 25 | 30-31 | Rivas, Ex. 22<br>Winkler, Ex. 9 | 262 |
| **81** | 1872 | *An Ordinance in Relation to the Carrying of Fire-Arms or Other Weapons*, Sept. 9, 1872, *reprinted in* BELOIT GAZETTE (Kan.), Sept. 19, 1872 | | Charles, Ex. 16 | 266 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **82** | 1872 | Act of the General Assembly (July 20, 1872), *reprinted in* THE CHARLOTTE DEMOCRAT (N.C.), July 30, 1872 | 13 | | 268 |
| **83** | 1872 | San Francisco, Cal., Ordinance No. 2 (Sept. 24, 1872) | | | 271 |
| **84** | 1873 | Chicago, Ill., Parks and Public Grounds | | | 273 |
| **85** | 1873 | *An Ordinance to Prevent the Carrying of Arms*, Apr. 9, 1873, *reprinted in* THE DAILY TIMES (Chattanooga, Tenn.), Apr. 24, 1873. | | Charles, Ex. 38 | 276 |
| **86** | 1873 | *An Ordinance (No. 18): Regulating the Keeping and Bearing of Deadly Weapons*, Aug. 19, 1873, *reprinted in* GALVESTON DAILY NEWS (Tex.), Aug. 28, 1873 | | Charles, Ex. 37 | 278 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **87** | 1873 | *Ordinances of the Town of Granby: No. 8: An Ordinance Concerning the Carrying of Weapons*, Oct. 30, 1873, *reprinted in* GRANBY MINER (Granby, Mo.), Nov. 1, 1873 | | Charles, Ex. 12 | 280 |
| **88** | 1873 | Tex. Gen. Laws 1317-18 | | Rivas, Ex. 31 | 283 |
| **89** | 1874 | Buffalo, N.Y., Ordinances For the Use, Regulation, Protection and Government of the Parks, Approaches Thereto and Streets Connecting the Same | | | 287 |
| **90** | 1874 | Md. 1457 | | Rivas, Ex. 32 | 289 |
| **91** | 1874 | Mo. Laws 43 | 19, 31 | | 292 |
| **92** | 1875 | Mo. Laws 50 | 13, 31 | | 294 |
| **93** | 1875 | Phoenixville, Pa., Ord. 2 (July 1878) | | | 297 |
| **94** | 1876 | Hyde Park, Ill., South Park Ordinances | | | 300 |
| **95** | 1876 | Iowa Acts 142 | 17 | | 304 |
| **96** | 1877 | Mo. Laws 158, 166 | | | 306 |

Compendium of Historical Laws and Treatises
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **97** | 1877 | Va. Acts 305 | 10, 13 | Rivas, Ex. 34 | 309 |
| **98** | 1878 | *Laws of the State of Mississippi: An Act to Prevent the Carrying of Concealed Weapons, and For Other Purposes*, Feb. 28, 1878, *reprinted in* CLARION-LEDGER (Jackson, Miss.), Mar. 13, 1878 | | Charles, Ex. 41 | 314 |
| **99** | 1878 | Ga. Laws 1181-82 | 12 | | 316 |
| **100** | 1878 | Miss. Laws 175-76 | 22, 28, 31 | Winkler, Ex. 13 | 320 |
| **101** | 1878 | State v. Reando, *reprinted in* THE STATE JOURNAL (Jefferson City, Mo.), Apr. 12, 1878 | 13 | Winkler, Ex. 40 | 324 |
| **102** | 1879 | Ind. Acts 201-02 | | | 327 |
| **103** | 1879 | Mo. Laws 224 | 10, 13, 17 n.11, 19, 22, 28, 31 | Rivas, Ex. 26 Winkler, Ex. 7 | 330 |
| **104** | 1879 | Tex. Gen. Laws 42-43 | 13 | Rivas, Ex. 23 | 332 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **105** | 1880 | *Ordinances of Craig, Mo.: Ordinance No. 8—Carrying Concealed Weapons*, undated, *reprinted in* CRAIG WEEKLY GAZETTE (Mo.), Oct. 13, 1880 | | Charles, Ex. 10 | 335 |
| **106** | 1881 | Chicago, Ill. 391-92 | 31 | | 338 |
| **107** | 1881 | St. Louis, Mo., 635-36 | | | 344 |
| **108** | 1882 | *Ordinances of the Town of Asheville*, June 1, 1882, *reprinted in* ASHEVILLE WEEKLY CITIZEN (N.C.), June 3, 1882 | | Charles, Ex. 26 | 347 |
| **109** | 1882 | *Ordinance No. 11*, Dec. 4, 1882, *reprinted in* BLACK HILLS WEEKLY JOURNAL (S.D.), Dec. 8, 1882 | | Charles, Ex. 35 | 351 |
| **110** | 1882 | *Revised Ordinances*, reprinted in CALDWELL ADVANCE (Kan.), May 5, 1882 | | Charles, Ex. 17 | 353 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **111** | 1882 | *Revised* Ordinance, May 24, 1882, *reprinted in* CRAWFORD MIRROR (Steelville, Mo.), July 27, 1882 | | Charles, Ex. 11 | 357 |
| **112** | 1882 | New Orleans, La., General Ordinances | 26-27 | Winkler, Ex. 15 | 361 |
| **113** | 1883 | *Ordinance No. 44*, May 8, 1883, *reprinted in* ARIZONA DAILY STAR (Tucson, Ariz.), May 19, 1883 | | Charles, Ex. 36, | 371 |
| **114** | 1883 | Danville, Ill., Ordinances of the City of Danville | | | 374 |
| **115** | 1883 | 1883 Mo. Laws 76 | 13, 31 | Winkler, Ex. 11 | 377 |
| **116** | 1883 | Okla. Sess. Laws 504 | | | 380 |
| **117** | 1883 | Tower Grove Park, Mo. 117 | 31 | | 382 |
| **118** | 1883 | *Concealed Weapons: Judge Brannon's Decision on This Subject*, WHEELING REGISTER (W.V.), Oct. 15, 1883 | | Charles, Ex. 47 | 384 |
| **119** | 1883 | Wis. Sess. Laws 290 | 22 | | 386 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| | | **VOLUME 3 OF 4** | | | |
| **120** | 1885 | *Ordinance No. 1*, May 11, 1885, *reprinted in* ARKANSAS CITY WEEKLY TRAVELER (Kan.), May 20, 1885 | | Charles, Ex. 15 | 389 |
| **121** | 1885 | *City Ordinances*, Nov. 23, 1885, *reprinted in* MEADE GLOBE (Meade Center, Kan.), Nov. 28, 1885 | | Charles, Ex. 23 | 391 |
| **122** | 1885 | *Revised Ordinances of the City of Caldwell*, undated, *reprinted in* CALDWELL ADVANCE (Kan.), May 4, 1885 | | Charles, Ex. 17 | 394 |
| **123** | 1885 | Tenn. Pub. Acts 48, 55 | | | 398 |
| **124** | 1886 | *An Ordinance Concerning Offenses in the Nature of Misdemeanors*, Apr. 26, 1886, *reprinted in* BORDER RUFFIAN (Coolidge, Kan.), May 1, 1886 | | Charles, Ex. 18 | 401 |
| **125** | 1886 | Boston, Ma., Park Ordinances (Aug. 20, 1886) | | | 404 |

Compendium of Historical Laws and Treatises
(Case Nos. 8:23-cv-01696 and 8-23-cv-01798)

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **126** | 1886 | *Ordinance No. 39*, Jan. 4, 1886, *reprinted in* DADE COUNTY ADVOCATE (Greenfield, Mo.), Jan. 21, 1886 | | Charles, Ex. 45 | 406 |
| **127** | 1886 | Md. Laws 315 | | Rivas, Ex. 33 | 408 |
| **128** | 1887 | *Ordinance No. 180*, undated, *reprinted in* HARPER DAILY SENTINEL (Kan.), Aug. 23, 1887 | | Charles, Ex. 20 | 410 |
| **129** | 1887 | *Ordinances: Of the City of Kendall, in the County of Hamilton, State of Kansas*, undated, *reprinted in* KENDALL FREE PRESS (Kan.), Mar. 23, 1887 | | Charles, Ex. 22 | 413 |
| **130** | 1887 | *Ordinance No. Twelve: Peace, Good Government and Welfare*, May 4, 1887, *reprinted in* MOUNT HOPE CLARION (Kan.), May 5, 1887 | | Charles, Ex. 24 | 417 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **131** | 1887 | *Town Ordinances: Adopted by the Board of Trustees of the Town of Collins, Mo.: Ordinance No. 4*, May 2, 1887, *reprinted in* OSCEOLA ADVANCE (Osceola, Mo.), July 7, 1887 | | Charles, Ex. 9 | 420 |
| **132** | 1887 | Reading, Pa. (Dec. 30, 1887) | | | 423 |
| **133** | 1887 | *Ordinance No. 76: An Ordinance Prohibiting Deadly Weapons*, July 1, 1887, *reprinted in* STOCKTON REVIEW AND ROOKS COUNTY RECORD (Kan.) July 1, 1887 | 13, 19, 31 | Charles, Ex. 13 | 425 |
| **134** | 1887 | *An Ordinance—To Prohibit Intoxication Breach of the Peace, Carrying of Deadly Weapons…and to Repeal Certain Ordinances in Said City*, Dec. 22, 1887, *reprinted in* WALLACE COUNTY REGISTER (Kan.), Dec. 24, 1887 | | Charles, Ex. 44 | 428 |
| **135** | 1888 | N.J. Laws 501 | | | 430 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **136** | 1888 | Salt Lake City, Utah (Feb. 14, 1888) | | | 433 |
| **137** | 1888 | St. Paul, Minn. 689 | 31 | | 437 |
| **138** | 1889 | Ariz. Sess. Laws 17 | 13, 19, 30, 31 | | 439 |
| **139** | 1889 | *Ordinance No. 72: An Ordinance to Prevent Carrying Concealed Weapons and the Discharge of Firearms*, May 16, 1889, *reprinted in* CITIZEN (Howard, Kan.), May 22, 1889 | | Charles, Ex. 21 | 443 |
| **140** | 1889 | *Ordinance, reprinted in* OMAHA DAILY WORLD-HERALD (Omaha, Neb.), Aug. 4, 1889 | | Charles, Ex. 34 | 445 |
| **141** | 1889 | Berlin, Wisc. | | Winkler, Ex. 12 | 448 |
| **142** | 1890 | Columbia, Mo. | 13, 19, 31 | | 450 |
| **143** | 1890 | *Concealed or Deadly Weapons*, June 5, 1890, *reprinted in* JOHNSON COUNTY STAR (Warrensburg, Mo.), June 7, 1890 | | Charles, Ex. 8 | 453 |
| **144** | 1890 | Okla. Sess. Laws 495-96 | 13, 22, 30, 31 | Rivas, Ex. 27 Winkler, Ex. 8 | 455 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **145** | 1890 | Trenton, N.J., An Ordinance providing for the government and protection of public parks and squares in the city of Trenton (June 26, 1890) | | | 459 |
| **146** | 1890 | Williamport, Pa. (June 18, 1890) | | | 461 |
| **147** | 1891 | *Ordinance No. 179*, Sept. 7, 1891, *reprinted in* LYONS REPUBLICAN (Kan.), Sept. 10, 1891 | | Charles, Ex. 42 | 463 |
| **148** | 1891 | *Ordinances: Chapter VIII: Deadly Weapons*, Aug. 11, 1891, *reprinted in* SANTA FE WEEKLY SUN (N.M.), Aug. 15, 1891 | | Charles, Ex. 32 | 465 |
| **149** | 1891 | *Ordinance— Continued: Chapter VII: Deadly Weapons*, undated, *reprinted in* THE RUSTLER (Cerrillos, N.M.), Sept. 11, 1891 | | Charles, Ex. 33 | 467 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **150** | 1891 | *Ordinance No. 23: Ordinance Concerning the Carrying of Deadly Weapons*, July 6, 1891, *reprinted in* SHELBY COUNTY HERALD (Shelbyville, Mo.), July 29, 1891 | | Charles, Ex. 4 | 469 |
| **151** | 1891 | Springfield, Ma., Park Ordinances (May 2, 1891) | | | 471 |
| **152** | 1891 | *An Ordinance*, July 9, 1891, *reprinted in* WACO DAILY NEWS (Tex.), July 12, 1891 | | Charles, Ex. 2 | 473 |
| **153** | 1891 | Vt. Acts & Resolves 95-96 | | Rivas, Ex. 29 | 475 |
| **154** | 1892 | Cincinnati, Ohio, Rules and Regulations for the Protection and Government of the Parks of Cincinnati, O. (May 16, 1892) | | | 479 |
| **155** | 1892 | Lynn, Ma. | | | 482 |
| **156** | 1892 | *Ordinance No. 9*, Sept. 12, 1892, *reprinted in* MARCELINE DAILY MIRROR (Mo.), Oct. 28, 1892 | | Charles, Ex. 5 | 485 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **157** | 1892 | Milwaukee, Wisc. | | | 487 |
| **158** | 1892 | Miss. Laws 326-27 | | Rivas, Ex. 28 | 489 |
| **159** | 1892 | Peoria, Ill. | | | 492 |
| **160** | 1892 | Spokane, Wash., Ordinance No. A170 (Mar. 11, 1892) | | | 495 |
| **161** | 1893 | Ky. Acts 1066, 76 | | | 499 |
| **162** | 1893 | Okla. Sess. Laws 503 | 13, 19 | | 502 |
| **163** | 1893 | Or. Laws 79 | 44 | | 505 |
| **164** | 1893 | Pittsburgh, Pa., Ordinances-Executive Departments (July 31, 1893) | | | 517 |
| **165** | 1893 | Provo City, Utah | | | 519 |
| **166** | 1893 | *Town Ordinance No. XXVIII: An Ordinance in Relation to Misdemeanors*, Apr. 3, 1893, *reprinted in* RIDGEWAY JOURNAL (Mo.), Apr. 6, 1893 | | Charles, Ex. 6 | 521 |
| **167** | 1893 | Wilmington, Del. (Oct. 12, 1893) | | | 524 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **168** | 1894 | Biennial Report of the Commissioners to Manage the Yosemite Valley and the Mariposa Big Tree Grove, 11-12, 25 | | Glaser, Ex. 2 | 526 |
| **169** | 1894 | Huntsville, Mo., An Ordinance In Relation to Carrying Deadly Weapons (July 17, 1894) | 31 | | 530 |
| **170** | 1894 | *Town Ordinance No. 21*, Aug. 7, 1894, *reprinted in* K COUNTY DEMOCRAT (Blackwell, Okla.), Aug. 23, 1894 | | Charles, Ex. 43 | 536 |
| **171** | 1894 | *Ordinance No. 79*, Dec. 27, 1893, *reprinted in* SCANDIA JOURNAL (Kan.), Jan. 5, 1894 | | Charles, Ex. 25 | 538 |
| **172** | 1894 | St. Paul, Minn. (June 19, 1894) | | | 541 |
| **173** | 1894 | *The Town Council*, June 20, 1874, *reprinted in* LAKE CHARLES ECHO (Lake Charles, La.), July 18, 1894 | | Charles, Ex. 27 | 545 |

| Compendium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compendium Page |
|---|---|---|---|---|---|
| **174** | 1894 | STATE RIGHTS DEMOCRAT (Albany, Or.), Mar. 9, 1894 | | Charles, Ex. 31 | 548 |
| **175** | 1895 | Canton, Ill. | | | 550 |
| **176** | 1895 | Detroit, Mich., Local Acts No. 436 | | | 554 |
| **177** | 1895 | *Misdemeanors: Chapter 12, By Laws and Ordinances*, undated, *reprinted in* LAWRENCE DEMOCRAT (Lawrenceburg, Tenn.), July 26, 1895 | | Charles, Ex. 29 | 556 |
| **178** | 1895 | Mont. Laws 424, 427 | | | 560 |
| **179** | 1895 | *An Ordinance Prohibiting the Carrying of Concealed Weapon and Fixing the Punishment Therefor*, Jan. 23, 1895, *reprinted in* PERRY DAILY TIMES (Okla.), Feb. 2, 1895 | | Charles, Ex. 30 | 563 |
| **VOLUME 4 OF 4** | | | | | |
| **180** | 1895 | *An Ordinance: Misdemeanors*, undated, *reprinted in* ROCHEPORT COMMERCIAL (Mo.) | | Charles, Ex. 7 | 565 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| | | Sept. 20, 1895 | | | |
| **181** | 1896 | Biennial Report of the Commissioners to Manage the Yosemite Valley and the Mariposa Big Tree Grover, 29 | | | 568 |
| **182** | 1896 | Centralia, Ill. | | | 570 |
| **183** | 1896 | Indianapolis, Ind., An Ordinance regulating the use and enjoyment of parks, park grounds and parkways of the City of Indianapolis (June 30, 1896) | | | 572 |
| **184** | 1896 | *Ordinances, of the Incorporation of the Town of Gainesville*, May 26, 1896, *reprinted in* OZARK COUNTY NEWS (Gainesville, Mo.), June 4, 1896 | | Charles, Ex. 3 | 575 |
| **185** | 1896 | Rochester, N.Y., Penal Ordinances Relating to the Use and Government of the Public Parks and Parkways of the City of Rochester (Aug. 26, 1896) | | | 577 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **186** | 1897 | Yellowstone National Park, Regulations of June 1, 1897 | 33 | | 580 |
| **187** | 1898 | Boulder, Co., An Ordinance for the Protection of the Several Parks Belonging to the City and of the Buildings and Reservoirs and Trees and Other Improvements at and Within Said Parks, and to Provide Penalties for Injuring the Same (Oct. 1, 1898) | | Rivas, Ex. 35 | 584 |
| **188** | 1898 | *Ordinance No. 165*, Mar. 7, 1898, *reprinted in* ELK CITY ENTERPRISE (Kan.) Mar. 11, 1898 at 2 | | Charles, Ex. 19 | 589 |
| **189** | 1898 | Kansas City, Mo. (Apr. 14, 1898) | | | 591 |
| **190** | 1898 | New Haven, Conn. | | | 595 |
| **191** | 1898 | Wilmington, Del. | | | 597 |
| **192** | 1899 | GRAND JUNCTION NEWS (Grand Junction, Co.), July 8, 1899 | | | 599 |

| Compen-dium Exhibit | Year | Historical Laws | Opp. Brief Page Cites | Declaration Exhibit | Compen-dium Page |
|---|---|---|---|---|---|
| **193** | 1900 | *Ordinance No. 20*, Feb. 6, 1900, *reprinted in* WELLSTON NEWS (Okla.), Feb. 9, 1900 | | Charles, Ex. 28 | 602 |
| **194** | 1901 | Idaho Sess. Laws 84 | 19 | | 605 |
| **195** | 1903 | Mont. 49-50 | 19, 30, 31 | | 609 |
| **196** | 1905 | Webb City, Mo., Ordinance 577 | 13 | | 613 |
| **197** | 1906 | Grand Rapids, Mich. | | | 616 |
| **198** | 1936 | Digest of Laws Relating to State Parks, 20 | | Glaser, Ex. 3 | 621 |
| **199** | 1936 | Digest of Laws Relating to State Parks, 27, 35, 55, 77, 122 | | Glaser, Ex. 4 | 623 |
| **200** | 1936 | Digest of Laws Relating to State Park, 190, 195, 201, 205, 310, 347, 368, 387 | | Glaser, Ex. 5 | 629 |
| **201** | 1936 | 1. Fed. Reg. 791 (June 27, 1936) | 33 | | 637 |

| Compen-dium Exhibit | Year | Historical Treatises | Opp. Brief Page Cites | Declaration Exhibits | Compen-dium Page |
|---|---|---|---|---|---|
| **202** | 1795 | 1 William Hawkins & Thomas Leach, Treatise of the Pleas of the Crown, 21-22, 7th ed. | | | 639 |
| **203** | 1825 | William Waller Hening, The Virginia Justice, 50, 4th ed. | 16 | | 643 |
| **204** | 1826 | 1 Joseph Chitty, Commentaries on the Laws of England by the Late Sir W. Blackstone, 142-43, n. 18 | 16 | | 646 |
| **205** | 1836 | 1 Richard Burn, The Justice of the Peace and Parish Officer, 15-16, 7th ed. | | | 650 |
| **206** | 1880 | Benjamin Vaughan Abbott, Judge and Jury, 333 | 16, 22 | | 654 |