BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
Facsimile: (916) 447-4904
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 8:23-cv-01798-CJC-(ADSx) <br><br> **NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date:  December 20, 2023 <br> Time:  1:30 p.m. <br> Courtroom: 9B <br> Judge:  Hon. Cormac J. Carney |

To the Court, all parties and their attorneys of record:

Please take notice that Plaintiffs Marco Antonio Carralero; Garrison Ham; Michael Schwartz; Orange County Gun Owners PAC; San Diego County Gun Owners PAC; California Gun Rights Foundation; and Firearms Policy Coalition, Inc. hereby lodge the attached [Proposed] Order Granting Plaintiffs' Motion For Preliminary Injunction.

Dated: November 6, 2023                    BENBROOK LAW GROUP, PC

By  s/ Bradley A. Benbrook
     BRADLEY A. BENBROOK
     Attorneys for Plaintiffs