1  BENBROOK LAW GROUP, PC
   BRADLEY A. BENBROOK (SBN 177786)
2  STEPHEN M. DUVERNAY (SBN 250957)
   701 University Avenue, Suite 106
3  Sacramento, CA  95825
   Telephone: (916) 447-4900
4  Facsimile:  (916) 447-4904
   brad@benbrooklawgroup.com
5  steve@benbrooklawgroup.com

6
   Attorneys for Plaintiffs
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 MARCO ANTONIO CARRALERO;        Case No.:  8:23-cv-01798 CJC (ADSx)
   GARRISON HAM; MICHAEL
12 SCHWARTZ; ORANGE COUNTY
   GUN OWNERS PAC; SAN DIEGO       **[PROPOSED] ORDER GRANTING
13 COUNTY GUN OWNERS PAC;          PLAINTIFFS' MOTION FOR
   CALIFORNIA GUN RIGHTS           PRELIMINARY INJUNCTION**
14 FOUNDATION; and FIREARMS
   POLICY COALITION, INC.,         Hon. Cormac J. Carney
15
                  Plaintiffs,
16                                  Date:       December 20, 2023
         v.                         Time:       1:30 p.m.
17                                  Courtroom:  9B
   ROB BONTA, in his official capacity as   Judge:      Hon. Cormac J. Carney
18 Attorney General of California,

19
                  Defendant.
20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

The motion of Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc., for a preliminary injunction against the enforcement of California Penal Code § 26230, subds. (7), (8), (9), (10), (12), (13), (15), (16), (17), (19), (20), and (26) was heard on December 20, 2023. On proof made to the satisfaction of the court and for good cause:

It is hereby ORDERED that during the pendency of this action, Defendant shall be enjoined and restrained from enforcing California Penal Code § 26230, subds. (7), (8), (9), (10), (12), (13), (15), (16), (17), (19), (20), and (26) against any individuals with concealed handgun licenses issued pursuant to California Penal Code sections 26150 or 26155.

**IT IS SO ORDERED.**

Dated: _____        _____

Hon. Cormac J. Carney
United States District Court Judge