Christopher T. Casamassima (CA Bar No. 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel. 213-443-5374

*Counsel for Amici Curiae*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, | Hon. Cormac J. Carney<br><br>Case No.: 8:23-cv-01696-CJC-ADS<br><br>**NOTICE OF UNOPPOSED MOTION AND MOTION BY PROFESSORS OF PROPERTY LAW FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT BONTA'S OPPOSITION TO MOTIONS FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | Hearing Date: December 4, 2023<br>Time: 1:30 p.m.<br>Judge: Honorable Cormac J. Carney<br>Courtroom: 9 B |
| ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, | |
| Defendants. | |

1

2

3

MARCO ANTONIO CARRALERO;
GARRISON HAM; MICHAEL
SCHWARTZ; ORANGE COUNTY
GUN OWNERS PAC; SAN DIEGO
COUNTY GUN OWNERS PAC;
CALIFORNIA GUN RIGHTS
FOUNDATION; and FIREARMS
POLICY COALITION, INC.,

                              Plaintiffs,

                     v.

ROB BONTA, in his official capacity
as Attorney General of the State of
California,

                            Defendant.

Hon. Cormac J. Carney

Case No.: 8:23-cv-01798-CJC-ADS

**PLEASE TAKE NOTICE** that amici Professors of Property Law, Ian Ayres, Oscar M. Ruebhausen Professor at Yale Law School, and Fredrick Vars, Ira Drayton Pruitt, Sr. Professor of Law at University of Alabama School of Law, hereby move for leave to participate in the above-captioned matter as amici curiae by filing a brief in support of Defendant's Opposition to Plaintiffs' Motions for Preliminary Injunction.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, amici shall rely on the accompanying Memorandum of Law in Support of Motion for Leave, their proposed amicus brief, and the proposed order submitted herewith.

Dated: November 6, 2023
    Los Angeles, California

/s/ Christopher T. Casamassima
Christopher T. Casamassima
  (CA Bar No. 211280)
chris.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel. 213-443-5374

*Counsel for Amici Curiae*