1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RENO MAY, an individual; ANTHONY MIRANDA, an individual; ERIC HANS, an individual; OSCAR A. BARRETTO, JR., an individual; ISABELLE R. BARRETTO, an individual; BARRY BAHRAMI, an individual; PETE STEPHENSON, an individual; ANDREW HARMS, an individual; JOSE FLORES, an individual; DR. SHELDON HOUGH, DDS, an individual; SECOND AMENDMENT FOUNDATION; GUN OWNERS OF AMERICA; GUN OWNERS FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; THE LIBERAL GUN CLUB, INC.; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>                      Plaintiffs,<br><br>       v. | Hon. Cormac J. Carney<br><br>Case No.: 8:23-cv-01696<br><br>**[PROPOSED] ORDER GRANTING PROFESSORS OF PROPERTY LAW'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**<br><br>Hearing Date: December 4, 2023<br>Time: 1:30 p.m.<br>Judge: Honorable Cormac J. Carney<br>Courtroom: 9 B |

[Proposed] Order Granting
Professors of Property Law's Unopposed Motion
For Leave To File Brief As Amici Curiae
Case Nos. 8:23-cv-01696-CJC-ADS, 8:23-cv-01798-CJC-ADS

| | |
|---|---|
| ROBERT BONTA, in his official capacity as Attorney General of the State of California, and DOES 1-10, | |
| Defendants. | |
| | |
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., | Hon. Cormac J. Carney<br><br>Case No.: 8:23-cv-01798 |
| Plaintiffs, | |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING
PROFESSORS OF PROPERTY LAW'S UNOPPOSED MOTION
FOR LEAVE TO FILE BRIEF AS AMICI CURIAE
CASE NOS. 8:23-CV-01696-CJC-ADS, 8:23-CV-01798-CJC-ADS

**[PROPOSED] ORDER GRANTING PROFESSORS OF PROPERTY LAW'S UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE**

HAVING CONSIDERED the papers in connection with Professors of Property Law's unopposed motion for leave to file brief as amici curiae, it is hereby ORDERED that the motion is GRANTED.

**IT IS SO ORDERED** this ___ day of _____, 2023.

By:_____

Honorable Cormac J. Carney
United States District Judge