1  ROB BONTA
   Attorney General of California
2  MARK R. BECKINGTON
   R. MATTHEW WISE
3  Supervising Deputy Attorneys General
   TODD GRABARSKY
4  JANE REILLEY
   LISA PLANK
5  ROBERT L. MEYERHOFF
   Deputy Attorneys General
6  State Bar No. 298196
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013-1230
    Telephone:  (213) 269-6177
8   Fax:  (916) 731-2144
    E-mail:  Robert.Meyerhoff@doj.ca.gov
9  *Attorneys for Rob Bonta, in his Official Capacity as*
   *Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RENO MAY, an individual, et al.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of the State of California, and Does 1-10,**<br><br>Defendant. | Case No. 8:23-cv-01696 CJC (ADSx)<br>8:23-cv-01798 CJC (ADSx)<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Date:  December 20, 2023<br>Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Cormac J. Carney<br>Action Filed: September 15, 2023 |
| **MARCO ANTONIO CARRALERO, an individual, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROBERT BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | |

1  TO THE COURT, THE PLAINTIFFS, AND THEIR ATTORNEYS OF RECORD:

2      Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California, hereby gives notice of the United States Court of Appeals for the Second Circuit's decision in the matter of *Antonyuk, et al. v. Hochul, et al.*, Docket No. 22-2908, which was issued on December 8, 2023.  A true and correct copy of this decision is attached hereto as Exhibit A.

    Plaintiffs' motions for preliminary injunction relied on an order issued by the United States District Court for the Northern District of New York in *Antonyuk, et al. v. Hochul, et al.*, 639 F.Supp.3d 232 (N.D.N.Y. Nov. 7, 2022).  The Second Circuit's decision addresses that order.

Dated:  December 11, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
R. MATTHEW WISE
Supervising Deputy Attorneys General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

Case Names: **_Reno May, et al. v. Robert Bonta, et al.;_**
**_Carralero, Marco Antonio, et al. v. Rob Bonta_**

Case Nos. **8:23-cv-01696-CJC (ADSx); 8:23-cv-01798-CJC (ADSx)**

I hereby certify that on December 11, 2023, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION (with Exhibit A)**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 11, 2023, at San Francisco, California.

| Vanessa Jordan | _Vanessa Jordan_ |
|---|---|
| Declarant | Signature |