# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Rob Bonta, in his official capacity as Attorney General of California

Name(s) of counsel (if any):

> Robert Meyerhoff, Deputy Attorney General; Todd Grabarsky, Deputy Attorney General; Lisa Plank, Deputy Attorney General; Jane Reilley, Deputy Attorney General

Address: 300 South Spring Street Suite 1702, Los Angeles, CA 90013

Telephone number(s): (213) 269-6177

Email(s): Robert.Meyerhoff@doj.ca.gov

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, Firearms Policy Coalition, Inc.

Name(s) of counsel (if any):

> Bradley A. Benbrook, Stephen Michael Duvernay

Address: 701 University Avenue Suite 106, Sacramento, California 95825

Telephone number(s): (916) 447-4900

Email(s): Brad@benbrooklawgroup.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   1                                  *New 12/01/2018*