1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   Deputy Attorney General
4  State Bar No. 298196
     300 South Spring Street, Suite 1702
5    Los Angeles, CA  90013-1230
     Telephone:  (213) 269-6177
6    Fax:  (916) 731-2144
     E-mail:  Robert.Meyerhoff@doj.ca.gov
7  *Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.;** <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,** <br><br> Defendant. | 8:23-cv-01798-CJC-ADSx <br><br> **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** <br><br> Courtroom: 9B <br> Judge: Hon. Cormac J. Carney <br> Action Filed: September 26, 2023 |

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

**WHEREAS**, on September 26, 2023, Plaintiffs filed their Complaint (Dkt. 1) in this matter;

**WHEREAS**, on September 26, 2023, Plaintiffs filed their Motion for Preliminary Injunction (Dkt. 6);

**WHEREAS**, on October 11, 2023, the Court entered Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Court ruled on Plaintiffs' Motion for Preliminary Injunction (Dkt. 18);

**WHEREAS**, on December 20, 2023, the Court issued its Order and Preliminary Injunction (Dkts. 41-42);

**WHEREAS**, on December 22, 2023, Defendant filed its notice of appeal appealing the Order and Preliminary Injunction (Dkt. 43);

**WHEREAS**, under the current schedule, the deadline for Defendant to answer or otherwise respond to the Complaint is January 10, 2024;

**WHEREAS**, the Parties agree to a thirty day (30) extension of time, up to and including February 9, 2024, to answer or otherwise respond to the Plaintiffs' Complaint.

//
//

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended for thirty (30) days, up to and including February 9, 2024.

Dated: January 10, 2024                Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: January 10, 2024                Respectfully submitted,

/s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY

Benbrook Law Group, P.C.

*Attorneys for Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc.*