1

2

3

4

5

6

7

8

9

10

11

12

13

14

**MARCO ANTONIO CARRALERO, ET AL.,**

Plaintiffs,

v.

**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**

Defendant.

Case No. 8:23-cv-01798-CJC-ADSx

**[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

Courtroom: 9B
Judge: Hon. Cormac J. Carney
Action Filed: September 26, 2023

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] Order
(Case No. 8:23-cv-01798)

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended for thirty (30) days, up to and including February 9, 2024.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. Cormac J. Carney
United States District Court Judge

[PROPOSED] Order
(Case No. 8:23-cv-01798)