# CERTIFICATE OF SERVICE

Case Names:   *Carralero, Marco Antonio, et al. v. Rob Bonta*

Case Nos.    **8:23-cv-01798-CJC (ADSx)**

I hereby certify that on January 10, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

2. **[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on January 10, 2024, at San Francisco, California.

|  |  |
|:---:|:---:|
| Vanessa Jordan | *Vanessa Jordan* |
| Declarant | Signature |