|  |  |
|---|---|
| MARCO ANTONIO CARRALERO, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA, <br><br> Defendant. | Case No. 8:23-cv-01798-CJC-ADSx <br><br> **ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** <br><br> Courtroom: 9B <br> Judge: Hon. Cormac J. Carney <br> Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended for thirty (30) days, up to and including February 9, 2024.

**IT IS SO ORDERED.**

Dated: January 11, 2024

_____
Hon. Cormac J. Carney
United States District Judge