1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  ROBERT L. MEYERHOFF, SBN 298196
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013-1230
5   Telephone:  (213) 269-6177
    Fax:  (916) 731-2144
6   E-mail:  Robert.Meyerhoff@doj.ca.gov
   *Attorneys for Rob Bonta in his official capacity as*
7  *Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| **MARCO ANTONIO CARRALERO, ET AL.;** | Case No. 8:23-cv-01798-CJC-ADSx |
|---|---|
| Plaintiffs, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | |
| **ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,** | Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |
| Defendant. | |

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

**WHEREAS**, on September 26, 2023, Plaintiffs filed their Complaint (Dkt. 1) in this matter;

**WHEREAS**, on September 26, 2023, Plaintiffs filed their Motion for Preliminary Injunction (Dkt. 6);

**WHEREAS**, on October 11, 2023, the Court entered Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Court ruled on Plaintiffs' Motion for Preliminary Injunction (Dkt. 18);

**WHEREAS**, on December 20, 2023, the Court issued its Order and Preliminary Injunction (Dkts. 41-42);

**WHEREAS**, on December 22, 2023, Defendant filed its notice of appeal appealing the Order and Preliminary Injunction (Dkt. 43);

**WHEREAS**, under the current schedule, the deadline for Defendant to answer or otherwise respond to the Complaint is February 9, 2024;

**WHEREAS**, the Parties agree to extend Defendant's deadline to answer or otherwise respond to the Complaint until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction;

//
//

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction. This stipulation does not preclude a party from seeking leave from the Court to take discovery before the responsive pleading is filed.

Dated: February 2, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: February 2, 2024

Respectfully submitted,

/s/ Bradley A. Benbrook
BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY

Benbrook Law Group, P.C.

*Attorneys for Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc.*