1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | Case No. 8:23-cv-01798-CJC-ADSx<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 9B<br>Judge: Hon. Cormac J. Carney<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction. This stipulation does not preclude a party from seeking leave from the Court to take discovery before the responsive pleading is filed.

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                             Hon. Cormac J. Carney
                                                                             United States District Court Judge