UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARCO ANTONIO CARRALERO; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>ROB BONTA, in his official capacity as Attorney General of California,<br><br>　　　　Defendant - Appellant. | No. 23-4354<br><br>D.C. No.<br>8:23-cv-01798-CJC-ADS<br><br>Central District of California, Santa Ana<br><br>MANDATE |
| RENO MAY, an individual; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>　　　　Defendant - Appellant,<br><br>and<br><br>DOES, 1-10,<br><br>　　　　Defendant. | No. 23-4356<br><br>D.C. No.<br>8:23-cv-01696-CJC-ADS<br><br>Central District of California, Santa Ana |

　　　The judgment of this Court, entered September 06, 2024, takes effect this date.

　　　This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT