ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF, SBN 298196
Deputy Attorney General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013-1230
 Telephone:  (213) 269-6177
 Fax:  (916) 731-2144
 E-mail:  Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>Defendant. | 8:23-cv-01798- MRA-ADS<br><br>**SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

1
2
3
4
5
6
    Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby stipulate and agree as follows:

7
8
    **WHEREAS**, on September 26, 2023, Plaintiffs filed their Complaint (Dkt. 1) in this matter;

9
10
    **WHEREAS**, on September 26, 2023, Plaintiffs filed their Motion for Preliminary Injunction (Dkt. 6);

11
12
13
14
    **WHEREAS**, on October 11, 2023, the Court entered Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Court ruled on Plaintiffs' Motion for Preliminary Injunction (Dkt. 18);

15
16
    **WHEREAS**, on December 20, 2023, the Court issued its Order and Preliminary Injunction (Dkts. 41-42);

17
18
    **WHEREAS**, on December 22, 2023, Defendant filed its notice of appeal appealing the Order and Preliminary Injunction (Dkt. 43);

19
20
21
22
    **WHEREAS**, the Court entered the Parties' stipulation to extend Defendant's time to answer or otherwise respond to the Complaint until 21 days after the Ninth Circuit's resolution of Defendant's appeal of the Court's Order and Preliminary Injunction (Dkt. 52);

23
24
25
26
    **WHEREAS,** on January 23, 2025, the Ninth Circuit issued its mandate in Defendant's appeal of the Court's Order and Preliminary, and thus Defendant's deadline to respond to the Complaint is now February 13, 2025 (Dkt. 59);

27
28
    **WHEREAS,** good cause exists for this extension because (a) this case presents a constitutional challenge to numerous provisions of California Penal Code

26230(a), and (b) lead counsel for Defendant, Robert L. Meyerhoff, recently returned from parental leave on January 24, 2025;

**WHEREAS,** the Parties agree to extend Defendant's deadline to answer or otherwise respond to the Complaint to March 6, 2025;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties that, with the Court's permission:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until March 6, 2025.

Dated: February 5, 2025           Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ Robert L. Meyerhoff
ROBERT L. MEYERHOFF
Deputy Attorney General

*Attorneys for Rob Bonta in his official capacity as Attorney General for the State of California*

Dated: February 5, 2025           Respectfully submitted,

BRADLEY A. BENBROOK
STEPHEN M. DUVERNAY

/s/ Stephen M. Duvernay
Benbrook Law Group, P.C.

*Attorneys for Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc.*