Rob Bonta
Attorney General of California
R. Matthew Wise
Supervising Deputy Attorney General
Robert L. Meyerhoff, SBN 298196
Deputy Attorney General
State Bar No. 298196
 300 South Spring Street, Suite 1702
 Los Angeles, CA 90013-1230
 Telephone: (213) 269-6177
 Fax: (916) 731-2144
 E-mail: Robert.Meyerhoff@doj.ca.gov
*Attorneys for Rob Bonta in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO ANTONIO CARRALERO, et al.;**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>Defendant. | 8:23-cv-01798-MRA-ADS<br><br>**DECLARATION OF ROBERT L. MEYERHOFF IN SUPPORT OF SECOND STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

I, Robert L. Meyerhoff, declare as follows:

1. I am a Deputy Attorney General with the California Department of Justice and serve as lead counsel to Defendant Rob Bonta in his official capacity as Attorney General of the State of California.

2. I recently returned from parental leave on January 24, 2025, having been on leave since October 1, 2024.

3. This case presents a constitutional challenge to numerous provisions of California Penal Code 26230(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 5, 2025, at Los Angeles, California.

          /s/ Robert L. Meyerhoff
          Robert L. Meyerhoff