| | |
|---|---|
| **MARCO ANTONIO CARRALERO, ET AL.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF CALIFORNIA,**<br><br>　　　　　　　　　　Defendant. | Case No. 8:23-cv-01798-MRA-ADS<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**<br><br>Courtroom: 10B<br>Judge: Hon. Mónica Ramírez Almadani<br>Action Filed: September 26, 2023 |

The Court having reviewed the Parties' Stipulation, and good cause appearing, hereby GRANTS the Joint Stipulation and ORDERS as follows:

- Defendant's deadline to answer or otherwise respond to the Complaint is extended until March 6, 2025.

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. Mónica Ramírez Almadani
United States District Judge