**APPENDIX A**
JUDGE MÓNICA RAMÍREZ ALMADANI
SCHEDULE OF PRETRIAL DATES WORKSHEET

Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
**The Court ORDERS the parties to make every effort to agree on dates.**

| Case No. 8:23-cv-017986 | Case Name: Carralero V. Bonta | | |
|---|---|---|---|
| **Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☐ Jury Trial   or   ☒ Court Trial *[The Court sets the trial date at the Final Pretrial Conference]* Estimated Duration, in days: | | NA | NA |
| Final Pretrial Conference ("FPTC") [L.R. 16] *[Monday at 3:00 p.m., within 12 months of Scheduling Conference]* | | 03/16/2026 | |
| **Event[1]** *Note:* Hearings must be on Mondays at 1:30 p.m. Other dates can be any day of the week. | **Weeks Before FPTC[2]** | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Opposition to Motions in Limine Filing Deadline | 3 | 02/23/2026 | |
| Motions in Limine Filing Deadline | 4 | 02/16/2026 | |
| Settlement Conference Completion Date [L.R. 16-15] **Select one:** ☒ Mag. Judge ☐ Panel ☐ Private | 5 | | |
| Last Date to **HEAR** Daubert Motions *[Monday]* | 8 | 01/19/2026 | |
| Last Date to **HEAR** Non-Discovery Motions *[Monday]* (*see* Procedures page for Rule 56 Motion deadlines) | 12 | 12/22/2025 | |
| Expert Discovery Cut-Off | 14 | Joint Report, § 9(c) | |
| Expert Disclosure (Rebuttal) | 17 | Joint Report, § 9(c) | |
| Expert Disclosure (Initial) | 21 | Joint Report, § 9(d) | |
| Non-Expert Discovery Cut-Off (no later than deadline for *filing* dispositive motions) | 24 | Joint Report, § 9(c) | |
| Last Date to *Hear* Motions to Amend Pleadings/Add Parties *[Monday 90 days after Rule 16 Scheduling Conference]* | X | 08/04/2025 | |

---

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).

[2] This is the Court's recommended default timeline for certain events.  The parties may propose alternate dates based on the needs of each individual case.