BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK (SBN 177786)
STEPHEN M. DUVERNAY (SBN 250957)
701 University Avenue, Suite 106
Sacramento, CA 95825
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO CARRALERO; GARRISON HAM; MICHAEL SCHWARTZ; ORANGE COUNTY GUN OWNERS PAC; SAN DIEGO COUNTY GUN OWNERS PAC; CALIFORNIA GUN RIGHTS FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant. | Case No.: 8:23-cv-01798-MRA-ADS <br><br> **JOINT STATUS REPORT** <br><br> Judge: Hon. Mónica Ramírez Almadani <br><br> Filed concurrently with Joint Status Report in *May v. Bonta*, No. 8:23-cv-01696-MRA-ADS |

# JOINT STATUS REPORT

Plaintiffs Marco Antonio Carralero, Garrison Ham, Michael Schwartz, Orange County Gun Owners PAC, San Diego County Gun Owners PAC, California Gun Rights Foundation, and Firearms Policy Coalition, Inc. (collectively, Plaintiffs) and Defendant Rob Bonta in his official capacity as Attorney General of California (Defendant, and together with Plaintiffs, the Parties) hereby submit the following status report:

*Plaintiffs' Position*:

The Court should consider coordinating this case with *May, et al. v. Bonta*, No. 23-01696, for case management purposes, including, if appropriate, for a joint briefing schedule and hearing on the parties' anticipated cross-motions for summary judgment. Because the cases involve common questions of law and fact, coordination will serve judicial economy and conserve the parties' resources.

The Court should not consolidate the matters for all purposes. Although the Plaintiffs in *Carralero* and *May* do not anticipate that their positions will diverge, coordination is preferable to consolidation to prevent any conflicts between the parties (as may be the case, for example, in the event settlement opportunities arise that would require severance if the cases are consolidated).

*Defendant's Position*:

At a minimum, the Court should consider coordinating this case and *May, et al. v. Bonta*, Case No. 23-01696, because, given the overlapping issues in the two cases, coordination will conserve judicial resources as well as those of the parties. Given how related the issues in these two cases are, however, the Court should also consider consolidation in order to "avoid unnecessary cost or delay." Fed. R. Civ. P. 42(a)(3).

Dated: July 9, 2025      BENBROOK LAW GROUP, PC

By <u>s/ Stephen M. Duvernay</u>
    STEPHEN M. DUVERNAY
    Attorneys for Plaintiffs

Dated: July 9, 2025      ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
ROBERT L. MEYERHOFF
Deputy Attorney General

<u>/s/ Robert L. Meyerhoff</u>
ROBERT L. MEYERHOFF
Deputy Attorney General
*Attorneys for Defendant Robert Bonta*